# MASTER AGREEMENT

## COVERING CEMENT FINISHING AND MASONRY TRADES IN THE STATE OF HAWAII

By and between

INTERNATIONAL UNION OF
BRICKLAYERS & ALLIED CRAFTWORKERS,
LOCAL NO. 1 OF HAWAII, AFL-CIO

and the

OPERATIVE PLASTERERS & CEMENT MASONS
INTERNATIONAL ASSOCIATION OF
THE UNITED STATES AND CANADA
LOCAL NO. 630, AFL-CIO

and the

MASON CONTRACTORS ASSOCIATION OF HAWAII

and

ANY PERSON, FIRM, CORPORATION, OR OTHER
ENTITY THAT BECOMES SIGNATORY HERETO

Effective September 1, 2008 and including August 31, 2014

EXHIBIT___ **B**

# MASON CONTRACTORS ASSOCIATION OF HAWAII
## MASTER AGREEMENT COVERING MASONS (BRICKLAYERS) IN THE STATE OF HAWAII
(International Union of Bricklayers & Allied Craftworkers, Local #1 of Hawaii, AFL-CIO)
(Operative Plasterers' & Cement Masons' International Association of the United States and Canada, Local No. 630, AFL-CIO)

### Schedule of Wage and Benefit Increases

| September 2008 | Present | Effective 9/01/08 | Effective 08/31/09 | Effective 08/30/10 | Effective 08/29/11 | Effective 09/03/12 | Effective 09/02/13 | Apprentices Indentured From 9/01/03 |
|---|---|---|---|---|---|---|---|---|
| Wage Rate | | 2.10 +1.30 | 1.80 +1.25 | 1.80 +1.25 | 1.75 +1.45 | 1.75 +1.45 | 1.80 +1.50 | |
| Journeyperson (Bricklayers & Stonemasons) | $28.65 | $29.95 | $31.20 | $32.45 | $33.90 | $35.35 | $36.85 | |
| Journeyperson (Pointer Caulkers Weatherproofers) | $28.90 | $30.20 | $31.45 | $32.70 | $34.15 | $35.60 | $37.10 | |
| Working Foreman $1.00 | $29.15 | $30.95 | $32.20 | $33.45 | $34.90 | $36.35 | $37.85 | |
| Foreman* $2.00 | $29.40 | $31.95 | $33.20 | $34.45 | $35.90 | $37.35 | $38.85 | |
| Health & Welfare | $6.87 | $6.87 | $6.87 | $6.87 | $6.87 | $6.87 | $6.87 | |
| Pension | $3.00 | +.50 $3.50 | +.25 $3.75 | +.25 $4.00 | $4.00 | $4.00 | $4.00 | $1.00 |
| Vacation & Holiday | $4.50 | +.25 $4.75 | +.25 $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $2.00 |
| Apprenticeship/Training | $1.05 | $1.05 | $1.05 | $1.05 | $1.05 | $1.05 | $1.05 | $0.50 |
| Annuity | $5.00 | +.05 $5.05 | +.05 $5.10 | +.05 $5.15 | $5.20 | $5.25 | +.05 $5.30 | $0.50 |
| Research and Development | $0.25 | $0.25 | $0.25 | $0.25 | $0.25 | $0.25 | $0.25 | |
| TOTAL FRINGES / OPTION | | | | $0.25 | $0.25 | $0.25 | $0.25 | |
| Journeyperson (Bricklayers & Stonemasons) | $49.32 | $51.42 | $53.22 | $55.02 | $56.77 | $58.52 | $60.32 | |
| Journeyperson (Pointer Caulker Weatherproofers) | $49.57 | $51.67 | $53.47 | $55.27 | $57.02 | $58.77 | $60.57 | |
| Working Foreman | $49.82 | $52.42 | $54.22 | $56.02 | $57.77 | $59.52 | $61.32 | |
| Foreman* | $50.07 | $53.42 | $55.22 | $57.02 | $58.77 | $60.52 | $62.32 | |
| Masonry Institute of Hawaii (MIH) | $ 0.13 | $ 0.15 | $ 0.15 | $ 0.15 | $ 0.15 | $ 0.17 | $ 0.17 | |
| Masonry Industry Impr. Program (MCIIP) | $ 0.05 | $ 0.05 | $ 0.05 | $ 0.05 | $ 0.05 | $ 0.05 | $ 0.05 | |
| Labor Association Contract Fee | $ 0.02 | $ 0.03 | $ 0.03 | $ 0.03 | $ 0.03 | $ 0.04 | $ 0.04 | |
| TOTAL PACKAGES | | | | | | | | |
| Journeyperson (Bricklayers & Stonemasons) | $49.52 | $51.65 | $53.45 | $55.25 | $57.00 | $58.78 | $60.58 | |
| Journeyperson (Pointer Caulker Weatherproofers) | $49.77 | $51.90 | $53.70 | $55.50 | $57.25 | $59.03 | $60.83 | |
| Working Foreman | $50.02 | $52.65 | $54.45 | $56.25 | $58.00 | $59.78 | $61.58 | |
| Foreman* | $50.27 | $53.65 | $55.45 | $57.25 | $59.00 | $60.78 | $62.58 | |

*Foreman – Shall also work with the tools of the trade as required by the Contractor
(Bricklayers, Stonemasons)

Effec. 9/01/08 - $1.73 per hour Work Assessment for Journeypersons
Effec. 9/01/08- $.35 per hour MPFA for Journeypersons and Apprentices
(Pointer Caulkers)

Effec. 9/01/08-$1.74 per hour Work Assessment for Journeypersons
Effec. 9/01/08 $.35 per hour MPFA for Journeypersons and Apprentices
Apprentices indentured before 9/01/03 -Regular contributions for Health and Welfare and Research and Development Funds apply with scheduled rates increases.
- All other Trust Fund Benefits shall apply and be made on behalf of these apprentices after 1,000 work hours is attained

Apprentices indentured from 9/01/03 -Regular contributions for Health and Welfare Fund applies with scheduled rate increases.

Effec. 9/01/08 - $1.58 per hour Work Assessment for Apprentices indentured before 9/01/03
Effec. 9/01/08 - $1.48 per hour Work Assessment for Apprentices indentured from 9/01/03

Effec. 9/01/08 - $1.58 per hour Work Assessment for Apprentices indentured before 9/01/03
Effec. 9/01/08 - $1.49 per hour Work Assessment for Apprentices indentured after 9/01/03

-All other Trust Fund Benefits, with contribution rates shown above, shall apply and be made on behalf of these apprentices from the first work hour with no scheduled increases on only these contribution rates shown above until journeyperson status is attained.

**MASON CONTRACTORS ASSOCIATION OF HAWAII**
**MASTER AGREEMENT COVERING MASONS (CEMENT FINISHERS) IN THE STATE OF HAWAII**
(International Union of Bricklayers & Allied Craftworkers, Local #1 of Hawaii, AFL-CIO)
(Operative Plasterers' & Cement Masons' International Association of the United States and Canada, Local No. 630, AFL-CIO)

**Schedule of Wage and Benefit Increases**

| September 2008 | Present | Effective 9/01/08 | Effective 08/31/09 | Effective 08/30/10 | Effective 08/29/11 | Effective 09/03/12 | Effective 09/02/13 | Apprentices Indentured From 9/01/03 |
|---|---|---|---|---|---|---|---|---|
| Wage Rate | | 2.10 +1.30 | 1.80 +1.25 | 1.80 +1.25 | 1.75 +1.45 | 1.75 +1.45 | 1.80 +1.50 | |
| Journeyperson (Cement Finishers) | $28.60 | $29.90 | $31.15 | $32.40 | $33.85 | $35.30 | $36.80 | |
| Trowel Machine Operator | $28.75 | $30.05 | $31.30 | $32.55 | $34.00 | $35.45 | $36.95 | |
| Working Foreman   $1.00 | $29.10 | $30.90 | $32.15 | $33.40 | $34.85 | $36.30 | $37.80 | |
| Foreman*   $2.00 | $29.35 | $31.90 | $33.15 | $34.40 | $35.85 | $37.30 | $38.80 | |
| Health & Welfare | $6.87 | $6.87 | $6.87 | $6.87 | $6.87 | $6.87 | $6.87 | |
| Pension | $3.00 | +.50 $3.50 | +.25 $3.75 | +.25 $4.00 | $4.00 | $4.00 | $4.00 | $1.00 |
| Vacation & Holiday | $4.50 | +.25 $4.75 | +.25 $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $2.00 |
| Apprenticeship/Training | $1.05 | $1.05 | $1.05 | $1.05 | $1.05 | $1.05 | $1.05 | $0.50 |
| Annuity | $5.00 | +.05 $5.05 | +.05 $5.10 | +.05 $5.15 | +.05 $5.20 | +.05 $5.25 | +.05 $5.30 | $0.50 |
| Research and Development | $0.25 | $0.25 | | $0.25 | $0.25 | $0.25 | $0.25 | |
| TOTAL FRINGES / OPTION | | | $0.25 | $0.25 | $0.25 | $0.25 | $0.25 | |
| Journeyperson (Bricklayers & Stonemasons) | $48.27 | $51.37 | $53.17 | $54.97 | $56.72 | $58.47 | $60.27 | |
| Trowel Machine Operator | $49.42 | $51.52 | $53.32 | $55.12 | $56.87 | $58.62 | $60.42 | |
| Working Foreman | $49.77 | $52.37 | $54.17 | $55.72 | $57.72 | $59.47 | $61.27 | |
| Foreman* | $50.02 | $53.37 | $55.17 | $56.97 | $58.72 | $60.47 | $62.27 | |
| Masonry Institute of Hawaii (MIH) | $ 0.13 | $ 0.15 | $ 0.15 | $ 0.15 | $ 0.15 | $ 0.17 | $ 0.17 | |
| Masonry Industry Impr. Program (MCIIP) | $ 0.05 | $ 0.05 | $ 0.05 | $ 0.05 | $ 0.05 | $ 0.05 | $ 0.05 | |
| Labor Association Contract Fee | $ 0.02 | $ 0.03 | $ 0.03 | $ 0.03 | $ 0.03 | $ 0.04 | $ 0.04 | |
| **TOTAL PACKAGES** | | | | | | | | |
| Journeyperson (Bricklayers & Stonemasons) | $48.47 | $51.60 | $53.40 | $55.20 | $56.95 | $58.74 | $60.54 | |
| Trowel Machine Operator | $49.62 | $51.75 | $53.55 | $55.35 | $57.10 | $58.89 | $60.69 | |
| Working Foreman | $49.97 | $52.60 | $54.40 | $56.20 | $57.95 | $59.74 | $61.54 | |
| Foreman* | $50.22 | $53.60 | $55.40 | $57.20 | $58.95 | $60.74 | $62.54 | |

*Foreman – Shall also work with the tools of the trade as required by the Contractor

Effec. 9/01/08 - $1.72 per hour Work Assessment for Journeypersons
Effec. 9/01/08- $ .35 per hour MPFA for Journeypersons and Apprentices

Effec. 9/01/08 - $1.57 per hour Work Assessment for Apprentices Indentured before 9/01/03
Effec. 9/01/08 - $1.47 per hour Work Assessment for Apprentices Indentured from 9/01/03

Apprentices Indentured before 9/01/03 -Regular contributions for Health and Welfare and Research and Development Funds applies with scheduled rates increases.
   - All other Trust Fund Benefits shall apply and be made on behalf of these apprentices after 1,000 work hours is attained

Apprentices Indentured from 9/01/03 -Regular contributions for Health and Welfare Fund applies with scheduled rate increases.
   -All other Trust Fund Benefits, with contribution rates shown above, shall apply and be made on behalf of these apprentices from the
   first work hour with no scheduled increases on only these contribution rates shown above until journeyperson status is attained.

# C O N T E N T S

**Section Number and Title**                                    **Page**

PREAMBLE ........................................

SECTION  1   DURATION ...........................................2

SECTION  2   COVERAGE .......................................... 2

SECTION  3   RECOGNITION ....................................... 4

SECTION  4   MUTUAL OBLIGATIONS AND RESPONSIBILITIES ........ 5

SECTION  5   UNION SECURITY .................................. 6

SECTION  6   AUTHORIZED DEDUCTIONS ........................... 6

SECTION  7   NO STRIKE OR LOCKOUT ............................ 8

SECTION  8   DISCIPLINE OR DISCHARGE ........................ 9

SECTION  9   APPRENTICESHIP AND TRAINING ................... 10
             A.   Joint Apprenticeship & Training Committee .. 10
             B.   Ratio of Apprentices to Journeyperson ...... 10
             C.   Classification, Examination, and Retraining 10
             D.   Supplementary Apprenticeship Employment
                  Procedures ................................. 11

SECTION 10   WAGES ......................................... 11
             A.   Wage Schedule ............................. 11
             B.   Payment of Wages .......................... 11
             C.   Records and Requests ...................... 12
             D.   Work on Pacific Ocean Islands Outside the
                  State of Hawaii ........................... 12
             E.   New Job Classifications ................... 13

SECTION 11   HOURS AND OVERTIME ............................ 14
             A.   Work Week ................................. 14
             B.   Workday ................................... 16
             C.   Overtime .................................. 17
             D.   Meal Time ................................. 18
             E.   Show-Up Time .............................. 19
             F.   Shift Work ................................ 20

**Section Number And Title**                                    **Page**

          G.   Night Work ............................ 21
          H.   Wages on Day of Injury ............... 21
          I.   Emergency Call-Out ................... 21
          J.   Listing Material ..................... 22


SECTION 12     TEMPORARY TRANSFERS ....................... 22

SECTION 13     HOLIDAYS .................................. 23
          A.   Holidays ............................. 23
          B.   Holidays Falling on Saturday or Sunday ..... 23
          C.   "Switching" and/or Substitution Of Holidays 23


SECTION 14     EMPLOYEE BENEFITS AND CONTRACTOR PAYMENTS ...... 24
          A.   General Provisions ........................ 24
          B.   Health & Welfare .......................... 25
          C.   Pension ................................... 26
          D.   Annuity Fund .............................. 27
          E.   Vacation/Holiday Plan ..................... 27
          F.   Apprenticeship and Training Fund .......... 29
          G.   Research and Development.................. 30
          H.   Trust Documents .......................... 31
          I.   Contractor Payments ...................... 31


SECTION 15     OTHER FUNDS ............................... 36


SECTION 16     MISCELLANEOUS WORKING RULES ................... 39
          A.   Ratio of Journeyperson to Foreman/Working
               Foreman ................................... 39
          B.   Drinking Water ............................ 39
          C.   Tools ..................................... 39
          D.   Safety and Protective Devices ............. 40
          E.   Clean-Up Time ............................. 42
          F.   No Piece Work, Contract Work,
               or Moonlighting ........................... 42


SECTION 17     TRANSPORTATION ............................ 44
          A.   Transportation ............................ 44
          B.   Bad Road Transportation ................... 45
          C.   Parking Expenses .......................... 46

SECTION 18     SUBSISTENCE AND TRAVEL (Neighbor Island Work) .. 46
               A.  Subsistence and Travel ..................... 46
               B.  Application of Subsistence to Bona Fide
                   Residents of Neighbor Islands Who are
                   Required by the Contractor to Live Away From
                   Home On The Same Island .................... 50

SECTION 19     ACCESS TO COMPANY PREMISES .................... 53

SECTION 20     UNION STEWARD ................................. 53

SECTION 21     GRIEVANCE PROCEDURE AND ARBITRATION ........... 54
               A.  General Provisions ........................ 54
               B.  Grievance Procedures ...................... 55
               C.  Grievance Subject to an Expedited Hearing .. 58

SECTION 22     JOINT INDUSTRY COMMITTEE ...................... 59
               A.  Appointment of Representatives ............ 59
               B.  Scope of Authority ........................ 60
               C.  Rules of Procedures ....................... 61
               D.  Quorum .................................... 61
               E.  Voting .................................... 61
               F.  Rights of Board ........................... 62
               G.  Expenses .................................. 62
               H.  Matter Involving Non-Association Contractor
                   Signatory to this Agreement ............... 62
               I.  Limitation of Liability ................... 62

SECTION 23     JURISDICTIONAL DISPUTES ....................... 63

SECTION 24     SUBCONTRACTING ................................ 64
               A.  General Provisions ........................ 64
               B.  Definition of Subcontractors .............. 64
               C.  Warranty Work ............................. 64
               D.  Federal "Davis-Bacon" Projects Located on
                   Military Installations or Bases ........... 65
               E.  Preservation of Work...................... 65

SECTION 25      REFERRAL AND HIRING PROCEDURES ................. 66
                A.   Notification of Quits and other
                     Terminations ........................... 66
                B.   Membership Standing .................... 66
                C.   Referral and Hiring Procedures ......... 66

SECTION 26      ADMINISTRATIVE OFFICE ........................ 72
                A.   Establishment ......................... 72
                B.   Administrative Committee .............. 72
                C.   Authority of the Administrative Committee
                     and Administrator ..................... 72
                D.   Duties and Services of the Administrative
                     Office ................................ 73
                E.   Expenses .............................. 74
                F.   Rules of Procedures ................... 74
                G.   Quorum ................................ 74
                H.   Voting ................................ 75
                I.   Limitations of Liability .............. 75

SECTION 27      GENERAL SAVINGS CLAUSE ....................... 75

SECTION 28      MOST FAVORED NATION CLAUSE ................... 76

SECTION 29      MODIFICATION OF AGREEMENT .................... 76

SECTION 30      REPRESENTATIONS .............................. 77

# EXHIBITS

Exhibit "A"  Classification, Work Coverage, And Hourly Wage Schedules Covering Cement Finishers & Masons In the State of Hawaii

Exhibit "A-O"  Stipulation

Exhibit "A-1"  Classifications – Cement Masons
1. Letters Of Understanding Regarding Jurisdictional Disputes

Exhibit "A-2"  Classifications – Bricklayers And Allied Craftworkers
1. Tool List For Bricklayer Masons Union
2. Tool List For Cement Finishers Of The Mason Contractors Of Hawaii
3. Tool List For Combination Bricklayers Masons Of The Mason Contractors Association Of Hawaii
4. Tool List For Bricklayers Of The Mason Contractors Association Of Hawaii

Exhibit "B"  Assignment of Wages To Cover Union Dues, Assessments, And Initiation Fees

Exhibit "B-1"  Assignment Of Wages To Cover Union Dues, Assessments, And Initiation Fees

Exhibit "B-2"  Notification Of Loaned Employee And Assignment Of Wages To Cover Union Dues, Assessments And Initiation Fees

Exhibit "B-3"  Notification Of Loaned Employee And Assignment Of Wages To Cover Union Dues, Assessments And Initiation Fees

Exhibit "C"  Notice Of Quits, Layoffs, And/Or Terminations

Exhibit "D"  Confirmation Of Hiring Slip

Exhibit "E"  Physical Qualification Questionnaire

Exhibit "F"  Classification, Examination, And Retraining

Exhibit "G"  Supplementary Apprentice Employment Procedures

Exhibit "H"  Notification Regarding "Davis-Bacon" Project

Exhibit "I"  Saturday As A Straight Time "Make Up" Day And/Or Workweek Of Other Than Five 8-Hour Days, And/Or Nightwork

Exhibit "J"  Notification To Union And To Employees Regarding "Switching" And/Or Substitution Of Holidays

Exhibit "K"  Notification To Employees Of Failure Of Employer To Make Payment Of Contributions On Their Behalf Under Section 14 H-4

Exhibit "L"  Certification Of Receipt And Acceptance Of Master Agreement Covering The Cement Finishing And Masonry Trades In The State Of Hawaii

Addendum 1  Agreement Covering Drugs And Other Controlled Substance On Construction Job Sites In The State Of Hawaii

### LABOR AGREEMENT COVERING THE FINISHERS AND
### MASONRY TRADES IN THE STATE OF HAWAII

The Contractor acknowledges that the Unions have presented satisfactory proof of representation of the employees of Contractors covered under this Master Agreement.

NOW THEREFORE:

THIS AGREEMENT is made and entered into by and between;

INTERNATIONAL UNION OF BRICKLAYERS & ALLIED CRAFTWORKERS,
LOCAL NO. 1 OF HAWAII, AFL-CIO

AND THE OPERATIVE PLASTERERS & CEMENT MASONS INTERNATIONAL
ASSOCIATION OF THE UNITED STATES AND CANADA,
LOCAL NO. 630, AFL-CIO

(each of whom is hereinafter referred to as the "Union")

AND THE

MASON CONTRACTORS ASSOCIATION OF HAWAII

(hereinafter referred to as the "Association")

for and on behalf of those person, firms, corporations, or either entities who are of who become signatory to this Agreement pursuant to the provisions of Section 3.C hereof

(each such signatory being hereinafter referred to as "Contractor")

AND

ANY OTHER PERSON, FIRM, CORPORATION, OR OTHER ENTITY
THAT, PURSUANT TO THE PROVISIONS OF SECTION 3.C
HEREOF, BECOME SIGNATORY HERETO

Effective September 1, 2008 to and including August 31, 2014

1

# SECTION 1

## DURATION

This Agreement shall be binding upon the respective parties effective **September 1, 2008, to and including August 31, 2014,** and shall be considered as renewed from year to year thereafter unless either party hereto shall give written notice to the other of its desire to modify, amend, or terminate the same. Any such notice must be given by the party desiring to modify, amend, or terminate the Agreement, at least one hundred eighty (180) calendar days prior to the expiration date, but not more than two hundred ten (210) calendar days prior to the expiration date. In the event such notice is given, and only in such event, negotiations for a new agreement shall commence as soon as possible. If such notice shall not be given, the Agreement shall be deemed to be renewed for the succeeding year.

# SECTION 2

## COVERAGE

A. <u>Work Covered</u>. The work covered under this Agreement shall be all of the work performed by craftworkers falling within the recognized jurisdiction of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO (hereinafter referred to as "IUBAC or Union") and the Operative Plasterers and Cement Masons International Association, AFL-CIO (hereinafter referred to as "OPCMIA or Union"). The Union has shown that the work covered in Exhibit "A" will be assigned to the employees covered by the IUBAC or the OPCMIA as outlined, but not limited to Exhibit "A" attached hereto and made a part hereof. Also included under this section shall be International Agreements granting jurisdiction of any work to the IUBAC or OPCMIA. Coverage shall also extend to and include any additional classifications, technological changes, and new products that may be developed and other means and methods of installation that is introduced in the area of trade practice as provided for in Section 10.E Wages (New Job Classifications.) The established Jurisdictional Decisions of record by the NLRB, The Stipulated Plan of the BCT for The Construction Industry decisions,

and International Union Agreements as covered and provided for in Exhibit "A" of this agreement shall supersede any other jurisdictional claims made by any other trade unions.

B. <u>Employees Covered</u>

    1. The employees covered by this Agreement are those employees of the Contractor employed in the State of Hawaii in the classification set forth in the Classification and Hourly Wage Schedule which is attached hereto as Exhibit "A" and made a part hereof, including any additional classifications that may be added thereto pursuant to the provisions of Section 10.E Wages (New Job Classifications) of this Agreement.

    2. The following classifications and employees are specifically excluded from coverage under this Agreement: office clerical employees, confidential employees, professional employees, watchpersons, and supervisors as defined in the National Labor Relations Act, as amended.

C. Contractors shall assign work covered by this Agreement only to bargaining unit employees covered by this Agreement. In the event a dispute arises as to the assignment of such covered work, the parties involved shall meet immediately to resolve the dispute. If an agreement between parties cannot be made, then the issue shall be immediately sent to the International Unions for settlement under the Stipulated Plan for the Settlement of Jurisdictional Disputes in the Construction Industry as approved by The Building and Construction Trade Dept., AFL-CIO. Each Contractor signatory to this Agreement shall agree to be bound by the terms and provisions of the Plan and will sign the Stipulation forms which is made a part of Exhibit "A".

If the Contractor has misassigned covered work that falls under the jurisdiction of Local #1, IUBAC or Local #630, OPCMIA then the Unions shall have the right to file a grievance under Section 22 (Grievance Procedures and Arbitration).

D. <u>Understanding Jurisdiction:</u>

    1. **The parties agree to allow the use of composite crews in accordance with the Contractors' or their subcontractors' past practices.**

2. The contractors commit that they will not pressure in subcontractors signatory to the Masons union to become signatory with other trades for the performance of work covered by this Agreement. Contractors will not back charge a subcontractor signatory to the Masons Union for any work which it performs with its own force as a result of any jurisdictional dispute over work covered by this Agreement and work claimed by any other trade or union.

3. The above classification of work shall be in compliance with any jurisdictional agreements between international unions. Whenever the work in question can be claimed by more than one craft or the work required would result in inefficient situations, the parties shall attempt to establish composite crews. It is also understood that covered work only pertains to that work set forth in the Agreement whose assignments is in control of the Contractor and which will be performed by employees or subcontractors of the Contractor.

## SECTION 3

### RECOGNITION

A. The Association and each Contractor covered hereby recognizes the Union as the exclusive collective bargaining representative of all employees covered by this Agreement.

B. The Union recognizes the Association as the exclusive collective bargaining representative of its individual members who are or who become signatory to this Agreement.

C. Contractor coverage under this Agreement shall be accomplished by Contractor signature and Union countersignature of the "Certificate of Receipt and Acceptance of the Master

Agreement" form, a copy of which is attached hereto as Exhibit "L" and made a part hereof.

D.   The Association will notify the Union in writing of new Contractor members who are or who become signatory to this Agreement and it shall also notify the Union in whenever any Contractor memberships are terminated or canceled.

## SECTION 4

## MUTUAL OBLIGATIONS AND RESPONSIBILITIES

A.   By ratification of this Agreement, the Contractor guarantees that he/she will pay specified wage rates, make certain contributions toward employee benefits, and provide certain terms and conditions in return for the services and labor of employees covered hereby.

B.   In consideration of the above, each employee covered by this Agreement has a definite obligation and responsibility to better his/her efficiency, to upgrade his/her skills, and to perform a full eight (8) hours of productive work each and every workday.

C.   In line with this, the Union and the Association hereby commit themselves to cooperate with one another in the development of ways, means, and programs that will make for a more efficient, productive, and responsible work force.

D.   Also, it is the desire of the Union and the Contractor to maintain a harmonious working relationship between themselves and to cooperate to the extent possible in attempting to resolve mutual problems that face Hawaii's Construction Industry.

## SECTION 5

### UNION SECURITY

A.  Each employee covered by this Agreement shall, as a condition of continued employment, become a member of this Union not later than the tenth (10TH) working day following the date of his/her employment or the execution date of this Agreement, whichever is later, and the employee shall thereafter maintain such membership in good standing by continuing to tender dues to the Union for the duration of this Agreement.

B.  The Union agrees to consider for membership all present and future employees who apply for membership.  If an applicant is denied membership by the Union, he/she shall not be required to comply with the provisions of this Section.

C.  Upon written notice from the Union of failure on the part of any individual to complete membership in the Union, as required above, or of failure to continue payment of dues to the Union, the Contractor shall, within five (5) working days of such notice, discharge said employee.

## SECTION 6

### AUTHORIZED DEDUCTIONS

A.  If an employee signs proper authorization forms (sample copies of which are attached hereto as Exhibits "B" and "B-1"), the Contractor shall deduct from the wages of said employee all Union dues, Union initiation fees, and Union assessments, which are due from, said employee.

B.  In requesting deductions for "assessments," the Union shall restrict such request to assessments assessed on all members of the Union employed by the Contractors covered hereby or signatory hereto on a uniform basis as an incidence of membership in the Union.

C.  The Union's monthly dues shall be deducted on a once-a-month/one-month-in-advance basis and shall be transmitted by

6

the Contractor to the Union so that they are received by the Union by the fifteenth (15th) day of the month immediately following the month in which the deduction was made (e.g., dues which are due on June first shall be deducted during the month of May and shall be transmitted by the Contractor to the Union so that they are received by the Union by June fifteenth.)

1.  In the event it is determined that a Contractor has violated this section the following penalties shall be imposed on said Contractor:

    (a)  liquidated damages in the amount of ten percent (10%) of such delinquent and unpaid dues or twenty-one ($21.00) dollars, whichever is greater, for each and every delinquent monthly amount,

    (b)  all audit and collection costs, and

    (c)  if the delinquency is turned over to an attorney for collection, reasonable attorney's fees and all costs of action, together with all other reasonable expenses incurred in connection with such suit or claim, including any appellate proceedings therein.

2.  If the Contractor disputes that a violation has occurred, then the **Joint Industry Committee** shall determine if such violation has occurred and that such penalties shall be imposed.

D.  The Union's per-hour dues, as well as its per-hour Masons and Plasterers Fraternal Association assessment, and any other deductible amounts which are based on hours worked by an employee, shall be deducted on a weekly basis and shall be transmitted by the Contractor to the Union at the same time as Trust Fund payments are transmitted.

E.  Transmittal of any and all amounts deducted pursuant to this Section shall be by way of check drawn to the order of the Union or the MPFA.  Upon issue of such check(s) and the transmission of same to the Union, all responsibility on the part of the Contractor shall cease with respect to any amount so deducted so long as such check(s) is honored on being presented for payment.  The Union hereby undertakes to

indemnify and hold the Contractor harmless from any claims that may be made upon said Contractor for or on account of any such deduction from the wages of any employee.

## SECTION 7

## NO STRIKE OR LOCKOUT

A.  The parties hereto agree that during the term of this Agreement there shall be no lockout by the Contractor nor any strike, stoppage of work, or slowdown on the part of the Union or its representatives or on the part of any employee covered by the terms of this Agreement, except as provided under paragraphs B and C below.

B.  Nothing in this Agreement shall be construed as giving a Contractor the right to require his/her employees to cross a legitimate picket line. A legitimate picket line is one that is not in violation of the law.

C.  If a Contractor fails to make timely payments to any of the Trust Funds provided for in this Agreement, OR if he/she fails to make timely transmittals of amounts deducted for Union dues, initiation fees, and assessments, as provided for under Section 6 (Authorized Deductions), and so long as either of these conditions continue, it shall not be a violation of this Agreement for the Union to withdraw its members from the performance of work for said Contractor. In each case, the Union shall give written notice to the Contractor involved of its intent to withdraw its employees, and the Contractor shall be given five (5) working days from receipt of said notice in which to make necessary full payment. If such full payment is not made within said five (5) day period, the Union shall then be free to withdraw its employees and to continue said withdrawal until full payment is made.

D.  It is mutually understood and agreed that neither the Association, any Contractor, nor the Union shall be liable for damages caused by the acts or conduct of any individual or groups of individuals who are acting or conducting themselves in violation of the terms of this Agreement, provided that

such action or conduct has not been specifically authorized, participated in, fomented, or condoned by the Association, any Contractor, or the Union, as the case may be.

E.  In the event of any unauthorized violation of the terms of this Agreement, responsible and authorized representatives of the Union, the Association, or the Contractor, as the case may be, shall promptly take such affirmative action as is within their power to correct and terminate such violation for the purpose of bringing such unauthorized persons into compliance with the terms of this Agreement. Such individuals acting or Conducting themselves in violation of the terms of this Agreement shall be subject to discipline, up to and including discharge.

## SECTION 8

## DISCIPLINE OR DISCHARGE

A.  Employees shall be subject to discipline or discharge for just cause.

B.  A probationary period of ten (10) working days shall be established for all new employees and such new employees may be summarily discharged; **provided, however, that the Contractor and the Union may agree on a case-by-case basis to extend the probationary period to twenty (20) working days.**

C.  Any discharged employee other than probationary employees shall, upon request, be furnished the reason(s) for his/her discharge in writing within two (2) working days after the request is made.

D.  If the Contractor takes action under this section which the employee or the Union believes is not for just cause, either the employee and/or the Union shall have the right to process such grievance through the grievance procedure as provided under Section 22 (Grievance Procedure and Arbitration).

E.  No employee shall be disciplined, discharged, or discriminated against for legitimate Union activity; provided, however, that such activity shall not interfere with the Contractor's

operation. Additionally, such activity shall not be conducted during working hours (excluding meal breaks) except where a Steward is properly exercising his/her duties under the provisions of Section 21 (Union Steward).


## SECTION 9

### APPRENTICESHIP AND TRAINING

A.  Joint Apprenticeship and Training Committee.  The parties agree to continue the Joint Apprenticeship Committee composed of equal Contractor and Union representation to program and operate a system of apprenticeship and training in conformance with State and Federal laws.  Such Committee shall have the authority to act for and on behalf of the Contractor and the Union.  The parties will comply with any recommendation made by the Committee.

B.  Ratio of Apprentices to Journeyperson.  The ratio of apprentices to journeyperson shall be determined by the Joint Apprenticeship and Training Committee.

C.  Classification, Examination, and Retraining.  The Joint Apprenticeship and Training Committee shall also be empowered:

1.  to conduct a training program for employees and applicants for employment other than apprentices, and

2.  when its jurisdiction has been invoked pursuant to the provisions of Exhibit "F" (Classification, Examination, and Retraining) as attached hereto and made a part hereof:

   (a)  to determine the qualifications for employment of any employee or applicant for employment by appropriate examination and otherwise, and

   (b)  to classify or reclassify them as either Journeyperson or Apprentices or to certify them as

being unqualified or unfit for employment, as the case may be, in any phase of the Concrete Finishing and Masonry Trades.

D. <u>Supplementary Apprentice Employment Procedures</u>. The parties also agree to utilize the U.S. Department of Labor-approved Supplementary Apprentice Employment Procedure, attached hereto as Exhibit "G."


### SECTION 10

### WAGES

A. <u>Wage Schedule</u>. Attached hereto as Exhibit "A" and made a part of this Agreement is the wage schedule, which shall be effective for the term of this Agreement.

B. <u>Payment of Wages</u>

1. Each employee covered by this Agreement shall be paid not later than quitting time by Friday of each week; provided, however, that in no event shall more than one calendar week's wages be withheld at any one time. In the event Friday falls on a holiday (whether recognized under this Agreement or not) on which local banks will be closed, the Contractor shall make every effort to provide the employees with their paychecks by Thursday of that week.

2. Unless due to any emergency situation or other verifiable circumstances acceptable to the **Joint Industry Committee**, a contractor does not have his/her employee's paychecks available for pick-up by Friday (by Thursday if Friday is a holiday), the employee or employees affected shall be entitled to a lump sum penalty payment of twenty dollars ($20.00) for each working day that said paycheck is not available (to include the day by which payment was due). The Contractor shall also pay or reimburse an employee for any finance charges, penalties, and other direct costs (such as checking account overdraw charges, late payment charges, interest penalties and the like) that are charged to an employee as a result of a late paycheck

or a paycheck "bouncing" due to insufficient funds. The Contractor shall also reimburse the employee for the cost of any long-distance telephone calls relating to the matter as may be made by the employee.

3. When an employee is laid off for lack of work, said employee shall be paid all wages earned and due as of the time of separation. If the employee's separation paycheck is drawn in an incorrect amount due to the employee leaving work early, being a "no show" on one of the employee's scheduled workdays during that week, or for other cause for which the employee is responsible, then the employee's separation check, as corrected, shall be paid to him/her no later than the working day following the date of layoff.

4. When an employee is discharged for cause, said employee shall be paid all wages due at the time of discharge. However, if the discharge occurs at a time and under conditions which prevent the Contractor from making immediate payment, then all wages due must be paid to the employee no later than the working day following the discharge.

5. When an employee quits, said employee shall be paid all wages due no later than the next regular payday either through regular pay channels or, if requested by the employee, by mail. However, if an employee gives at least five (5) working days' notice of his/her intention to quit, the Contractor shall pay all wages earned and due to said employee at the time of separation.

6. Inasmuch as the provisions of paragraphs 4 and 5 above are required of State law, it is incumbent upon the Contractor to develop and maintain appropriate procedures for payment of same.

C. Records and Requests. Each Contractor shall provide a proper means for registering time, working time, and quitting time. In the event of a dispute over time, wages, or fringe payments, such records will be promptly accessible to the Business Representatives of the Union during working hours.

D. Work on Pacific Ocean Islands Outside the State of Hawaii. If

an employee who has been hired and is otherwise an employee of the Contractor in the State of Hawaii and is required by the Contractor to report to work on any Pacific Ocean Island outside the State of Hawaii, said employee shall be paid at no less than the wage rates specified in Exhibit "A" Classification and Hourly Wage Schedule). The Contractor shall also make payments to the Health and Welfare Trust Fund, Training Trust Fund, and any other Fund that may be established during the term of this Agreement on behalf of said employee.

E. <u>New Job Classifications</u>

    1. Nothing in this Agreement shall prevent the Association from negotiating or making agreement with the Union covering any new job classifications which fall within the jurisdiction of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO, and the Operative Plasterers and Cement Masons of the United States and Canada, AFL-CIO, but which are not presently covered by this Agreement. If and when such new job classifications are contemplated, authorized representatives of the Association and of the Union shall immediately enter into negotiations to establish proper wage rates for such classification(s).

    2. In the event the aforesaid parties are unable to reach agreement on the matter, either party may refer the disagreement to the <u>Joint Industry Committee</u>.

    3. Pending the establishment of such wage rate, the Contractor may introduce and use said classification(s) at a temporary rate of pay as determined by such Contractor. Should a higher rate of pay be established for said classification(s) by either the negotiating parties (i.e., the Union and the Association) or the <u>Joint Industry Committee</u>, the retroactive application of said higher wage rate shall be limited to twenty (20) working days.

# SECTION 11

## HOURS AND OVERTIME

A.  <u>Workweek</u>

1.  The standard workweek shall be Monday through Friday, inclusive. The standard workweek shall also include Saturday if Saturday is a make-up day.

2.  However, in the event that weather, equipment breakdown, power failure, work stoppage or other labor dispute, accident, and/or any other condition or circumstance which is beyond the control of the Contractor prevents employees from starting work on any one or more of the regularly scheduled Monday through Friday workdays or prevents employees from working a full shift on any of said days, then Saturday, at the Contractor's option, may be scheduled as a make-up day at the employee's regularly straight time rate. On said Saturday, the straight time rate shall apply for the employee's first eight hours of work or upon completion of forty (40) straight time hours of work for that week, whichever occurs first, and one and one- half (1-1/2) times the employee's regular straight time rate for all hours worked thereafter.

NOTE:  At the present time, subparagraphs 1 and 2 above would be applicable ONLY on PRIVATE and FEDERAL jobs. The law would have to be changed in order for said paragraphs to be applicable on State or County projects.

3.  The provisions of paragraph 2 above are designed to allow a Contractor the flexibility of "making up" time during that same workweek for time lost on his/her project(s) due to the causes listed, as well as to provide employees the opportunity to secure additional work hours during that week which would not otherwise be made available to them. In that connection, the use of the phrase "any other condition or circumstance which is beyond the control of the Contractor" is intended to cover situations of a substantive and verifiable nature.

14

4. Contractors shall not schedule Saturday make-up days to "make-up" work lost due to holidays specified under Section 13.A.

5. Complaints, problems, and/or allegations that a Contractor has misused or abused the Saturday "make-up" day provisions as set forth in Section 11.A.2 or the provisions of Section 11.A.6 (a), (b), (c), or has violated the intent thereof as set forth in paragraph 3 above shall be processed as an Expedited Grievance to the State Joint Board as provided for under Section 22 (Grievance Procedure and Arbitration). In the event the State Joint Board determines that a violation has occurred, it shall impose the following penalties on said Contractor:

(a) <u>First Offense</u>

    1. Order the Contractor to pay the overtime rate to the employees affected for the work performed on the project involved (i.e., pay an additional one-half [1/2] times for the hours worked).

    2. PLUS pay a fine equal to two (2) times the amount of that penalty (i.e., fine of one [1] hour's pay for each hour worked).

(b) <u>Second Offense</u>

    1. Order the Contractor to pay the overtime rate to the employees affected for the work performed on the project involved (i.e., pay an additional one-half [1/2] times for the hours worked).

    2. PLUS pay a fine equal to three (3) times the amount of that penalty (i.e., fine of one-and-one-half [1-1/2] hour's pay for each hour worked).

3. PLUS disqualify the Contractor from further use of the Saturday "make-up" day provision on the project involved.

4. PLUS Contractor to show cause to the State Joint Board with respect to said Contractor's future use of said provision(s) on any of such Contractor's projects for the duration of the agreement.

6. The Contractor may, by written mutual agreement with the Union (on a project-by-project basis) schedule:

(a) four (4) consecutive ten 10-hour days during the period from Monday through Friday which shall be paid for at the regular straight time hourly rate, or

(b) four (4) nine 9-hour days (Monday through Thursday) plus (4) four hours on Friday, all of which hours shall be paid for at regular straight time hourly rates.

(c) in either of such events, either Friday and/or Saturday may, at the Contractor's option, be scheduled as a straight time make-up day under the same conditions as set forth in paragraph 2 above.

NOTE: At the present time, paragraphs 6(a), (b) and (c) above would be applicable ONLY on PRIVATE and FEDERAL jobs. The law would have to be changed in order for said paragraphs to be applicable on State or County projects.

B. Workday

1. Except where shift work or night work is scheduled, the normal workday for an employee covered by this Agreement shall begin between the hours of 6:00 a.m. and 8:00 a.m. The starting time for a project shall be established by the Contractor prior to the start of said project and, once established, shall not be changed except by mutual agreement of the Contractor and the Union.

2. However, if the State law, local ordinance, job specification, or written instruction of the owner or his/her representative requires that work commence at a later hour, it shall be at the Contractor's discretion as to whether the starting time as provided in paragraph B.1 above shall apply or whether the starting time as imposed by State law, local ordinance, job specification, or by the aforementioned written instruction shall apply, in either case without payment of overtime or other premium rate. In such situation, the Contractor shall nevertheless afford the affected employees with eight (8) straight time hours of work opportunity (exclusive of meal periods), or pay for same unless the employee quits, voluntarily lays off, or is suspended or discharged prior to the completion of said eight (8) hour period, or the Contractor is unable to provide such work due to weather conditions, equipment breakdown, power failure, accident, suspension of work by written order of the contracting agency, or other reason outside of the Contractor's control.

3. Except as provided in paragraphs B.1 and B.2 above, other starting times also without payment of overtime or other premium may be established by mutual agreement between the Contractor and the Union.

C.  Overtime

1.  Overtime Rate. Overtime at one-and-one-half (1-1/2) times the employee's regular straight time rate shall be paid for:

(a) All work performed in excess of eight straight time hours in any one day, OR:

(i)  in excess of ten (10) straight time hours in any one (1) day where a workweek of four (4) consecutive ten 10-hour days has been scheduled by the Contractor, or

(ii) in excess of nine (9) straight time hours, Monday through Thursday, and four (4) hours on Friday where such a workweek has been

scheduled by the Contractor pursuant to the provisions of Section 11, paragraph A.5 (b).

(b) All work performed by an employee before the employee's shift begins and after it ends.

(c) All work performed on Saturdays, except where such Saturday has been scheduled as a make-up day by the Contractor pursuant to the provisions of Section 11.A.2, in which case overtime shall be paid after the employee's completion of eight (8) straight time hours of work on said Saturday make-up day or after the completion of forty (40) straight time hours of work for that week, whichever occurs first.

(d) All work performed on Sundays or on holidays as listed in Section 13 (Holidays). An employee scheduled to work on a Sunday or holiday who gives the Contractor advance notice (24 hours) of his/her inability to work due to a previous commitment shall be excused from said Sunday or holiday work.

2. Reckoning of Overtime Hours. Overtime hours shall be reckoned by the quarter hour.

3. No Pyramiding. Whenever two (2) or more overtime or premium rates are applicable to the same hour or hours worked, there shall be no pyramiding or adding together of such rates and only the higher of the applicable rates shall be applied.

4. Assignment of Overtime Work. If overtime work is to be assigned, the work shall be assigned to the members of the crew (to the extent needed) or to the operators of the equipment required who, during the regular workday, have been performing the particular work involved.

D. Meal Time

1. An employee covered by this Agreement shall be afforded a meal period of at least thirty (30) minutes to begin from the third (3rd) through the fifth (5th) hour of the shift.

If an employee is required to work more than four through five and one-half (4 to 5-1/2) hours without starting a meal period, said employee shall be paid at one-and-one-half (1-1/2) times his/her regular straight time rate for all time worked after said **fifth** (5th) hour until such time is afforded the opportunity to eat.

2.   If the employee is already being paid at the time-and-one-half (1-1/2) rate by reason of Saturday, Sunday, or holiday work, he/she shall receive two (2) times his/her regular straight time rate for all time worked after **fifth** (5th) hour until such time as he/she is afforded the opportunity to eat.

3.   Whenever overtime work exceeds two-and-one-half (2 1/2) hours past the quitting time of their shift, employees will be afforded a meal period of at least one-half (1/2) hour at the end of said two-and-one-half (2-1/2) hour period of overtime work. Said meal period shall not be paid for or counted as time worked. If overtime work continues for four (4) hours after the conclusion of said meal period, the employees shall be afforded a similar meal period at the end of each similarly measured four (4)-hour period said four 4-hour period thereafter.

4.   If the employee is not afforded a meal period as provided for in paragraph 3 above, he/she shall be paid at two (2) times his/her regular straight time rate for all time worked after the applicable period of overtime work until such time as he/she is afforded the opportunity to eat.

5.   If an employee qualifies for a meal period as provided for in paragraph 3 above, the Contractor shall provide a meal. Such meal shall be of good quality and shall be nutritious.

E.   <u>Show-up Time</u>

1.   Employees or qualified applicants ordered to report to work at a job site for whom no employment is provided shall be entitled to one (1) hour's pay unless prevented from working for reasons beyond the control of the Contractor (including inclement weather).

2. The Contractor may require or request an employee to remain on the job for up to thirty (30) minutes past the employee's normal starting time pending possible abatement or cessation of inclement weather or other cause which had prevented work from starting, without paying show-up time to said employee. Should such requirement or request extend beyond thirty (30) minutes past the employee's normal starting time, said employee shall be entitled to show-up time of one (1) hour's pay, unless such employee quits, voluntarily lays off, or is suspended or discharged prior to the completion of said one (1) hour period. Said waiting time (standby time) shall not be considered as hours worked for purposes of making Contractor contributions to the various Trust and other Funds as provided for in this Agreement.

3. In the event the employee starts work but such work is subsequently shut down by reason of inclement weather, equipment breakdown, power failure, or fatal accident, said employee shall be paid for actual time worked, but in no case shall that payment be less than one (1) hour's pay at the employee's regular straight time rate of pay.

F. Shift Work

1. Two-Shift Operation. Where a two-shift operation is scheduled, an employee's first eight (8) hours of work per day on his/her shift (exclusive of meal period) shall be paid for at said employee's regular straight time rate; provided, however, that where a two (2) shift operation is scheduled on the basis of a workweek of four (4) consecutive 10-hour days, then the straight time rate shall be paid for the employee's first ten (10) hours of work per day on his/her shift (exclusive of meal period).

2. Applicable to Two-Shift Operations. On shift work: (a) employees working a shift who comes off on Saturday morning are to be considered working Friday; (b) an employee working a shift coming off work on Sunday morning is to be considered working Saturday; and 9c) an employee working a shift coming off work on Monday morning is to be considered working Sunday.

G.    Night Work. Where night work is scheduled, an employee's first eight (8) hours of work per day on said work (exclusive of meal period) shall be paid for at the employee's regular straight time rate; provided, however, that where such work is scheduled on the basis of a workweek of four (4) consecutive ten (10)-hour days (or on the basis of four (4) nine (9)-hour days Monday through Thursday plus four (4) hours on Friday), then the straight time rate shall be paid in accordance with that schedule.

H.   Wages on Day of Injury

1.    Whenever an employee sustains an industrial injury or illness covered under the State of Hawaii Workers' Compensation Law, he/she shall be paid for the same number of hours as worked on that day by other employees in said employee's same crew, but not to exceed eight (8) hours at said employee's applicable rate of pay; provided, however, that said employee provides the Contractor with a physician's statement verifying said employee's treatment and disability for the remainder of the day. The employee shall be allowed to go to the physician of said employee's choice.

2.    If the employee requires transportation in securing the aforesaid medical treatment, such transportation shall be provided by the Contractor.

I.    Emergency Call-Out

1.    Any employee called out to perform emergency work and who so reports at the time specified, shall be paid at the applicable overtime rate for all hours worked on such emergency call-out. Such employee shall receive a minimum of two (2) hours' work, or if two (2) hours' work is not furnished, a minimum of two (2) hours' pay; provided, however, that such two (2) hour minimum shall not apply if the employee quits, voluntarily lays off, or is suspended or discharged prior to the completion of said two (2) hour period. Said two (2) hour minimum shall also not apply if the emergency work for which said employee is called out continues up to said employee's

21

normal starting time, in which event the employee shall be paid at the overtime rate only for actual number of hours worked (and would not include travel time) up to said employee's normal starting time.

2.   In computing time spent on emergency call-out, such time shall include time spent in traveling from the employee's home or the place from which the employee was called, as the case may be, directly to the job site, but shall not include the return trip.

3.   The provisions of Section D.2 (Meal Period) shall apply to employees who are performing emergency call-out work.

J.   <u>Listing Material</u>.   If an employee covered by this Agreement is required by the Contractor to list material from the plans, specifications, or any other document and said work is to be performed either before or after his/her regular working hours, said employee shall be paid at one-and-one-half (1-1/2) times his/her regular straight time rate for all time so spent either before or after his/her regular working hours.


## SECTION 12

### TEMPORARY TRANSFER


A.   An employee covered by this Agreement shall not be transferred to perform work outside of his/her craft, except in the event of nonavailability or failure to report of the craftsworkers called for, or in the event of emergency.

B.   When an employee is required to work temporarily on a job of a higher classification covered by this Agreement, he/she shall receive the pay of the higher classification for the actual hours worked in that classification.

C.   When an employee is required to work temporarily on a job of a lower classification covered by this Agreement, he/she shall receive the pay of his/her regular wage classification, unless such change is made permanent.

D. A transfer made for the convenience of an employee shall not be deemed a temporary transfer irrespective of the duration of the transfer.

E. This section shall not apply to grievance or claims by a working foreman that he/she is performing the work of a foreperson.

## SECTION 13

### HOLIDAYS

A. <u>Holidays</u>. The following days shall be considered holidays and work performed on such days shall be compensated for at the following rates of pay:

    1. <u>At One-and-One-Half Times the Employee's Regular Straight Time Rate</u>:

| | |
|---|---|
| New Year's Day | Discoverer's Day |
| President's Day | Veteran's Day |
| Memorial Day | Thanksgiving Day |
| Kamehameha Day | Christmas Day |
| Fourth of July | |

    2. <u>At Three Times the Employee's Regular Straight Time Rate</u>:

        Labor Day

B. <u>Holidays Falling on Saturday or Sunday</u>. In the event any of the above holidays falls on a Saturday, the preceding Friday shall be considered the holiday. In the event any of the above holidays fall on a Sunday, the following Monday shall be considered the holiday.

C. <u>"Switching" and/or Substitution of Holidays</u>

    1. Whenever any of the holidays listed below falls on a Tuesday, Wednesday, or Thursday, said holiday may, at the Contractor's option and discretion, be "switched" to either Monday or Friday:

> Kamehameha Day
> Fourth of July
> Thanksgiving Day

2.  The Contractor shall also have the option, at his/her discretion, of substituting the day after Thanksgiving as a holiday in place of Veteran's Day, in which case, however, said Contractor shall not be able to simultaneously exercise his/her option of "switching" Thanksgiving Day to Friday so as to observe two holidays on the same day.

NOTE:   At the present time, paragraphs 1 and 2, immediately above, are applicable ONLY to PRIVATE and FEDERAL projects.  The State or Country law HRS.104-2 would have to be changed in order for said paragraphs to be applicable on State or Country projects.  (The contractor should review the agreement that they received when project was awarded.

3.  The Union, as well as the employees affected, shall be notified in writing at least five (5) working days prior to the effective date of any "switch" and/or substitution of holidays as may be made pursuant to paragraphs 1 and 2, above.


## SECTION 14

## EMPLOYEE BENEFITS AND CONTRACTOR PAYMENTS


A.  General Provisions

1.  Contractor payments to the various Trust and other Funds, as specified in this Agreement, shall be paid only for actual hours worked.  Time which is paid for but not worked, such as time paid for under Section 11.H (Wages on Day of Injury), waiting/standby time as provided under paragraph E.2 (Show-up Time) of Section 11 (Hours and Overtime), as well as "driving time hours" as provided for under paragraph A.5 of Section 17 (Transportation) shall not be counted as hours worked for purposes of

24

making Contractor payments to the various Trust and other Funds as provided for in this Agreement.

2. If the Union, the Administrative Office, or any of the Trust Funds as established under this Agreement chooses to cover its employees under any of the Trust Funds listed below, its contributions to said fund(s) shall be made in the same manner and under the same conditions as set forth in Section 14.I (Contractor Payments) of this Agreement, but shall be computed on a monthly basis, as follows: applicable hourly rate of contribution times 173 hours per month.

3. Qualifications of Trustees. Any Trustee serving on behalf of the Union must be a member in good standing. Any Contractor members selected to serve on behalf of each Association must be from a contractor signatory to the Masons' Collective Bargaining Agreement and making contributions to the Trust Funds.

B. **Health and Welfare Fund**

1. Each Contractor shall participate in the Hawaii Masons' Health and Welfare Fund (hereinafter referred to as the "Health and Welfare Fund") under the terms and conditions as set forth in the Hawaii Masons' Health and Welfare Fund Declaration of Trust Agreement as executed December 28, 1977, and as it may be amended in the future.

2. Effective as of the date(s) listed below, the Contractor shall contribute to the Health and Welfare Fund for each hour worked by each employee covered by this Agreement the following amounts:

| | |
|---|---|
| Effective September 1, 2008 | $6.87 per hour |
| Effective August 31, 2009 | $6.87 per hour |
| Effective August 30, 2010 | $6.87 per hour |
| Effective August 29, 2011 | $6.87 per hour |
| Effective September 3, 2012 | $6.87 per hour |
| Effective September 2, 2013 | $6.87 per hour |

C.  Pension Fund

1.  Each Contractor shall participate in the Hawaii Masons' Pension Fund (hereinafter referred to as the "Pension Fund") under the terms and conditions as set forth in the Hawaii Masons' Pension Fund Declaration of Trust Agreement as executed August 31, 1992, and as it may be amended in the future.

2.  Effective as of the dates listed below, the Contractor shall contribute to the Pension Fund for each hour worked by each employee covered by this Agreement the following amounts:

    | | |
    |---|---|
    | Effective September 1, 2008 | $3.50 per hour |
    | Effective August 31, 2009 | $3.75 per hour |
    | Effective August 30, 2010 | $4.00 per hour |
    | Effective August 29, 2011 | $4.00 per hour |
    | Effective September 3, 2012 | $4.00 per hour |
    | Effective September 2, 2013 | $4.00 per hour |

    (a)  The Union and the Contractor bargaining committee agree that the contribution specified by the parties in C.2 is to be considered strictly as the funding arrangement for pension benefits under the Pension Fund. As such, the parties intend that all employees covered by this Agreement are to be credited with benefits under the Pension Fund based on their hours of work, regardless of whether or not the Contractor is required to make a contribution to the Pension Fund based on those hours of work. The parties also agree that this understanding is, if financially feasible under the Pension Fund and the Trustees of the Pension Fund so agree, to apply to employment performed prior to the effective date of this Agreement.

3.  For Apprentices indentured before September 1, 2003, each contractor shall contribute to the Pension Fund, the amounts effective the dates identified in paragraph 2. above, for each hour worked after the Apprentice has attained one thousand (1,000) hours.

4.  For Apprentices indentured on or after September 1, 2003,

each contractor shall contribute to the Pension Fund the amount of one dollar ($1.00) an hour effective from the first hour worked until said Apprentice attains the status of a Journeyperson.

D. Annuity Fund

1. Each Contractor shall participate in the Hawaii Masons' and Plasterers' Annuity Trust Fund (hereinafter referred to as the "Annuity Fund") under the terms and conditions as set forth in the Hawaii Plasterers' Annuity Fund Declaration of Trust Agreement as executed December 28, 1977, and as it may amended in the future.

2. Effective as of the dates listed below, the Contractor shall contribute to the Annuity Fund on behalf of each employee covered by this Agreement, the following amounts:

| | |
|---|---|
| Effective September 1, 2008 | $5.05 per hour |
| Effective August 31, 2009 | $5.10 per hour |
| Effective August 30, 2010 | $5.15 per hour |
| Effective August 29, 2011 | $5.20 per hour |
| Effective September 3, 2012 | $5.25 per hour |
| Effective September 2, 2013 | $5.30 per hour |

3. For Apprentices indentured before September 1, 2003, each Contractor shall contribute to the Annuity Fund, the amounts effective the dates identified in paragraph 2. above, for each hour worked after the Apprentice has attained one thousand (1,000) hours.

4. For Apprentices indentured on or after September1, 2003 each contractor shall contribute to the Annuity Fund the amount of fifty cents ($0.50) an hour effective from the first hour worked until said Apprentice attains the Status of a Journeyperson.

E. Vacation and Holiday Fund

1. Each Contractor shall participate in the Hawaii Masons' Vacation and Holiday Fund (hereinafter referred to as the "Vacation and Holiday Fund") under the terms and conditions as set forth in the Hawaii Masons' Vacation

and Holiday Fund Declaration of Trust Agreement as executed December 28, 1977, and as it may be amended in the future.

2. Effective as of the dates listed below, each Contractor shall contribute to the Hawaii Masons' Vacation and Holiday Fund on behalf of each employee covered by this Agreement the following amounts:

    Effective September 1, 2008   $4.75 per hour
    Effective August 31, 2009    $5.00 per hour
    Effective August 30, 2010    $5.00 per hour
    Effective August 29, 2011    $5.00 per hour
    Effective September 3, 2012   $5.00 per hour
    Effective September 2, 2013   $5.00 per hour

3. For Apprentices indentured before September 1, 2003, each Contractor shall contribute to the Annuity Fund, the amounts effective the dates identified in paragraph 2. above, for each hour worked after the Apprentice has attained one thousand (1,000) hours.

4. For Apprentices indentured on or after September 1, 2003, each contractor shall contribute to the Annuity Fund the amount of two dollars ($2.00) an hour effective from the first hour worked until said Apprentice attains the Status of a Journeyperson.

5. All taxes due from each employee by reason of payments under this Vacation and Holiday Fund shall be deducted by each Contractor from each employee's wages, and such tax deductions, together with the amount payable under this Vacation and Holiday Fund, shall be separately noted on the employee's paycheck.

6. Vacation and Holiday payments shall be made in accordance with the rules and procedures as adopted from time to time by the Trustees of the Vacation and Holiday Fund.

F. <u>Apprenticeship and Training Fund</u>

1. Each Contractor shall participate in the Hawaii Masons' and Plasterers' Apprenticeship and Training Trust Fund (hereinafter referred to as the "Apprenticeship and Training Fund") under the terms and conditions as set forth in the Hawaii Masons' Training Fund Declaration of Trust Agreement as executed December 28, 1977, and as it may be amended in the future.

2. Effective as of the dates listed below, the Contractor shall contribute to the Apprenticeship and Training Fund for each hour worked by each employee covered by this Agreement the following amounts:

   | | |
   |---|---|
   | Effective September 1, 2008 | $1.05 per hour |
   | Effective August 31, 2009 | $1.05 per hour |
   | Effective August 30, 2010 | $1.05 per hour |
   | Effective August 29, 2011 | $1.05 per hour |
   | Effective September 3, 2012 | $1.05 per hour |
   | Effective September 2, 2013 | $1.05 per hour |

3. For Apprentices indentured before September 1, 2003, each contractor shall contribute to the Apprenticeship and Training Fund, the amounts effective the dates identified in paragraph 2. above, for each hour worked after the Apprentice has attained one thousand (1,000) hours.

4. For Apprentices indentured on or after September 1, 2003, each contractor shall contribute to the Apprenticeship and Training Fund the amount of fifty cents ($0.50) an hour effective from the first hour worked until said Apprentice attains the status of a Journeyperson.

5. Out of the aforementioned contribution to the Apprenticeship and Training Fund:

   (a) an amount equivalent to $0.01 per hour of the contribution made on behalf of Masons (Blocksetters) shall be earmarked for and channeled to the International Masonry Apprenticeship Trust, and

(b) an amount equivalent to $0.01 per hour of the contribution made on behalf of Cement Finishers shall be earmarked for and channeled to the National Joint Trust Fund to Promote Training in the Cement Masonry, Asphalt, and Composition Trades.

F. Research and Development

1. Effective as of the dates listed below, the Contractor shall contribute to the research and development funds for each hour worked by each employee covered by this Agreement, the following amount:

| | |
|---|---|
| Effective September 1, 2008 | $0.25 per hour |
| Effective August 31, 2009 | $0.25 per hour |
| Effective August 30, 2010 | $0.25 per hour |
| Effective August 29, 2011 | $0.25 per hour |
| Effective September 3, 2012 | $0.25 per hour |
| Effective September 2, 2013 | $0.25 per hour |

2. Each employee covered by this Agreement, for purposes Of the research and development funds, includes apprentices indentured before September 1, 2003.

3. The research and development funds will be under the control of the Apprenticeship and Training Trustees.

H. Trust Documents. Each of the Declaration of Trust Agreements as referred to above are, by reference, incorporated herein and each Contractor covered hereby or signatory hereto agrees that he/she shall be bound by all the terms and conditions of said documents. Each said Contractor further agrees to the appointment of the Trustees of said Funds as designated by the Contractor Associations and hereby designates said Contractor Trustees to serve as his/her representatives and to act as his/her agent in all matters concerning the Funds.

H. Contractor Payments

1. Transmittal of Contributions

   (a) Contractor contributions to the various Funds as specified and provided for above shall be paid or postmarked by the twentieth (20th) day of the month immediately following the month for which the contributions are due, but a Contractor shall not be deemed delinquent if full payment of amounts due is made or postmarked and mailed by the thirtieth (30th) day of said month.

   (b) A consolidated transmittal and report form as provided by the Administrative Office, showing, among other things, the monthly total of hours worked by each employee covered by this Agreement, shall be submitted each month and accompany such payment, if any, even if no employees were employed by the Contractor.

   (c) The consolidated transmittal form must be submitted or postmarked by the thirtieth (30th) day of the month being reported even if no employees were employed by the Contractor.

2. Information and Audit. Each Contractor shall provide the appropriate Trustees or their authorized representative(s) with information and records necessary to carry out the purposes of and in connection with the proper administration of the various Funds and shall permit an audit of the Contractor's payroll records by authorized representative(s) of the Administrative Office or the Trustees to ascertain whether all contributions due have been paid. Every Contractor shall maintain records in the State of Hawaii with respect to each of the Contractor's employees covered by the Collective Bargaining Agreement sufficient to determine the benefits due or which may become due to such employees. In the event the audit shows that the Contractors has sent insufficient payments to the various funds, the Contractor shall pay the full cost of the audit, provided the amount of delinquent contribution is more than $200.00. Should the audit ascertain that proper payment to

31

the various Funds have been made, the various Funds shall pay full cost of the audit.

3. <u>Authority of Trustees to Reduce Contributions</u>. The Trustees of each of the Trust Funds are hereby given authority to and may at their discretion, temporarily reduce the rate or amount of contribution to any of said Trust Funds or order a temporary discontinuance of payments into any of said Trust Funds if in their judgment an unjustified surplus is being accumulated in any of said Funds.

4. <u>Delinquent Contributions and Collections</u>

(a) When any Contractor's contributions to any of the Trust Funds provided for under this Agreement are not paid or postmarked and mailed by the thirtieth (30th) day of the month immediately following the month for which the contributions are due, such contributions are delinquent and the Contractor shall be deemed to be in violation of this Agreement and the aforementioned Trust Agreements. The Trustees, on behalf of the Trust Fund, are authorized to bring whatever legal action deemed necessary to recover delinquent Trust Fund contributions, liquidated damages, and interest, including but not limited to the institution of any action against a Contractor, surety, or co-obliger to recover monies owed by the delinquent Contractor to the Trust Funds and to the assertion, perfection, and foreclosure of any lien rising from the providing of labor by employees of the delinquent Contractor. A Contractor responsible for such delinquent contributions shall pay to each respective Fund:

     (i)    the unpaid contributions,

    (ii)    interest on the unpaid contributions at the rate of twelve percent (12%) per annum or the rate prescribed under Section 6621 of the Internal Revenue Code of 1954, whichever is greater, provided, however, that should such delinquent Trust Fund contributions be paid in a timely fashion as provided for herein, no interest shall be charged; interest shall be computed from the first (1st) day following

the month for which Trust Fund contributions are owed,

(iii) an amount equal to the greater of:

    (a)   interest on the unpaid contributions, or

    (b)   liquidated damages on the amount of ten percent (10%) of such delinquent and unpaid contributions due to each respective Fund or twenty dollars ($20.00), whichever is greater, for each and every delinquent monthly contribution,

(iv) all audit and collection costs, and

(v)  if delinquency is turned over to an attorney for collection, reasonable attorney's fees and costs of the action as provided for by the Employee Retirement Income Security Act, as amended, together with all other reasonable expenses incurred in connection with such suit or claim, including any appellate proceedings therein.

(b)    The amount specified in subsection (iii) (b) above shall be due and payable to each respective Fund upon the day immediately following the date such contribution becomes delinquent and shall be in addition to the total amount of the delinquent contributions. Said amount is payable as and for liquidated damages, and not as a penalty, in that the failure of the Contractor to make the required timely payment of contributions imposes additional burden and expenses upon the Trustees in the collection thereof; in the administration of the Trust Funds, including but not limited to the processing of late contribution reports, correspondence, and other communication with said Contractor; and, in addition thereto, may

cause a loss of benefits to employees, and loss of benefit of the use of the amounts required to be paid, all of which are difficult to accurately ascertain.

5.  Notice to Employees of Employer's Failure to Make Contributions on their Behalf (Exhibit "K") Under Section 14.I.4. On the 15th day of the month immediately following the month for which contributions are due, a notice will be sent to all employees informing them of the failure of the employer to make the contribution on their behalf.

6.  Weekly Reports and Payments by Delinquent Contractor. Any other provision to the contrary notwithstanding, a Contractor who is responsible for delinquent contributions may be required by the Trustees of the various Funds to make and submit weekly detailed reports and payments for current contributions no later than the Friday immediately following the end of each and every week until such time as all delinquent accounts due and payable to each of the respective Funds are brought current. In the event Friday falls on any holiday on which local banks will be closed, the report and payments shall be made and submitted by Thursday of that week.

7.  Bond or Cash-in-Escrow by Delinquent Contractor. If the delinquent contributions, liquidated damages, interest, attorney's fees, and costs due to any respective Fund are not paid within thirty (30) calendar days after the due date, the delinquent Contractor, to secure the payment of future contributions, may be required to post with the Trustees of each respective Fund within five (5) working days thereafter and for a period of up to one (1) year the date of delinquency a surety bond or cash-in-escrow in an amount equal to the last three (3) months' contributions or five thousand dollars ($5,000.00), whichever is greater.

8.  Application/Non-Application of Section 21 (Grievance Procedure and Arbitration). All matters involving the

payment, collection, and enforcement of Contractor contributions, liquidated damages, and/or interest due to the various Funds provided for in this Agreement shall be handled by and in the manner prescribed by the Trustees of the various Funds in accordance with the Trust documents establishing said Funds and shall not be subject to the provisions of Section 21 (Grievance Procedure and Arbitration); provided, however, that any questions relating thereto as may arise pursuant to a Union action under Section 7.C (No Strike Or Lockout) of this Agreement and any questions relating to whether a particular person or group of persons are employees as defined under Section 2 (Coverage) of this Agreement for whom contributions are due shall be subject to the provisions of Section 21 (Grievance Procedure and Arbitration).

9.  Relationship to Section 7.C. (No Strike Or Lockout). Nothing in Section 14 shall be construed as being in conflict with the provisions of Section 7.C of this Agreement, nor shall anything in Section 14 be deemed a condition precedent to any action that the Union may take under the provisions of Section 7.C.

10. A charge of a violation of this Article may be filed by the Union and/or the Trustees of any of the Joint Trust Funds provided for in this Agreement, and shall be considered as a dispute under this Agreement and shall be processed in accordance with the procedures for the handling of grievances and the final binding resolution of disputes as provided in Section 21 of this Agreement. As a remedy for violations of this Article, the arbitrator (or arbitration body) provided for in Section 21.B 4 is empowered, at the request of the Union and/or the trustees of the joint trust funds, to require an employer to:

    (a)    pay to affected employees covered by this Agreement, including registered applicants for employment, the equivalent of wages lost by such employees as result to the violations, and

    (b)    pay into the affected contributory funds established under this Agreement or any applicable local agreement, any delinquent contributions to such funds, which have resulted from the violations. Provisions of this remedy herein does not make such

(c) remedy the exclusive remedy available to the Union and/or the fund trustees for violation of this Section, nor does it make the same for other remedies unavailable to the Union and/or the fund trustees for violation of other sections of this agreement.

11. If, as a result of violations of this Article, it is necessary for the Union and/or the trustees of the joint trust funds to institute court action to enforce an award rendered in accordance with the above subsections, or to defend an action which seeks to vacate such award, the Employer shall pay any accountants' and attorneys' fees incurred by the Union and/or fund trustees, plus costs of the litigation, which have resulted from the bringing of such court action.

## SECTION 15

## OTHER FUNDS

A. Masonry Construction Industry Improvement Program

1. Each Contractor covered hereby shall contribute the applicable amount per hour to the Masonry Construction Industry Improvement Program for each employee covered by this Agreement. Said payments shall be made in the same manner as set forth in Section 14.H (Contractor Payments) of this Agreement.

2. In Accordance with the documents establishing said Program, said Funds and Program shall be under the general control of a Governing Board composed of representatives appointed by the Mason Contractors Association of Hawaii. Each Contractor covered hereby or signatory hereto agrees to the appointment as his/her representatives, of the members of said Governing Board, as well as the Trustees and/or Directors as appointed by the Association with respect to those funds, and hereby designates said Governing Board and said Trustees and/or Directors To act as his/her agent in all matters concerning the Fund.

3. Said funds shall be used for purposes, programs, and

staffing in matters and areas which are designed to improve the construction industry such as construction education, market development and improvement, safety, pollution control, public relations, research, and the like. It is specifically understood and agreed that the said funds shall not be used to promote or encourage open shop (Non-Union) construction.

4.  The above is a management add-on item (that is, it was added by the management after settlement of the wage and benefit "package" as contained in this Agreement). It therefore does not in any way constitute a deduction from or loss to any employee covered by this Agreement. In that light, the Associations acting in concert shall have the right at any time and at their discretion to increase or decrease the rate of contribution to the Fund or to discontinue said Fund; and upon notice to the Union of any such action, the provisions of this Section 15.A shall be deemed as automatically amended (or deleted, as the case may be) from this Agreement.

B.  <u>Administrative Fee Covering the Negotiations and Administration of the Collective Bargaining Agreement</u>

1.  In order that the various provisions of this Agreement may be properly interpreted and administered and grievances relating thereto may be processed in an expeditious manner, and in order that management participation in and monitoring of the Employee Benefit Trust Fund as provided under Section 14 of this Agreement (namely: Health and Welfare Fund, Pension Fund, Apprenticeship and Training Fund, Vacation and Holiday Fund, and Annuity Fund) may be economically, competently, and Centrally coordinated, each Contractor signatory to this Agreement shall, effective as of September 1, 1997, pay to the Masonry Construction Industry Improvement Program for the Mason Contractors Labor Association of Hawaii for the negotiation and

Administration of the Agreement on his/her behalf the applicable fee per hour for all hours worked by employees covered by this agreement.

2. It is specifically understood and agreed that funds generated from the above fee shall not be used to promote or encourage open shop (Non-Union) construction.

3. Each Association shall have the right at any time and at Its discretion to increase or decrease the cents per hour amount of said fee or to discontinue said fee; and upon notice to the Union or any such action, the provisions of this Section 15.B shall be deemed as automatically amended (or deleted as the case may be) from this Agreement. Effective January 4, 1988 these two funds (A & B) will be combined at a rate of $0.08 per hour.

C. Hawaii Masonry Promotion Institute Trust

1. Effective as of the dates listed below, each Contractor shall contribute to the Masonry Promotion Institute Trust for each hour worked by each employee covered by this Agreement, the following amounts:

   **Effective September 1, 2008        $0.15 per hour**

2. Out of the aforementioned contributions to the Hawaii Masonry Promotion Institute Trust, an amount as determined by the Trustees of the Hawaii Masonry Promotion Institute Trust shall be earmarked for and Channeled to the National Masonry Industry Promotion Fund.

3. In accordance with documents establishing the Hawaii Masonry Promotion Institute Trust, sand Funds and Programs shall be administered by the Trustees as appointed by the designated Associations. Each Contractor covered hereby or signatory hereto agrees to the appointment, as his/her representatives, of the

Trustees of said Program ad designated by said Association and hereby designates said Trustees to act as his/her agent in all matters concerning the Fund.

## SECTION 16

## MISCELLANEOUS WORKING RULES

A. <u>Ratio of Journeyperson to Foreperson/Working Foreperson</u>. On all jobs requiring five (5) or more Journeyperson Masons and/or Cement Finishers and/or their Apprentices, one of the Journeyperson shall be a Foreperson or Working Foreperson. A Working Foreperson shall not supervise more than nine other Journeyperson Masons and/or Cement Finishers and/or their Apprentices. There shall be no other limitations or restrictions placed on the number of persons assigned to any crew or to any service. The selection of Foreperson and Working Foreperson shall be entirely the responsibility of the Contractor.

B. <u>Drinking Water</u>. An adequate supply of fresh water cooled by ice shall be available to employees at convenient locations on all job sites at the start of each work day, but in no event any later than one-half (1/2) hour after the start of the shift. When water is supplied in containers, said containers shall be clean and the Contractor shall furnish paper cups or have an OSHA-approved type of drinking fountain with rim guard to prevent the possible spread of disease.

C. <u>Tools</u>

1. Attached hereto and made a part hereof as Exhibit "A-2" is a list of tools which employees covered by this Agreement are required to provide themselves; and an employee who does not have the proper tools on hand for the work being done shall be subject to discipline, including discharge.

2. All other tools and their accessories as may be required by the Contractor shall be supplied by the Contractor. Said Contractor-supplied tools shall be checked out to

individual employees who shall sign for and be held accountable for their return. Wage deduction forms signed at the time the tools are issued shall be used to collect the cost of such tools not returned at the time of termination. Tools that are signed for by an employee and which are stolen shall be replaced by the Contractor provided such theft is promptly reported to the Contractor.

3. On neighbor islands but not on oahu, the Contractor shall provide on each job site a reasonably safe place where his/her employees may keep their tools. If all or part of an employee's kit of working tools is lost by reason of fire or theft involving forcible entry while in the Contractor's care, the Contractor shall replace those tools that were so lost. The employee shall suffer no loss of pay for the time that said replaced tools are being secured for him/her, it being understood that the employee shall immediately report the loss to the Contractor.

D. <u>Safety and Protective Devices</u>

1. Except for construction hard hats and footwear, which each employee shall secure on his/her own as part of the tools of his/her trade, the Contractor shall furnish all other safety and protective equipment as may be required by applicable State or Federal safety regulations for the work being performed.

2. Where a special type or color of hard hat is required either by State or Federal safety regulations or by the Contractor, then said special type or color of hard hat shall be supplied by the Contractor.

3. Each employee covered hereby shall use the provided health and safety equipment. Employees' proper use of safety and health equipment issued by the Contractor shall be mandatory, and failure to do so will be cause for disciplinary action (including discharge).

4. Employees shall use and shall properly care for and maintain such safety and health equipment as is issued or

assigned to them and they shall return same to the Contractor upon completion of its use.

5. Safety and health equipment which is new or has previously been issued to any employee and returned to the Contractor shall be inspected by the Contractor and/or a representative of said Contractor prior to its reissuance to another employee to insure the integrity of said equipment.

6. When respirators are used, the Contractor shall provide an adequate supply of proper replacement filters on hand at the job site at which such respirators shall be used, and said Contractor shall sanitize respirators prior to their reissuance to another employee.

7. The Contractor shall conduct safety meetings a minimum of once a month, and safety meetings the day after a fatality, for all employees covered hereunder and may be attended by a representative of the Union. Such mandatory meetings will be conducted on paid time. Attendance at such meetings is mandatory, and employees who do not attend may be subject to disciplinary action.

8. The Contractor agrees to provide and maintain safe working conditions for each employee covered hereby in accordance with Federal and State safety and health laws and regulations.

9. Employees shall perform their duties in such a manner as to promote safe and efficient operation of each particular duty and of any job as a whole.

10. In cases involving severe accidents, which required an ambulance or hospitalization, the Contractor shall notify the Union as soon as possible, but no later than one (1) working day (Monday through Friday) after the accident occurred.

11. A copy of any accident report(s) required by the State of Hawaii or Federal government to be completed by the Contractor shall be made available by the Contractor to the Union upon request by the Union.

12. As required by the State of Hawaii's Occupational Safety and Health Standards, the Contractor shall provide and maintain adequate first aid equipment on each job. The Contractor shall also arrange for adequate and prompt medical attention in case of injury. This may be accomplished by (a) on-the-job facilities or proper equipment for prompt transportation of injured employees to a physician, or (b) a communication system for contacting a doctor or ambulance or a combination of these that will avoid unnecessary delay in treatment.

13. As required under the State of Hawaii's Occupational Safety and Health Standards, suitable, adequate, and sanitary toilet facilities shall be provided on all jobs. The facilities shall be serviced and maintained on a regular basis and shall be located in a readily accessible area, which should not interfere with active project operations.

14. No employee shall be required to perform job site work after sunset or before sunrise unless the employee is accompanied by another individual.

15. Employees shall not be required to operate or to work with or about equipment, which has been found unsafe by an authorized representative of the State of Hawaii Division of Occupational Safety and Health.

E. Clean-Up Time. An employee shall be allowed not less than five (5) minutes nor more than ten (10) minutes for tool clean-up prior to quitting time.

F. No Piece Work, Contract Work, or Moonlighting

1. No Piece Work or Contract Work

   (a) No employee shall perform work covered by this Agreement on a "piece work" or contract basis, nor shall any employee perform work within the jurisdiction of this Agreement except as an employee of the Contractor.

   (b) No Contractor shall allow any employee to perform work covered by this Agreement on a "piece work" or contract basis, nor shall any Contractor allow an

42

employee to perform work within the jurisdiction of this Agreement except as an employee covered by this Agreement.

2. <u>No Moonlighting</u>

   (a) No employee covered by this Agreement shall do any moonlighting of work covered by this Agreement.

   (b) No Contractor shall allow any moonlighting of work to be done for him/her.

   (c) For purposes of this paragraph, "moonlighting" shall be defined as an employee performing work covered by this Agreement, with or without compensation, after hours, on weekends or holidays, or during periods of vacation for someone other than the Contractor by whom he/she is employed, without the specific knowledge and approval of said Contractor and the Union.

3. <u>Contractor Notification</u>

   Any Employer who schedules work, on any project, for a Saturday, Sunday, or holiday, must register such intent with the Union no later than the Friday before the scheduled work, listing the name and location of the project to be worked along with the list of employees who will be working.

   If the employer requires employees other than his/her own regular employee, then Referral and Hiring procedures Section 26.C 7 (b) (if Union Referral Office Does Not Fill Contractor's Request Within 48 Hours) must be complied with before using "Loaned" employees from another employer. When using loaned employees an Exhibit "B-2 and/or B-3" Notification of Loaned Employees must be filed at the same time.

4. <u>Violations of this Subsection</u>

   (a) In the event it is alleged that an employee covered by this Agreement or that a Contractor signatory to this Agreement has violated paragraphs 1 and/or 2 above, said allegation shall be processed as an Expedited Grievance to the <u>Joint Industry Committee</u>.

If the **Joint Industry Committee** determines that a violation has in fact occurred, the violator shall be fined as follows:

First Offense....................$ 500
Second Offense..................$1,000
Third Offense and Thereafter......$1,500

(b)  In addition to the above fine, an employee violator may under the provisions of Section 8 (Discipline or Discharge) of this Agreement also be subject to disciplinary action, including discharge, by the Contractor for whom he/she is working.

## SECTION 17

### TRANSPORTATION

A.  <u>Transportation (Applicable to all Islands in the State of Hawaii</u>

1.  An employee covered by this Agreement shall report to work at his/her scheduled starting time (either the Contractor's shop, permanent yard, or the job site as scheduled by and at the Contractor's option) and shall be ready to begin work at his/her scheduled starting time.

2.  At the sole discretion of the Contractor, for the purpose of operational efficiency, the Contractor may provide suitable transportation at the Contractor's shop/permanent yard of other central convenient pickup points enroute to the job site, and back to the pickup points, to those employees who wish to utilize it. Such transportation will depart in sufficient time to permit arrival at the job site in time for employees to start work at their scheduled starting time.

3   Time traveled from the Contractor's shop/permanent yard/pick-up points to the job site, and back to the pickup points shall not be considered as time worked and shall not be included as part of the eight (8) hour workday, except for the driver.

44

4. Transportation from the job site back to the Contractor's shop/permanent yard/pick-up points shall also be furnished by the Contractor to those employees who wish to avail themselves of it. Time traveled in returning to the Contractor's shop/permanent yard/pick-up points shall not be considered as time worked, nor shall it be included as part of the eight (8)hour workday, except for the driver.

5. Time spent outside of his/her regularly scheduled eight-hour workday by the driver of the Contractor's trucks and/or other vehicles used in providing the aforementioned transportation from the Contractor's shop/permanent yard/pick-up points to the job site and from the job site back to the Contractor's shop/permanent yard/pick-up points shall be paid for at said driver's applicable rate of pay. Such "driving time", however, shall not be considered as hours worked for purposes of making Contractor contributions to the various Trust and other Funds as provided for in this Agreement.

6. Employees who wish to avail themselves of the aforementioned transportation shall so notify the Contractor in sufficient time for said Contractor to make the necessary arrangements.

B. <u>Bad Road Transportation</u>. At or within a job project Where the access road to where the work is to be performed is unsuitable and no parking facilities are provided within a five (5) minute walk to said work area, the Contractor shall transport the employee from the parking area to and from the work is being performed.

1. If the Contractor does not make transportation available to and from a job site pursuant to the provisions of Section 17.A (Transportation) and there is no free parking available within two thousand (2,000) feet of said job site, then the Contractor shall reimburse, at the lowest parking rate within said two thousand (2,000) foot area, an employee who drives his/her own carpooled

vehicle to the job site.  To be eligible for reimbursement, said "carpool" must consist of said drive plus at least two (2) or more other employees of the Contractor who are employed on the same project.  Where there are less than two (2) other employees of the Contractor who are employed on the same project.  Where there is less than two (2) other employees of the Contractor employed on said project, the "three-man-carpool rule" shall be correspondingly modified to coincide with that lesser number.

C.  Parking Expenses

1.  If there is no free parking available within two thousand (2,000) feet of said job site, then the Contractor shall reimburse employees at the lowest parking rate available within said two thousand (2,000) feet area, provided that the employee presents a signed and dated receipt for each parking expenditure.  The Contractor may, however, at his/her option, furnish transportation from a designated parking area where parking is free to and from the job site, rather than reimburse the employees for such parking expenditure.

2.  In the event receipts are not available for parking Expenses, the Union and the Contractor shall meet prior to the commencement of the project to work out alternative, mutually agreed upon provisions to take care of parking expenses.  It was also agreed that suitable parking means that employees should have appropriate ingress and egress from such parking when completing work.


### SECTION 18

### SUBSISTENCE AND TRAVEL
(Neighbor Island Work)


A.  Subsistence and Travel

1.  Where an employee is required by the Contractor to leave

the island on which he/she resides to report to work on a neighbor island project, the Contractor shall provide transportation to and from said island.

2. Employees shall be reimbursed for travel expenses as approved by the Contractor, which are incidental to the trip.

3. While traveling to and from said island on a regular workday, the employee will receive his/her regular straight time rate of pay not to exceed eight (8) hours in any one twenty-four (24) hour period, including time worked. If work is not provided for the employee at the time of his/her arrival at his/her destination, he/she shall nevertheless be paid eight (8) straight time hours.

4. If required by the Contractor to travel to and from said island on a non-work day, the employee shall receive a minimum of two (2) hours' pay at one and one-half (1-1/2) times his/her regular straight time rate.

5. Transportation of any personal baggage (exclusive of tools required by the Contractor) in excess of the weight and size that is included in the normal fare shall be paid for by the employee, unless he/she receives expressed permission from the Contractor to take excess baggage.

6. If the employee is required to remain on the neighbor island for one (1) calendar week or less, the Contractor shall make arrangements to provide for meals and lodging of good quality (no more than two (2) persons to a room*) at facilities designated by the Contractor. The employee may, however, request to receive either a meal allowance or subsistence allowance in the same manner as specified in paragraphs 7(b) and 7(c), below, in lieu of the arrangements offered by the Contractor. If an employee wishes to exercise this option, the employee must indicate his/her choice at the time he/she is notified of neighbor island travel and must sign an appropriate form. The determination of whether to provide meals and lodging or the applicable allowance rests with the Contractor.

7.  If the employee is required to remain on the neighbor island for more than one (1) calendar week, the Contractor shall be required to provide either:

    (a)  meals and lodging of good quality (no more than two persons per room*), OR

    (b)  lodging of good quality (no more than two persons per room*) plus pay a per diem meal allowance in the following amount:

    | | | |
    |---|---|---|
    | 09/01/08 | - | $34.00 |
    | 08/31/09 | - | $35.00 |
    | 08/30/10 | - | $36.00 |
    | 08/29/11 | - | $37.00 |
    | 09/03/12 | - | $38.00 |
    | 09/02/13 | - | $39.00 |

    (c)  Or, pay a subsistence allowance in the following Amount:

    | | | |
    |---|---|---|
    | 09/01/08 | - | $62.00 |
    | 08/31/09 | - | $64.00 |
    | 08/30/10 | - | $66.00 |
    | 08/29/11 | - | $68.00 |
    | 09/03/12 | - | $70.00 |
    | 09/02/13 | - | $72.00 |

    (d)  In the event the contractor requires only one (1) Employee to travel to a neighbor island, for more than one (1) calendar week, the Contractor shall make arrangements for provide for meals and lodging of good quality.

*NOTE:  The term "room" as used in paragraph 7(a) and 7(b) above shall NOT include the living room, but shall include an enclosed den which may be used by one (1) employee provided it affords the same degree of privacy as a bedroom.

8.  Except as provided in paragraph 9 immediately below, the employee may request to receive a subsistence allowance as specified in paragraph 7(c) above in lieu of meals and

48

lodging to be provided by the Contractor. If an employee wishes to exercise this option, the employee must give the Contractor advance written notice.

9.  Where a camp set-up, which meets County and State Department of Health standards, is being made available, the employee must utilize those facilities. If the employee does not, he/she shall not be entitled to any meal allowance or subsistence allowance. A Camp Committee shall be established with representatives from each trade to set up camp rules and to coordinate recreational and/or other activities.

10. Meals and lodging or the applicable allowance, as the case may be, shall be provided for seven (7) days a week; **The Contractor will ensure that payment is made in a timely manner to guarantee that the individual will not be required to make out of pocket payments**; provided, however, that the employee who is absent from work without the approval of the Contractor shall pay the applicable subsistence allowance as specified above for the cost of meals and lodging or shall have the applicable allowance deducted from his/her meal allowance pay, as the case may be, for each day of absence.

11. Meals and lodging or the applicable allowance, as the case may be, shall automatically cease in the event the employee refuses to work, or is suspended or discharged for cause prior to the completion of the work project. If an employee is suspended or discharged for cause (including failure to pay Union dues), the Contractor will not pay or reimburse the employee for his/her return transportation, and for the travel time. Unless determined under the Grievance Procedure to have been a "constructive discharge," an employee who quits or otherwise refuses to work shall pay his/her own return transportation and shall also not be paid for return travel time.

12. In the event of death or serious illness or injury involving an employee's immediate family (spouse, child, brother, sister, parents, mother-in-law, or father-in-

law), the Contractor shall pay for the cost of an employee's return transportation to his/her home island.

13. In the event an employee is injured or becomes ill and a duly-licensed medical physician certifies that said employee's condition requires that he/she be returned to his/her home island, the Contractor shall pay for the cost of said return transportation. This shall not apply, however, to an employee whose injury or illness is caused by his/her own misconduct while off duty.

14. This subsection shall not apply to bona fide residents of the island on which the work is being performed.

15. **Airport parking expense when traveling off-island for short-term work Contractor to pay travel to and from island for parking at the airport.**

B. Application of Subsistence to Bona Fide Residents of Neighbor Islands who are Required by the Contractor to Live Away from Home on the Same Island

1. When an employee who is a bona fide resident of any neighbor island is required by the Contractor to live away from home elsewhere on the same island for one (1) calendar week or less, the Contractor shall make arrange- ments to provide for meals and lodging of good quality (no more than two(2) persons to a room*) at facilities designated by the Contractor. The employee may, however, request to receive either a meal allowance or subsistence allowance in the same manner as specified in paragraphs 7(b) and 7(c), above, in lieu of the arrangements offered by the Contractor. If an employee wishes to exercise this option, the employee must indicate his/her choice at the time he/she is notified of the travel requirements and must sign an appropriate form. The determination of whether to provide meals and lodging or the applicable allowance rests with the Contractor.

2. If an employee who is a bona fide resident of any neighbor island is required by the Contractor to live away from home elsewhere on the same island for more than

one (1) calendar week, the Contractor shall be required to provide either;

(a)   meals and lodging of good quality (no more than two persons per room*), OR

(b)   lodging of good quality (no more than two (2) persons per room*) plus pay a meal allowance in the same amount as specified in paragraph 7(b) above, OR

(c)   pay a subsistence allowance in the same manner as Specified in paragraph 7 (C), above,

(d)   In the event the contractor requires only one (1) employee to live away from home elsewhere on the same Island for more than one (1) calendar week, in consideration of the additional housing expenses a lone employee must absorb, the above allowance shall be increased to forty-nine dollars and fifty cents ($49.50) per day effective September 1, 2003 and fifty-two dollars and fifty cents ($52.50) Effective August 30, 2004. If later, another employee or employees join the original employee then the normal allowance of forty-seven dollars and fifty cents ($47.50) shall be applicable to all employees. Additionally, if, as the job winds down, only one (1) employee remains then that lone employee will receive the forty-nine dollars and fifty cents ($49.50) allowance per day effective September 1, 2003 and fifty-two dollars and fifty cents ($52.50) effective August 30, 2004.

*NOTE:   The term "room" as used in paragraphs 2(a) and 2(b) above shall NOT include the living room, but shall include an enclosed den which may be used by one employee provided it affords the same degree of privacy as a bedroom.

3.   Except as provided in paragraph 4 immediately below, the employee may request to receive a subsistence allowance as specified in paragraph 7(c) above in lieu of meals and lodging to be provided by the Contractor. If an employee wishes to exercise this option, the employee must give the Contractor advance written notice.

4. Where a camp set-up, which meets County and State Department of Health standards, is being made available, the employee must utilize those facilities. If the employee does not, he/she shall not be entitled to any meal allowance or subsistence allowance. A Camp Committee shall be established with representatives from each trade to set up camp rules and to coordinate recreational and/or other activities.

5. Such meals and lodging or applicable per diem allowance, as the case may be, shall be provided for five (5) days a week, provided, however, that where said employee is required by the Contractor who work a six (6) or seven (7) day workweek, said employee shall receive meals and lodging or the applicable allowance, as the case may be, for said six (6) or seven (7) days. Where the work is scheduled by the Contractor on the basis of four (4) nine (9) hour days (Monday through Thursday) plus four (4) hours on Friday, then meals and lodging or the applicable allowance, as the case may be, shall be provided for four (4) days (Monday through Thursday) plus fifty percent (50%) of the meal allowance amount specified in paragraph A.7.(b) above, to cover the employee's breakfast and lunch on Friday.

6. If the employee requires transportation in returning to and from home for the weekend, the Contractor shall provide or arrange for said transportation.

7. An employee who absents himself/herself from work without the approval of the Contractor shall have the applicable allowance deducted from his/her meal allowance pay or subsistence allowance pay, as the case may be, for each day of absence.

8. Such meals and lodging or the applicable allowance, as the case may be, shall automatically cease in the event the employee quits, refuses to work, or is suspended or discharged from cause prior to the completion of the work project.

## SECTION 19

### ACCESS TO COMPANY PREMISES

The Business Representative of the Union shall have access to the Contractor's job sites for purposes of investigating grievances that have arisen and ascertaining whether or not this Agreement is being observed. Such representatives shall make every reasonable effort to advise the project superintendent or his authorized representative of his/her presence on the project. Such visits shall be exercised reasonably and shall not interfere with the conduct of the Contractor's operations or cause employees to neglect their work.

## SECTION 20

### UNION STEWARD

A.  For any given project of the Contractor, the Union may select from amongst the employees on said project a Union Steward who shall be given reasonable time during regular working hours to contact employees covered by this Agreement who are employed on said project; provided, however, that time spent on steward activities shall be exercised reasonably and shall not interfere with the conduct of the Contractor's operations or cause employees to neglect their work.

B.  The Union shall give written notice to the Contractor the name of the Union Steward.

C.  Said Union Steward shall be allowed to attend and participate in grievance meetings held on the project on which he/she is working, and he/she shall suffer no loss of pay as a result of such participation.

D.  It is specifically understood that said Steward shall not under any circumstances leave the project to which he/she has been assigned in order to perform his/her steward duties.

E.  The Contractor shall not discharge or discriminate against said Union Steward or any other employee for presenting a grievance or giving evidence with respect to an alleged violation of this Agreement. When the Union Steward or any other employee alleges a violation of this Agreement, the complaint will be processed as provided for under Section 22 (Grievance Procedure and Arbitration).

F.  In the event the Union Steward is to be laid off for lack of work, the Contractor shall notify the Union at least one (1) working day before the layoff is to be made.

## SECTION 21

## GRIEVANCE PROCEDURE AND ARBITRATION

A.  General Provisions

1.  The term "grievance" as used in this Agreement shall mean:

    (a)  a complaint filed by the Union or by any employee covered by this Agreement alleging a violation of a specific provision of this Agreement, and

    (b)  a complaint filed by any Contractor or by the Association (for itself or on behalf of any Contractor) alleging a violation of Section 7 (No Strike or Lockout) or a refusal by the Union to refer employees to the Contractor in accordance with the provisions of Section 25.C (Referral and Hiring Procedure).

2.  Except for grievances which are subject to an Expedited Hearing (as provided for under paragraph C below), grievances shall be presented to the Contractor (or to the Union, as the case may be) allegedly at fault within twenty (20) working days after the alleged violation occurred or first became known to the grieving party; provided, however, that in cases of discharge, the

grievance shall be submitted within ten (10) working days of the discharge. Failure to so present the grievance shall be deemed as a waiver of remedy.

3. If, however, the grievance involves nonpayment or partial payment of wages and/or nonpayment or partial payment of amounts due under Section 18 (Subsistence and Travel) and such nonpayment or partial payment was not raised as a grievance by reason of the promise of the Contractor to make full payment at a later date but which promise was not fulfilled, then said grievance shall be recognized.

4. By mutual agreement of the parties, any step in the grievance procedure as hereinafter provided may be waived and/or any of the time limits within any step may be extended. Any such waiver and/or extension shall be confirmed in writing.

5. Pertinent and relevant information in the possession of any party to the grievance which is needed by the other party to investigate and process a grievance shall be accessible to the requesting party within three (3) working days of the request for such information.

B. <u>Grievance Procedure</u>. Except for grievance which are subject to an Expedited Hearing (as provided for in paragraph C, below), the complainant shall follow the procedure hereinafter set forth in submitting the grievance and having it investigated and the merits thereof determined.

1. <u>First Step (Job Site Supervisor)</u>. A grievance shall first be presented to the Job Site Supervisor who has authority to review and adjust grievances.

2. <u>Second Step (Contractor's President/General Manager or his/her Authorized Representative)</u>. If the matter is not settled through informal discussion between said Supervisor and the Union within three (3) working days after presentation to said Supervisor, the complainant, if he/she or it wishes to pursue the grievance further, shall submit it to the Contractor's President/General Manager or his/her authorized representative. Such

submittal must be made in writing no later than five (5) working days after expiration of the initial three (3) working day period as specified above. <u>Such written submittal shall specify the nature of the grievance, the specific Section(s) or provisions(s) of the Agreement allegedly violated, and the remedy being sought. A copy of said submittal shall be sent to the Mason Contractors Association of Hawaii.</u>

3. <u>Third Step (Joint Industry Committee)</u>

    (a)   If the matter is not settled through informal discussion between the Union and the Contractor's President/General Manager (or his/her authorized representative) within five (5) working days after receipt by said President/General Manager (or his/her authorized representative) of the aforementioned written presentation, the complainant, if he/she or it wishes to pursue the matter further, shall submit the grievance, as previously set forth in writing, to the Joint Industry Committee. Such submittal to the Joint Industry Committee must be made no later than five (5) working days after expiration of the five (5) working day period as specified above in which the Contractor's President/General Manager (or his/her authorized representative) has to review the grievance.

    (b)   The Joint Industry Committee shall convene within seven (7) working days after it receives the written submission of a grievance.

    (c)   In the event a member of the Joint Industry Committee (or his/her company) is a party to the grievance, he/she shall be replaced by an alternate.

    (d)   The Joint Industry Committee shall have three (3) working days from the date it convenes to arrive at a decision. Any decision made by the Joint Industry Committee shall be reduced to writing and a copy thereof shall be transmitted to each of the

parties involved. Any such decision shall be final and binding upon all parties and there shall be no right of appeal to that decision.

(e) If, however, the Committee is unable to arrive at a majority decision within three (3) working days from the date it convenes, then the complainant, if he/she or it wishes to pursue the grievance further, shall submit the grievance to arbitration as hereinafter provided. Notification of intent to present the grievance to arbitration must be made in writing within five (5) working days after receipt of the Joint Industry Committee's report that it is unable to render a decision.

4. <u>Fourth Step (Arbitration)</u>

(a) Within three (3) working days of receipt of the aforementioned written notification of intent to arbitrate, an authorized representative of the Association and an authorized representative of the Union shall confer to mutually select an arbitrator. If the aforementioned representatives of the Union and the Association are unable to mutually agree on the name of an arbitrator within the aforementioned three (3) working day period, then the arbitrator shall be selected from amongst the following five (5) people: Ted Tsukiyama, Tamotsu Tanaka, Michael Nauyokas, Edward Parnell and Louis Chang. From that list, one (1) arbitrator shall be chosen as follows: the Union and the Association shall each strike two (2) names from said list, each striking alternately, the first to strike to be determined by lot. The arbitrator whose name remains shall serve in the case.

(b) All decisions of the arbitrator shall be limited expressly to the terms and provisions of this Agreement, and in no event may the terms and provisions of this Agreement be altered, amended, or modified by the arbitrator. The arbitrator shall receive for his/her services such remuneration as, from time to time, shall be acceptable to him/her and agreed upon by the

parties. All decisions of the arbitrator shall be in writing, and a copy thereof shall be submitted to each of the parties hereto. All fees and expenses of the arbitrator shall be borne equally by the Union and the Contractor. Each party shall bear the expenses of the presentation of its own case.

(c) All decisions of the arbitrator under this Section shall be final and binding upon the parties.

(d) The retroactive application of any remedy of the arbitration shall be limited to twenty (20) working days from the time the Contractor had notice of the grievance; provided, however, that in grievances involving the situation mentioned in paragraph A.3 above, the arbitrator is empowered to grant full restitution of unpaid amounts, subject, of course, to the applicable State of Hawaii Statute of Limitations. In cases involving suspensions or discharge, if the arbitrator finds that a discharge or suspension was not for just cause, such discharge or suspension may be set aside, reduced, or otherwise changed. The arbitrator may, at his/her discretion, award back pay to compensate the employee, wholly or partially, for any wages (including Contractor payments to the various Trust and other Funds as provided in this Agreement) lost because of the discharge or suspension. If a back pay award is made, wages received from any other employment or any sums received as unemployment compensation while the discharge or suspension was in effect shall be deducted by the arbitrator in determining the amount of the award.

C. Grievances Subject to an Expedited Hearing

1. The following grievances shall be subject to an Expedited Hearing:

(a) a complaint filed by the Union alleging a violation of Section 7 (No Strike or Lockout), Section 25.B (Referral and Hiring Procedure), and

(b) a complaint filed by a Contractor or by the Association (for itself or on behalf of any Contractor) alleging a violation of Section 7 (No Strike or Lockout) or a refusal by the Union to refer employees to the Contractor in accordance with the provisions of Section 25.B (Referral and Hiring Procedure).

2. Grievances subject to an Expedited Hearing may, at the complaint's option, be submitted directly to the Joint Industry Committee. Such submittal to the Joint Industry Committee shall be made in writing and must be submitted within five (5) working days after the alleged violation occurred or first became known to the complaint. Said written submittal shall specify the nature of the grievance, the specific Section(s) or provisions(s) of the Agreement allegedly violated, and the remedy being sought.

3. The Joint Industry Committee shall convene within two (2) working days after it receives the aforementioned written submittal.

## SECTION 22

### JOINT INDUSTRY COMMITTEE

A. Appointment of Representatives

1. There is hereby established a Joint Industry Committee (hereinafter referred to as "Joint Industry Committee" and/or "Committee") to be composed of:

    (a) Three (3) persons appointed by the Union, and

    (b) Three (3) persons appointed by the Association for and on behalf of the Contractors covered hereby.

2. Alternates may be selected by each of the appointing parties to serve when regular members are or will be absent.

B. Scope and Authority

1. The Joint Industry Committee shall have the authority:

   (a) to review, hear, and make decisions on grievances submitted to the Committee pursuant to the provisions of Section 21 (Grievance Procedure and Arbitration), and

   (b) review and make recommendations with respect to problem areas or other matters of mutual concern that are referred to it, or which it takes upon its own volition, and

   (c) in the case of complaints, problems, and/or allegations that a Contractor has misused or abused the provisions of Section 11.A.2, Section 11.A.3(c) relating to the scheduling of a straight time "make-up" day, and/or the provisions of Section 11.A.6 (a) and (b) relating to the scheduling of a workweek of other than five (5) eight (8) hour days, the Committee shall, on a second upheld charge before the Committee involving the same or similar matter, be empowered to impose a fine or other penalty on said Contractor, including an order that said Contractor pay the applicable overtime rate to the employees affected for the work performed. If a fine is imposed, it shall be paid as set forth in paragraph (d) below.

   (d) In the case of grievances subject to an Expedited Hearing, namely: alleged violations of Section 7 (No Strike or Lockout), Section 25.C (Referral and Hiring Procedures), to impose a fine or other penalty (the amount of which shall be reasonably related to the nature and extent of the violation) on the Contractor, the Union, or any employee who was found to have violated the specific sections indicated, unless the violation was caused by reasons beyond the control of the party found to be in violation. If imposed, any such fine or penalty shall be paid to a non-profit organization designated by the Joint Industry Committee.

2. It is specifically understood and agreed that all decisions and recommendations of the Joint Industry Committee shall be within the scope of this Agreement, and that said Joint Industry Committee shall not have the authority to alter, amend, or modify the terms of this Agreement in any way. Should a problem area arise in which the Joint Industry Committee recommends that the Agreement be amended, said recommendation shall be referred to the Union and the Associations for review and appropriate action.

C. <u>Rules of Procedures</u>. Except as herein provided, the Joint Industry Committee shall determine its own rules of procedure and all other details necessary to carry out the business for which it was appointed.

D. <u>Quorum</u>

1. A quorum at any meeting of the Joint Industry Committee shall consist of at least two (2) Union Committee members and two (2) Contractor Committee members. Unless a quorum is present, no business shall be transacted.

2. The Committee may act in writing without a meeting upon any matters which may properly come before it, provided such action has the affirmative concurrence in writing of at least three (3) Contractor Committee members and three (3) Union Committee members, and provided further that a copy of such written concurrence shall be forthwith mailed to each non-participating Committee member.

E. <u>Voting</u>

1. A quorum being present, all matters coming before the Joint Industry Committee for consideration shall be decided by a majority vote of the Committee members and/or Alternates present and eligible to vote. If any member of the Committee requires it, said voting shall be conducted by secret ballot.

2. It is understood that the number of Committee members eligible to vote shall be governed by the lesser number of Contractor or Union Committee members present so that the

total number of votes cast by the Contractor members may not exceed the total number of votes cast by the Union members and vice versa.

F.   **Rights of Board.**   The Committee may summon, question, and examine any party to this Agreement, or their representatives or agents, in connection with any question or matter over which the Joint Industry Committee may act.   The Joint Industry Committee may also have the books and accounts of any party covered by or signatory to this Agreement examined by an independent certified public accountant as to payroll records, payments made to employees covered by this Agreement, and payment of fringe benefits.

G.   **Expenses.**   Each party shall bear the costs and expenses of its own representatives to the Joint Industry Committee.   All expenses which are incurred by the Joint Industry Committee shall be divided equally between the parties.

H.   **Matter Involving Non-Association Contractor Signatory to this Agreement.**   In the event a matter is presented to the Joint Industry Committee involving a Contractor who is not a member of the Association, but who is signatory to this Agreement or its counterpart, then and in that event, such Contractor, upon receipt of notice by Certified Mail, may elect to designate one (1) representative to serve as a member of the Joint Industry Committee in lieu of one (1) of the regularly designated representatives.   Such Non-Association Contractor shall have the right to be present or to be represented at the meeting or meetings during which his/her matter is to be heard and shall have the right to present evidence and testimony on his/her behalf. In the event such Contractor fails or refuses to designate a representative to serve as a member of the Committee or fails or refuses to appear at the scheduled meetings, then in that event the Joint Industry Committee, as regularly constituted, may proceed in the same manner as if the Contractor were present and represented as herein prescribed.

I.   **Limitation of Liability.**   No member of the Joint Industry Committee shall be liable to anyone (including the parties hereto, any Contractor signatory to this Agreement, any employee covered by this Agreement, any other Unions or

Associations, or any other person, firm, Corporation, or other entity) as a result of decisions or acts made in the performance of his duty under this Agreement.

## SECTION 23

## JURISDICTIONAL DISPUTES

A. The parties hereto agree that there shall be no lockout by the Contractor, nor any strike, stoppage of work, or slowdown on the part of the Union or its representatives or on the party of any employee covered by this Agreement over jurisdictional disputes.

B. Jurisdictional disputes are defined as any dispute where two (2) or more unions claim the disputed work. Such disputes shall not be subject to the grievance procedure and shall not be considered a violation of Section 24. SUBCONTRACTING. In the event a jurisdictional dispute over any work being performed or to be performed and involving any union, the Union, the Contractor, the Association, and the other unions involved shall meet within three (3) working days of the date of the dispute first coming to the attention of any of the parties hereto or amicably resolve the dispute.

C. If the parties aforementioned cannot or do not resolve said dispute within two (2) working days after the PLAN FOR SETTLEMENT OF JURISDICTIONAL DISPUTES IN THE CONSTRUCTION INDUSTRY. If any union or Contractor refuses to submit such dispute the PLAN FOR SETTLEMENT OF JURISDICTIONAL DISPUTES IN THE CONSTRUCTION INDUSTRY then the Union may submit this dispute as a grievance at the Third Step (Joint Industry Committee) under Section 21. GRIEVANCE PROCEDURE AND ARBITRATION for resolution as a violation of Section 23 and/or Section 24.

D. In the interim period during which the dispute is sought to be resolved, the work shall proceed as originally assigned by the Contractor and shall continue until a final settlement or adjudication is rendered. Should the dispute have the effect

of slowing down or stopping any part of the Contractor's work, the Contractor shall be free to exercise any appropriate course of action (including the initiation of proceedings with the National Labor Relations Board) to settle the dispute and restrain those who are responsible for the job disruption and nothing in this Agreement or in this Section shall be deemed as a condition precedent to any such action that the Contractor would be lawfully entitled to take.

E.  In no event shall a jurisdictional dispute be resolved in such a manner as to require the employment of a particular tradesperson where one cannot be efficiently and productively employed on a full-day basis.


## SECTION 24

### SUBCONTRACTING

A.  General Provision.  The purpose and intent of this Section is to preserve and protect the employment opportunities and the terms and conditions of employment of all employees covered by this Agreement to the maximum extent permitted by law.  Except as provided below, the Contractor shall subcontract work covered by this Agreement that he/she does not perform with his/her own forces only to a Subcontractor who is signatory to a Collective Bargaining Agreement with Local #1 of Hawaii IUBAC and Local #630 OPCMIA.

B.  Definition of Subcontractor.  A subcontractor is defined as any person, firm, corporation, or other entity (other than an employee covered by this Agreement) who agrees orally or in writing to perform, or who in fact performs for or on behalf of a Contractor or subcontractor of a Contractor any part or portion of the work covered by this Agreement.

C.  Warranty Work. This Section shall not apply to subcontractors, manufacturers, or dealers whose warranty of equipment or machinery requires the repair and/or adjustment of said equipment and machinery on the job site.

64

D. Federal "Davis-Bacon" Projects Located on Military Installations or Bases. The provisions of paragraph A, above, shall apply to Federal, State, and County "Davis-Bacon" projects, including projects located on military installations or bases.

E. Preservation of Work. The purpose and intent of this section is to preserve and protect the employment opportunities and the terms and conditions of employment of all employees covered by this Agreement to the maximum extent permitted by law.

1. In order to protect and preserve, for the employees covered by this Agreement, all work heretofore performed by them, to protect the benefits to which employees are entitled under this Agreement, and to prevent any device or subterfuge to avoid the protection and preservation of such work and benefits, it is hereby agreed as follows:

   a. If and when the employer shall perform any work of the type covered by this Agreement at any plant or construction site.

   (i) Under its own name.

   (ii). Under the name of another entity (whether a corporation, company, partnership, or any other business entity, including a joint venture) wherein the **Contractor**, including its owners and stockholders, officers, directors, or partners exercises either directly or indirectly (such as through family members) any significant degree of ownership, management or control, the terms and conditions of this Agreement shall be applicable to all such work; **provided, however, that separate ownership, management, and control of an independent company by a child of an owner of a Contractor shall not deemed to be direct or indirect control, management, or ownership by the Contractor within the meaning of this provision.**

## REFERRAL AND HIRING PROCEDURES

A.   Notification of Quits and Other Terminations.  The Contractor shall notify the Union weekly of the names of those employees who have quit, been laid off and/or terminated during the previous workweek.  This notification shall be given by means of a standard notification form, a sample of which is attached hereto as Exhibit "C", or by other written means which provides the same information as that set forth in Exhibit "C".

B.   Membership Standing. For the purpose of this Section 25, a "member in good standing" shall be defined as one who has completed payment of the regular Union initiation fee, or reinstatement fee or who is paying said fee in accordance with the administrative procedures of the Union and who tenders the regular Union dues which are uniformly required as a condition of retaining membership in the Union.

C.   Referral and Hiring Procedures

   1.   Union as Sole and Exclusive Source of Referral.  Except as provided in paragraph 7 below, the Union shall be the sole and exclusive source of referral of applicants for employment.

   2.   Notice to Union Referral Office.  When a Contractor requires additional persons for work covered by this Agreement, he/she shall notify the Union Referral Office of the qualification of the person or persons required. Whenever possible, this notice shall be given forty-eight (48) hours in advance of the time the Contractor desires said person(s) to report for work.

   3.   Former Employees and Experienced Applicants

      (a)   When making requests to the Union Referral Office, the Contractor may name persons who were formerly employed by him/her at any time within the twenty - four (24) month period before the date of the request, and if said persons are duly registered

66

with the Union Referral Office and are available for employment, the Union shall refer them to the Contractor. Other referrals to the Contractor shall be made on the basis of a referral list or lists which shall be established and maintained by the Union and which shall recognize the following precepts:

(i) that applicants experienced in work similar to that for which job openings exist whose experience was gained locally and who currently reside in the locality be given preference, and

(ii) that applicants for employment who appear to meet the qualifications stated by the Contractor be referred in the order of the amount of experience they evidence in the type of work for which the job openings exist.

(iii) Contractors starting projects in the jurisdiction covered by this Collective Bargaining Agreement may bring in supervisors who do not work with the tools and one (1) key personnel who may work with the tools. All other working personnel must be obtained from the Local's Hiring and Referral lists. If and only if the Hiring and Referral Office (s) is/are unable to fill the request of the Contractor, then the provisions of Paragraph 7 will apply. Under no circumstances will the Contractor secure employees from out of the covered jurisdiction of this Agreement without first informing the union.

(b) The above referral lists shall be maintained on an island-by-island basis, except that separate lists shall also be established and maintained covering the towns (and surrounding areas) of Kona and Hilo.

(c) Each of the above referral lists shall be established and maintained by the Union in accordance with criteria of the National Labor

Relations Act, as amended, and other applicable Federal and/or State laws and regulations.

4.  "Clearance Slips". All individuals referred by the Union shall be given a "clearance slip" prepared in duplicate and duly signed by an authorized representative of the Union. One copy of said clearance slip shall be retained by the Union for its records and one copy shall be given to the individual being referred for employment for handing to the Contractor's job superintendent or foreperson.

5.  No Clearance Slip; No Hire

    (a) Any individual who does not possess a valid Union signed clearance slip shall not be hired; and the Union Office shall be promptly notified of the instance.

    (c) Any person who obtains employment by means of a forged clearance slip or by any other fraudulent or surreptitious means shall be subject to immediate termination of employment.

6.  Notice to Union of Rejection. It is understood that the Contractor has the right to hire or reject any applicant for employment as referred by the Union's Referral Office. So that the records of the Union's Referral Office may be complete, the Contractor shall immediately notify the Union of any rejection. If requested by the Union, a conference shall be held between the Contractor and the Union, at which time the reasons for rejection shall be explained.

7.  If Union Referral Office Does Not Fill Contractor's Request Within 48 Hours

    (a) If the Union's Referral Office does not fill the Contractor's requirements from the referral list applicable to the particular island or area (Hilo or Kona) in which the work is to be performed within forty-eight (48) hours after the

68

Contractor's request is made, said Contractor may then secure employees directly from any other source of labor he/she desires, including loan or transfer from other Contractors.

(b) With respect to loaned or transferred employees, said Contractor shall, by means of a standard notification form, copies of which are attached hereto as Exhibit "B-2" (for Cement Finishers) and Exhibit "B-3" (for Blocksetters) given prompt, written notice to the Union of the names of the loaned and/or transferred employees that he/she will be using.

(c) For all other directly secured employees, the following procedure which is applicable ONLY when the Union's Referral Office does not fill the Contractor's requirements within 48 hours after the Contractor's request is made shall be followed:

   (i) the Contractor shall complete and sign a "Confirmation of Hiring Slip", prepared in duplicate, which shall be in a form as per Exhibit "D", attached hereto.

   (ii) On or before the date so hired, the employee shall take the Contractor-signed Confirmation of Hiring Slip to the Union Referral Office so that the date of his/her employment may be confirmed to the end that the Contractor's and said Referral Office records will be the same, and possible disputes with respect to rate o pay, union security, and other provisions of this Agreement may thereby be avoided. Upon such confirmation, one copy of said slip shall be signed by an authorized representative of the Union and returned to the employee for his/her return to the Contractor. In the event said employee cannot report to the Union's Referral Office on or before his/her date of hire because of emergency or where the

requirements of the job make immediate commencement of work necessary, he/she shall report not later than his/her second (2nd) day of work, unless other arrangements have been made with the Union.

(iii) The Union guarantees that the employee so hired and referred shall be sent back to the Contractor without delay; provided, however, that the Contractor involved had notified the Union of his requirements pursuant to paragraph Section 25.C.2 (Notice to Union Referral Office), and has otherwise adhered to the provisions of this Section 25.C (Referral and Hiring Procedures).

8.   <u>No Discrimination</u>

(a)   The Referral and Hiring Procedures shall be operated on a non-discriminatory basis; and neither the Contractor nor the Union shall discriminate in favor of or against any applicant because of his/her membership or non-membership in the Union.

(b)   As specified by Federal and State laws, neither the Union nor any Contractor signatory hereto or covered hereby shall discriminate against any employee or applicant by reasons of race, color, religion, sex, national origin, age, physical impairment, or for being a disabled veteran or a veteran of the Vietnam Era.

9.   <u>Grievance or Issues of Fact Regarding These Procedures</u>. Any individual aggrieved by the operation of these referral and hiring procedures, including any posted regulations subsequently adopted, and any Contractor who faces a question of fact as to whether he/she (said Contractor) has violated or otherwise failed to adhere to these referral and hiring procedures shall have the right to submit said grievance or question through either party hereto directly to the Joint Industry Committee created in Section 22 (Grievance Procedure and Arbitration); provided that such submission is made in writing within

five (5) working days after the occurrence of the grievance. Said Committee shall have full power to adjust the grievance and its decision hereon shall be final and binding upon the individual grievant, the Contractor, the Union, and all other parties hereto.

10. Posting. The Contractor and the Union shall post copies of the above Referral and Hiring Procedures in places where notices to employees and applicants for employment are customarily posted.

11. Pre-Employment Physicals. New applicants to Hawaii's Masonry Industry may be required to take physical examinations as a prerequisite to employment. Employees presently in the industry do not have to take a physical examination as a prerequisite to employment providing:

(a) the employee has proof that he/she has taken a physical examination as provided for under the Hawaii Masons' Health and Welfare Plan within the year immediately preceding the date of referral. Such physical examination shall have been taken at a health care facility as designated or approved under the aforesaid Health and Welfare Plan and shall include an evaluation of job-related physical traits required in the trade.

(b) At the discretion of the Contractor, the employee may then be given a form by the Contractor (a sample copy of which is attached hereto as Exhibit "E") to be completed by the examining physician which will certify that the employee has received the required physical and that the employee does not have any physical condition which will preclude him/her from satisfactorily performing the work required. The pre-employment questionnaire may also include inquiries regarding any injuries or illnesses of the employee since his/her last physical which may have an effect upon his/her ability to perform in his/her trade. The doctor shall evaluate the employee's statement. Such doctor's visit shall be paid for by the Contractor.

## ADMINISTRATIVE OFFICE

A.  Establishment

1.  In order that the various joint programs as established or continued under this Agreement may be economically administered in a centralized office, the parties hereto agree to the establishment of an Administrative Office, hereinafter referred to as the "Ad Office".

2.  Said Ad Office shall be established as soon as the Joint Ad Committee, as provided for below, is satisfied that said Ad Office shall be properly staffed and equipped to perform the services expected of it.

B.  Ad Committee

1.  The affairs of the Ad Committee shall be supervised by an Administrative Committee (hereinafter referred to as the "Ad Committee") composed of five (5) persons appointed by the Union and five (5) persons appointed by and from amongst the Contractor Trustees on the various Joint Trust Funds. Alternates may be selected by the appointing parties when regular appointees are absent.

2.  The persons or firms that perform certified public accounting services to any of the Trust Funds provided for under this Agreement and/or to the Ad Office itself shall be ex-officio members of the Ad Committee.

C.  Authority of the Ad Committee and Administrator

1.  The Ad Committee shall select the location of the Ad Office and shall have general supervision over the operation of the Ad Office, and it shall have and may exercise all of the authority and power as is necessary to carry out its responsibility. The Ad Committee shall also be the sole appointing and reporting authority of and for the Ad Office Administrator, who shall manage the day-to-day affairs of the Ad Office. Said Administrator shall be a full-time employee of the Ad Office and shall

not receive any compensation, directly or indirectly, from either the Associations, the Union, or any Contractor. The rate of compensation of said Administrator shall be fixed from time to time by the Ad Committee.

1. Subject to any requirements or definition of his or her authority and duties as may be prescribed by the Ad Committee, the Administrator shall be solely responsible for the day-to-day operation and affairs of the Ad Office and shall be the only person authorized to hire, discipline, and/or terminate any other employee or employees of said Ad Office. The rates of compensation for other employees shall be within the salary guidelines as established by the Ad Committee, except where higher or lower rates are recommended by the Administrator and approved by the Ad Committee.

D. <u>Duties and Services of the Ad Office</u>. The Ad Office shall be expected to perform or cause to be performed the following duties and services (but shall not be limited to):

1. the Ad Office shall keep, secure, make and/or file or cause to be kept, secured, or filed any and all records and reports as the Board of Trustees of any of the Trust Funds may request or direct, or which are required by applicable State or Federal laws, rules, and regulations.

2. The Ad Office shall maintain or cause to be maintained accurate records and accounts of all financial transactions involving or relating to any of the Funds which it services, which records and accounts shall be audited annually by a certified public accountant as selected by the Board of Trustees of the applicable Trust Fund. The report of said audit shall be submitted to each Trustee of the applicable Trust Fund.

3. The Ad Office shall also maintain or cause to be maintained accurate records and accounts of all financial transactions involving the Ad Office, which records and accounts shall be audited annually by a certified public accountant selected by the Ad Committee. The report of

said audit shall be submitted to each of the Trustees of the various Funds and programs which utilize the services of the Ad Office.

4. As may be generally authorized or specifically directed by the Board of Trustees of any of the Trust Funds, the Ad Office shall also make or cause to be made any audit of a Contractor's payroll records to ascertain whether all contributions due have been paid.

5. The Ad Office shall also perform or provide or cause to be performed or provided any and all other services as the Board of Trustees of any of the Trust Funds may request or direct, or which are required by applicable State or Federal laws, rules, and regulations.

E. Expenses

1. As determined by the Ad Committee, subject to the approval of each of the respective Board of Trustees, the operating expenses of the Ad Office shall be prorated amongst the various funds and programs which utilize its services.

2. Each party shall bear the costs and expenses (if any) of its own representatives to the Ad Committee.

3. Any expenses which are incurred by the Ad Committee itself shall be borne by the Ad Office.

F. Rules of Procedure. Except as herein provided, the Ad Committee shall determine its own rules of procedure and all other details necessary to carry out the business for which it was appointed.

G. Quorum

1. A quorum at any meeting of the Ad Committee shall consist of at least three (3) Union Committee members and three (3) Contractor Committee members. Unless a quorum is present, no business shall be transacted.

2. The Committee may act in writing, without a meeting, upon

any matter which may properly come before it, provided
such action has the affirmative concurrence in writing of
at least two (2) Contractor Committee members and two (2)
Union Committee members, and provided further that a copy
of such written concurrence shall be forthwith mailed to
each non-participating Committee member.

H. Voting

   1.  A quorum being present, all matters coming before the Ad
       Committee for consideration shall be decided by a
       majority vote of the Committee members and/or alternates
       present and eligible to vote. If any member of the Ad
       Committee requests it, said voting shall be conducted by
       secret ballot. It is understood that the number of
       Committee members eligible to vote shall be governed by
       the lesser number of Contractor or Union Committee
       members present so that the total number of votes cast by
       the Contractor members may not exceed the total number of
       votes cast by the Union members and vice versa.

   2.  If the Ad Committee is unable to arrive at a majority
       decision, then either party may refer the matter to the
       Joint Industry Committee.

I. Limitations of Liability. No member of the Ad Committee shall
   be liable to anyone, including parties, Contractors, or
   employees covered by or signatory to this Agreement, as a
   result of decisions or acts made in the performance of his/her
   duty under this Agreement.


                        SECTION 27

                  GENERAL SAVINGS CLAUSE

It is not the intent of either party hereto to violate any law,
rulings, or regulations of any governmental authority or agency
having jurisdiction of the subject matter or of this Agreement,
and the parties hereto agree that in the event any provisions of
this Agreement are finally held or determined to be illegal or void
as being in contravention of any such laws, rulings, or
regulations; nevertheless, the remainder of the Agreement shall
remain in full force and effect, unless the parties so found to be

void are wholly inseparable from the remaining portions of this Agreement. The parties agree that if and when any provisions of this Agreement are finally held or determined to be illegal or void, they will then promptly enter into negotiations concerning the substance thereof, it being understood that the provisions of Section 7 (No Strike or Lockout) shall continue to remain in full force and effect.

## SECTION 28

### MOST FAVORED NATIONS CLAUSE

Should the Union at any time during the term of this Agreement enter into an agreement with any Contractor or Contractors Association covering work covered by this Agreement which provides terms and conditions more advantageous to such Contractor or to members of said Contractors Association, OR should the Union in the case of the Contractor which is bound to this form of Agreement countenance a course of conduct by such Contractor enabling it to operate under more advantageous terms and conditions than is provided for in this Agreement, then any Contractor party to this Agreement shall be privileged to automatically adopt such advantageous terms and conditions.

## SECTION 29

### MODIFICATION OF AGREEMENT

This Agreement shall not be modified except by written document signed by the parties hereto.

## SECTION 30

### REPRESENTATIONS

This document contains the entire agreement of the parties and neither party has made representations to the other which are not contained herein.

IN WITNESS WHEREOF, the parties hereto, through their duly authorized representative(s), have cause this Agreement to be executed on the **28th** day of **October** , **2008** .


INTERNATIONAL UNION OF BRICKLAYERS &
ALLIED CRAFTSMEN LOCAL #1 OF HAWAII, AFL-CIO

_____
Its Business Manager


OPERATIVE PLASTERERS' & CEMENT MASONS'
INTERNATIONAL ASSOCIATION OF THE UNITED
STATES AND CANADA, LOCAL #630, AFL-CIO

_____
Its Business Manager


MASON CONTRACTORS
ASSOCIATION OF
HAWAII


_____
CHAIRPERSON, LABOR
Committee

MASTER AGREEMENT COVERING THE CEMENT FINISHING
AND MASONRY TRADES IN THE STATE OF HAWAII
EXHIBIT "A"

CLASSIFICATION, WORK COVERAGE & HOURLY WAGE SCHEDULES
COVERING CEMENT FINISHERS & MASONS IN THE STATE OF HAWAII

A. Classification and Work Coverage (as defined in Exhibit A-1)
and Hourly Wage Schedules Covering Cement Finishers (Operative
Plasterers & Cement Masons International Association of the United
States and Canada, Local No. 630, AFL-CIO)

| Effective Date | Cement Finisher | Machine Operator | Working Foreperson | Foreperson* |
|---|---|---|---|---|
| September 1, 2008 | $ 29.90 | $ 30.05 | $ 30.90 | $ 31.90 |
| August 31, 2009 | $ 31.15 | $ 31.30 | $ 32.15 | $ 33.15 |
| August 30, 2010 | $ 32.40 | $ 32.55 | $ 33.40 | $ 34.40 |
| August 29, 2011 | $ 33.85 | $ 34.00 | $ 34.85 | $ 35.85 |
| September 3, 2012 | $ 35.30 | $ 35.45 | $ 36.30 | $ 37.30 |
| September 2, 2013 | $ 36.80 | $ 36.95 | $ 37.80 | $ 38.80 |

*Shall also work with the tools of the trade if required to do so
by the Contractor.

Percentage of
Cement Finisher Apprentice                    Journeyperson's Wage Rate

1st Period Apprentice:     1-1000 hours...............50%
2nd Period Apprentice:     1001-2000 hours...............55%
3rd Period Apprentice:     2001-3000 hours...............60%
4th Period Apprentice:     3001-4000 hours...............70%
5th Period Apprentice:     4001-5000 hours...............75%
6th Period Apprentice:     5001-6000 hours...............80%
7th Period Apprentice:     6001-7000 hours...............85%
8th Period Apprentice:     7001-8000 hours...............90%

B. Classification and Work Coverage (as defined in Exhibit A-2)
and Hourly Wage Schedules Covering Masons (International Union of
Bricklayers & Allied Craftsworkers, Local No. 1 of Hawaii, AFL-CIO)

| Effective Date | Blocksetter | Working Foreperson | Foreperson* |
|---|---|---|---|
| September 1, 2008 | $ 29.95 | $ 30.95 | $ 31.95 |
| August 31, 2009 | $ 31.20 | $ 32.20 | $ 33.20 |
| August 30, 2010 | $ 32.45 | $ 33.45 | $ 34.45 |
| August 29, 2011 | $ 33.90 | $ 34.90 | $ 35.90 |
| September 3, 2012 | $ 35.35 | $ 36.35 | $ 37.35 |
| September 2, 2013 | $ 36.85 | $ 37.85 | $ 38.85 |

*Shall also work with the tools of the trade if required to do so
by the Contractor.

## Mason Apprentice

| | | Percentage of Journeyman's Wage Rate |
|---|---|---|
| 1st Period Apprentice: | 1-1000 hours | 50% |
| 2nd Period Apprentice: | 1001-2000 hours | 55% |
| 3rd Period Apprentice: | 2001-3000 hours | 60% |
| 4th Period Apprentice: | 3001-4000 hours | 70% |
| 5th Period Apprentice: | 4001-5000 hours | 75% |
| 6th Period Apprentice: | 5001-6000 hours | 80% |
| 7th Period Apprentice: | 6001-7000 hours | 85% |
| 8th Period Apprentice: | 7001-8000 hours | 90% |

## Stone Mason Apprentice

| | | |
|---|---|---|
| 1st Period Apprentice: | 1-1000 hours | 55% |
| 2nd Period Apprentice: | 1001-2000 hours | 60% |
| 3rd Period Apprentice: | 2001-3000 hours | 65% |
| 4th Period Apprentice: | 3001-4000 hours | 70% |
| 5th Period Apprentice: | 4001-5000 hours | 75% |
| 6th Period Apprentice: | 5001-6000 hours | 80% |
| 7th Period Apprentice: | 6001-7000 hours | 85% |
| 8th Period Apprentice: | 7001-8000 hours | 90% |

## Pointer/Caulker/Cleaner Apprentice

| | | |
|---|---|---|
| 1st Period Apprentice: | 1-1000 hours | 50% |
| 2nd Period Apprentice: | 1001-2000 hours | 55% |
| 3rd Period Apprentice: | 2001-3000 hours | 60% |
| 4th Period Apprentice: | 3001-4000 hours | 70% |
| 5th Period Apprentice: | 4001-5000 hours | 80% |
| 6th Period Apprentice: | 5001-6000 hours | 90% |

C.   Benefit Contributions for Apprentices.  Only Health & Welfare fund and Research and Development funds contribution shall be effective and shall be made during the first 1,000 work hours. Regular per hour contributions to the Annuity fund, the Vacation/Holiday Fund, the Pension Fund and the Apprentice and Training Fund shall be effective and shall be made on behalf of all apprentices upon completion of first 1,000 hours.

Effective as of the dates listed below, the contractor shall contribute to the Health and Welfare fund for each hour worked by each employee covered by this Agreement, the following amount.

| | |
|---|---|
| Effective September 1, 2008 | $6.87 per hour |
| Effective August 31, 2009 | $6.87 per hour |
| Effective August 30, 2010 | $6.87 per hour |
| Effective August 29, 2011 | $6.87 per hour |
| Effective September 3, 2012 | $6.87 per hour |
| Effective September 2, 2013 | $6.87 per hour |

Effective as of the dates listed below, the Contractor shall Contribute to the Research and Development funds for each hour worked by each employee covered by this Agreement, the following amount:

| | |
|---|---|
| Effective September 1, 2008 | $0.25 per hour |
| Effective August 31, 2009 | $0.25 per hour |
| Effective August 30, 2010 | $0.25 per hour |
| Effective August 29, 2011 | $0.25 per hour |

| | | |
|---|---|---|
| Effective September 3, 2012 | $0.25 per hour |
| Effective September 2, 2013 | $0.25 per hour |

Benefit Contributions for Apprentices indentured before
September 1, 2003. Except for the regular contribution to the
Hawaii Masons Health & Welfare Trust Fund and the Research and
Development Fund, no other Trust Fund or other contributions
Shall be effective to or shall be made for or on behalf of an
apprentice who has not attained 1,000 work hours.  Effective
December 21, 1992, regular per hour contributions to the
Annuity Fund, the Vacation/Holiday Fund, the Pension Fund, the
Apprenticeship & Training Fund, shall be effective and shall be
made on behalf of all apprentices after completion of 1,000
work hours.  (Note:  Contributions to the Hawaii Construction
Industry improvement Program, and the Labor Association Contract
Negotiation/Administration Fee are also applicable)

Benefit Contributions for Apprentices Indentured from
September 1, 2003.  Apprentices indentured from September 1, 2003
shall receive regular per hour contributions for Health and
Welfare Fund from first work hour and all other Trust Fund
benefits shall apply and be made on behalf of these apprentices
using rates as shown on wage schedule until journeyperson status
is attained.  (Note:  Contributions to the Hawaii Construction
Industry Improvement Program, and the Labor Association Contract
Negotiation/Administration Fee also applicable.)


D.   Height Pay.  When an employee is required to work from a
     bosun's chair and/or from a free-swinging cable suspended
     scaffold or work platform (not attached to the building), said
     employee shall be paid $1.00 per hour over his/her regular
     straight time rate for each hour worked on said rig.

E.   <u>Masons & Plasterers Fraternal Association</u>.   Upon receipt of
the proper employee-signed authorization form, the
employer agrees to deduct an amount equal to $0.35 per hour
from the net wages of said employee and transmit same to the
Hawaii Masons and Plasterers Fraternal Association.


F.   <u>"Davis-Bacon" Projects</u>

   1.   On all Federal, State, and County projects, the
        Contractor shall only be required to pay the wage and
        benefit rates as set forth below:

        (a)   For the first 18 months of from the sate that the
              Contractor commences work on the project.

              The "regular" wage rates as set forth in this
              Agreement and in effect as of the date the project
              is bid.   Contract contributions to the various
              Trust and other Funds as provided for in this
              Agreement, however, shall be made in the amounts
              set forth in the Agreement and shall include any
              increased rates of contributions as may become
              effective after the project was bid.

        (b)   After the aforesaid 18-month period

              The then-current "regular" wage and benefit rates
              as set forth in this Agreement.

        (c)   Extending beyond the 18-month period

   The 18-month period specified above may be extended on any
   given project, but only by mutual written Classification, Work

agreement between the Union and the Contractor.

2. <u>Notification to Union</u>. The Contractor shall give appropriate notice to the Union and to his/her employees regarding "Davis-Bacon" projects that he/she is awarded, setting forth pertinent information regarding the project and wage/benefit rates which shall apply. This notification shall be given by means of a standard notification form, a sample copy of which is attached hereto as Exhibit "H" or by other written means provides the same information as that set forth on said exhibit.

3. <u>Effective Date</u>. This subsection ("Davis-Bacon" Projects) shall be effective as of September 1, 2003 and shall apply to all government "Davis-Bacon" projects for which Prime Contractors quotations are submitted on or after that date.

## STIPULATION

In signing this Stipulation, the undersigned (employer) (employer association of behalf of its members) agrees to be bound by all the terms and provisions of the Agreement establishing procedures for the resolution of jurisdictional disputes in the construction industry known as the Plan for the Settlement of Jurisdictional Dispute in the Construction Industry. In particular, the undersigned agrees to abide by those provisions of the Plan requiring compliance with the decision and awards of the Administrator, Arbitrators of National Arbitration Panels established under the Plan and to fulfill the obligations of the employer set forth in the Agreement.

This stipulation shall run for the term of **this** Agreement.


_____          _____
Authorized signature                Contractor



_____          _____
Print Name                          Date



_____
Title

## CLASSIFICATIONS - CEMENT MASONS

A.  Cement Masons

1.  Forms

    (a)  Making and setting of all forms for slabs and sidewalks up to one (1) board in height, including curbs and gutters.

    (b)  Setting of all strips, screeds, grades, and stakes for above.

2.  Fabrications, Setting, and Finishing Concrete Construction

    (a)  Forepersonship and/or supervision.

    (b)  Troweling and finishing slabs and flat work.

    (c)  Forming and finishing of curbs and gutters.

    (d)  Finishing, including packing, patching, and washing of all concrete construction.

    (e)  Preparatory work on concrete construction to be finished, rubbed, sandblasted, cutting of nails, wire, wall ties, and the patching, brushing, chipping, bush hammering, or grinding by machine or carborundum stone.

    (f)  Laying, spreading, and finishing of all types of bituminous concrete.

    (g)  Spreading, rodding, and finishing of all toppings of cement, epoxies, and plastic materials, including base up to 6" high.

    (h)  Applying color pigment mixed with cement in any forms or methods of application.

3.   Materials Abutting Concrete Surfaces

   (a)   Patching, packing, pointing, and caulking around
         all steel or metal frames abutting concrete
         surfaces.

4.   Prefabricated and Prestressed Panels

   (a)   Forming and finishing of all prefabricated and
         prestressed concrete panels, whether on the job
         site or at the precast yard.

   (b)   Packing, pointing, and caulking between panels.

5.   Gunite Application

   (a)   Applying of gunite of one-and-one-half (1 1/2)
         inches or less, including the handling of the gun
         nozzle.

   (b)   All tooling, shaping, and finishing of gunite of
         any depth or thickness.

6.   Weatherproofing and Adhesive Application

   (a)   Applying of all weatherproofing in conjunction with
         finishing concrete and cement work such as
         horoseal, ironite, plasterweld, or similar products
         regardless of methods of application.

## LETTER OF UNDERSTANDING REGARDING
## JURISDICTIONAL DISPUTE

In the event a disagreement or dispute arises over jurisdiction between the International Brotherhood of Painters and Allied Trades Local 1791 and 1944 AFL-CIO and the International Union of Bricklayers and Allied Craftworkers Local 1, AFL-CIO and the operative Plasterers and Cement Masons International Association of the United States and Canada Local 630 AFL-CIO, they shall resolve the dispute in following manner:

1) The parties hereto shall be made aware that a dispute exists. Within three (3) working days of Notification, the parties agree to meet and amicably resolve the dispute.

2) If the parties cannot agree, the dispute will be referred to the respective International Unions for resolution.

3) In the interim period during which the dispute is to be resolved, the work in question shall proceed as originally assigned by the Contractor.

4) The parties hereto agree not to take any strike action as a means of settlement and further agree to abide by any decision reached under this Agreement.

Agreed on this_____day of_____, 2008, by:

_____
Business Representative/Financial Secretary
International Brotherhood of Painters and Allied
Trades Local 1791 AFL-CIO

_____
Business Manager
International Brotherhood of Painters
And Allied Trades Local 1944 AFL-CIO

_____
Business Manager
International Union of Bricklayers and
Allied Craftworkers Local 1 AFL-CIO

_____
Business Manager
Operative Plasterers and Cement Masons
International Association of the United States
And Canada Local 630 AFL-CIO

## LETTER OF UNDERSTANDING REGARDING
## JURISDICTIONAL DISPUTE

In the event a disagreement or dispute arises over jurisdiction between the International Brotherhood of the Laborers' International Union of North America Local 368 AFL-CIO and the International Union of Bricklayers and Allied Craftworkers Local 1, AFL-CIO and the operative Plasterers and Cement Masons International Association of the United States and Canada Local 630 AFL-CIO, they shall resolve the dispute in following manner:

1) The parties hereto shall be made aware that a dispute exists. Within three (3) working days of Notification, the parties agree to meet and amicably resolve the dispute.

2) If the parties cannot agree, the dispute will be referred to the respective International Unions for resolution.

3) In the interim period during which the dispute is to be resolved, the work in question shall proceed as originally assigned by the Contractor.

4) The parties hereto agree not to take any strike action as a means of settlement and further agree to abide by any decision reached under this Agreement.

Agreed on this_____day of_____, 2008, by:


_____
Business Manager
International Brotherhood of the
Laborer's Union Local 368 AFL-CIO


_____
Business Manager
International Union of Bricklayers and
Allied Craftworkers Local 1 AFL-CIO


_____
Business Manager
Operative Plasterers and Cement Masons
International Association of the United States
And Canada Local 630 AFL-CIO

## CLASSIFICATIONS - BRICKLAYERS AND ALLIED CRAFTSWORKERS

A.  Bricklayers

1.  Laying of all brick made from any materials such as carbon materials, Karbate, Impervite or mixtures, all acid resistant materials, terra cotta, glass, and porcelain. (Where such materials are formed or manufactured to substitute for tile, then all installation will be the work of the tile layer under Section H.

2.  Laying of all brick products in mines, tunnels, sewers, electrical and telephone conducts, residential and commercial buildings, mills, iron works, blast or smelter furnaces, chimneys, and kilns.

3.  Making all cuts on brick walls, fireproofing, block arching, terra cotta, mineral-wool, cork blocks and glass, or any substitute for the above materials.

4.  Pointing, filling, and caulking and cleaning of all joints and other work necessary to complete the work under the foregoing categories.

5.  Application of all waterproofing, black mastic waterproofing, silicone, and/or substitutes sandwiched between many cements in the interior of the wall.

B.  Stone Mason

1. Laying all rips, rubble work, with or without mortar, setting all cut stone, marble, slate or stone work (meaning, as to stone, any work manufactured from such foreign or domestic products as are specified and used in the interior or on the exterior of buildings by architects and are customary called "stone" in the trade); cutting all shoddies, broken ashlar or random ashlar that is roughly dressed upon the beds and joints, and range ashlar not over 10 inches in height; dressing all jambs, corners, and ringstone that are roughly

dressed upon the beds, joints, or reveals, and cutting of a draft upon same for plumbing purposes only; and the cleaning, cutting of joints, and pointing of stone work.

2.  This applies to all work in buildings, sewers, bridges, railroads, bulkheads, breakwaters, jetties, playgrounds, parks, landscaping, and curbing or other public work, and to all kinds of stone, particularly to the product of the locality where the work is being done.

3.  Cleaning, grouting, pointing, and other necessary work to achieve and complete the work under the foregoing categories.

C.  Artificial Mason

1.  Cutting, setting, and pointing cement blocks and all artificial stone or marble, either interior or exterior, when set by the usual custom of the stone mason and marble setter. All cement that is used for backing up external walls, building party walls, columns, girders, beams, floors, stairs, and arches and all material substituted for clay or natural stone products.

2.  All artificial masonry, the cutting, setting, and pointing of all concrete prefabricated slabs, regardless of dimension size.

D.  Cement Mason

1.  The laying out, screeding, and finishing of all cement, concrete, brown stone composition, mastic and gypsum materials, also for composition base and vault lights.

2.  The cutting of all cement and concrete for patching and finishing; the bush hammering of all concrete when cast in place; the operation of cement gun, the nozzle and the finishing of all material applied by the guns, also the operation of the cement floor finishing machines.

E.   Marble Mason

    1.   The carving, cutting, and setting of all marble, slate,
         including slate blackboards, stone albereen, carrara,
         sanionyx, vitrolite, and glass block, scagliola,
         marbleithic and all artificial, imitation or cast marble of
         whatever thickness or dimension.  This shall apply to all
         interior work, such as sanitary, decorative and other
         purposes inside of buildings of every description wherever
         required, including all polish, honed, or sand
         finish; also the cutting and fitting of all above materials
         after they leave mills or ships, as well as all accessories
         in connection with such work, and the laying of all marble
         tile, slate tile, and terrazzo tile.

F.   Plastering

    1.   The installation of interior or exterior plastering, plain
         and ornamental, when done with stucco, cement and lime
         mortars or patent materials; artificial marble work, when
         applied in plastic form; (composition work in all its
         branches); the covering of all walls, ceilings, soffits,
         piers, columns, or any part of a construction of any sort
         when covered with any plastic material in the usual methods
         of plastering; the casting and sticking of all ornaments of
         plaster or plastic compositions, the cutting and filling of
         cracks.

    2.   All cornices, molding, coves, and bull nose run in place on
         rods and white mortar screeds with a regular mold, and all
         substitutes of any kind, when applied in plastic form with
         a trowel, or substitute for same.

    3.   Preparing, installing and repair of all interior and
         exterior insulation systems and fireproofing of all steel
         beams, columns, metal ducts, and vessels.

G.   Marble, Mosaic, and Terrazzo Work

1.   The installation of marble, mosaic, venetial enamel, and terrazzo; the cutting and assembling of mosaics; the casting of all terrazzo in shops or jobs; all rolling of terrazzo work.

2.   All scratch coat on walls and ceilings where mosaic and terrazzo is to be applied with an allowance of not less than a one-half inch bed.

3.   All bedding above concrete floor or walls, the preparation, cutting, laying, or setting of metal composition or wooden strips and grounds and the laying and cutting of metals, strips, lath, or other reinforcement, where used in mosaic and terrazzo work.

4.   All cement terrazzo, magnesite terrazzo, Dex-O-Tex terrazzo, epoxy matrix terrazzo, exposed aggregate, rustic or rough washed for exterior or interior of buildings placed either by machine or by hand, and any other kind of mixtures of plastics composed of chips or granules of marble, granite, bluestone, enamel, mother of pearl, quartz, ceramic colored quartz, and all other kinds of chips or granules when mixed with cement, rubber, neoprene, vinyl, magnesium chloride or any other resinous or chemical substances used for seamless flooring systems, and all other binding materials when used on walls, floors, ceilings, stairs, saddles or any other part of the interior or exterior of the building and also other work not considered a part of the building such as fountains, swimming pools, etc.; also all other substitutes that may take the place of terrazzo work.

5.   Cutting, assembling, and setting of art ceramic and glass mosaic.

6.   Finishing of cement floors where additional aggregate of

stone is added by spreading or sprinkling on top of the finished base and troweled or rolled into the finish and then the surface ground by grinding machines.

H.   Tile Layer

1.   Laying, cutting, or setting of all tile where used for floors, walls, ceilings, walks, promenade roofs, stair treads, stair risers, facings, hearths, fireplaces, and decorative insert, together with any marble plinths, thresholds or window stools used in connection with any tile work; also, preparing and setting all concrete, cement brick work, or other foundation or materials that may be required to properly set and complete such work; setting or bedding all tiling, stone marble, composition, glass mosaic, or other materials forming the facing, hearth, or fireplace of a mantel, or the mantel complete, together with the setting of all cement, brick work, or other materials required in connection with the above work; also the slabbing and fabrication of tile mantels, counters and tile panels of every description, and the erection and installation of same; the building, shaping, forming, construction, or repairing of all fireplace work, whether in connection with a mantel hearth facing or not, and the setting and preparing of all material, such as cement, plaster, mortar, brick work, iron work, or other materials necessary for the proper and safe construction and completion of such work.

2.   It will be understood the word "tile" refers to all burned clay products, as used in the tile industry, either glazed or unglazed, and to all composition materials made in single units up to 15"x20"x2", except quarry tiles larger than 9"x1-1/4", also to mixtures in tile form of cement, plastics, and metals that are made for an intended use as a finished floor surface, whether upon interior or exterior floors, stair treads, promenade roofs, garden walks, interior walls, ceilings, swimming pools, and all places where tile may be used to form a

3.    finished surface for practical use, sanitary finish, or decorative purposes, for setting all accessories in connection therewith, or for decorative inserts in other materials.

3.    All terra cotta called unit tile in sizes of 67"x12" or under regardless of method of installation, quarry tile 9"x9"x1-1/4" or less; split brick or quarry tile or similar material where the bed is floated or screeded and the joints grouted. The bedding, jointing, and pointing of the above materials shall be the work of the craft installing the same. All clay products known as terra cotta tile, unit tile, ceramic veneer, and machine-made terra cotta, and like materials in sizes 6"x12" and less regardless of the method of installation.

In matters dealing with jurisdiction of work, both parties shall recognize any jurisdictional agreement between international unions.

I.   Pointing-Cleaning-Caulking

1.    Pointing-cleaning-caulking shall consist of, but not be limited to, the following procedures and installation of the following materials:

a.    The pointing-cleaning-caulking of all types of masonry, caulking of all window frames encased in masonry on brick, stone, or cement structures, including all grinding and cutting out on such work and all sand blasting, steam cleaning, and gunite work.

b.    The pointing, cleaning, and weatherproofing of all buildings, rain elevators, and chimneys built of stone, brick, or concrete. It shall include all

grinding and cutting out, sand blasting, and gunite work on same.

c.  This is not to be construed as denying the right of the brick or stone mason members to apply themselves at this branch of trade.

J.  Special Categories

1.  General, special, and new categories and materials identifiable with the trade and skills of the masons.

# TOOL LIST FOR BRICKLAYER MASONS

1. Brick hammer

2. Chalk line

3. Jointer - round

4. Level - 4'

5. Line

6. Line block

7. Pointer

8. Rule

9. Sled runner

10. Trowel

11. Bolt cutter

12. Brush - 6"

13. Margin - 3/8" and 2"

14. Rake

15. Sponge float

16. Twig

17. Chisel

18. Line pin

19. Utility knife

## TOOLS LIST FOR CEMENT FINISHERS OF THE MASON
## CONTRACTORS ASSOCIATION OF HAWAII

MARGIN TROWEL
POINTING TROWEL
CEMENT WASH BRUSH - 6" NYLON
ALUMINUM HAWK - 13"X13"
DARBY - 3' OR 4'
MAGNESIUM FLOAT - 12" X 3 1/2"
MAGNESIUM FLOAT - 20" X 3 1/2"
SPONGE RUBBER FLOAT
FOAM PLASTIC FLOAT

FINISHING TROWELS
1) STEP OR MIDGET
2) SWIMMING POOL - ROUNDED EDGE
3) PLASTER - 11" X 5 1/2"
4) 12" X 3"
5) 14" X 3"
6) 16" X 4"
7) 18" X 4"
8) 20" X 4"

GROOVERS
1) ADJUSTABLE BIT GROOVER
2) 1/2"W X 1"D GROOVER
3) 3/8"W X 1/2"D GROOVER

EDGERS

| WIDTH | | RADIUS |
|---|---|---|
| 3 1/2" | X | 3/8" |
| 3/4" | X | 3/8" |
| 6" | X | 1/2" |
| 6" | X | 1" |
| 6" | X | 1 1/2" |
| 3 1/2" | X | 1/4" |
| 3" | X | 1/8" |
| 3" | X | 1/4" |

STEP FINISHING TOOLS
1) INSIDE TOOL
2) OUTSIDE TOOL
3) 4 GROOVE SAFETY STEP EDGER

RUBBER BOOTS
KNEE BOARD
TAPE MEASURE - 25'
UTILITY KNIFE
HARD HAT
SAFETY GLASSES*
CONCRETE CHISEL - 1"
CHALK LINE REEL
50' OR 100' TAPE MEASURE
FRAMING HAMMER
PLIERS
CARPENTER APRON
TIE WIRE REEL
WIRE CUTTER - 18" OR 20"
SLEDGE HAMMER
CROW BAR - 2'.6"
NAIL PULLER
TORPEDO LEVEL, 24" LEVEL & 48" LEVEL
SQUARES - SMALL & LARGE
3/4" WOOD CHISEL
HACK SAW
CARPENTER SAW - 8 PT.
EAR PLUGS OR PROTECTORS*

## SUGGESTED EQUIPMENT AND TOOL LIST FOR JOURNEYPERSON
## TOOL LIST FOR COMBINATION BRICKLAYER MASONS
## OF THE MASON CONTRACTORS ASSOCIATION OF HAWAII

FRAMING HAMMER
SLEDGE HAMMER & STONE HAMMER
WIRE-MESH CUTTER - 18" OR 20"
TIE WIRE REEL
PLIERS
CROW BAR - 2'.6"
NAIL PULLER
TAPE MEASURE - 25' & 100'
CONSTRUCTION WORKER'S APRON (NAIL)
TORPEDO LEVEL
24" LEVEL
48" LEVEL
SMALL SQUARE
BIG FRAMING SQUARE
WOOD CHISEL - 3/4" WIDE
RUBBER BOOTS
KNEE BOARD
HACK SAW
CARPENTER SAW - 8 POINT
POINTING TROWEL
TILE HAMMER
4" BRICKSET, TUCK POINT CHISEL & LINE PIN
TUCK POINTING MARGIN TROWEL - 3/16", 1/4", 3/8", 1/2", 5/8", 3/4", 7/8", 1", 1-1/2", 2"
JOINTERS - 3/8", 1/2", 5/8", 3/4"
SLEDS - V & 1/2" CONCAVE
RAKER
BRAIDED MASON LINE
CHALK LINE
MASONRY BRUSH, SPONGE FLOAT, RUBBER FLOAT, CARPET FLOAT
UTILITY KNIFE
HARD HAT, SAFETY GLASSES*, SAFETY TOE SHOES, EAR PLUGS* OR PROTECTORS
ALUMINUM HAWK - 13" X 13"
CEMENT WASH BRUSH - 6" NYLON
DARBY - 3' OR 4'
MAGNESIUM FLOATS - 12" OR 20"

FINISHING TROWELS
1) STEP OR MIDGET
2) SWIMMING POOL
3) PLASTER 11" X 5 1/2"
4) 12" X 3"
5) 14" X 3"
6) 16" X 4"
7) 18" X 4"
8) 20" X 4"

EDGERS
1) 3 1/2" X 3/8"
2) 3/4" X 3/8"
3) 6" X 1/2"
4) 6" X 1"
5) 6" X 1 1/2"
6) 3 1/2" X 1/4"
7) 3" X 1/8"
8) 3" X 1/4"

STEP TOOLS
1) INSIDE TOOL
2) OUTSIDE TOOL
3) 4 GROOVE SAFETY STEP EDGER

*SUPPLIED BY CONTRACTOR, TAKEN CARE OF BY MASON
(1993)

## SUGGESTED EQUIPMENT AND TOOL LIST FOR JOURNEYMAN

## TOOL LIST FOR BRICK LAYERS OF THE
## MASON CONTRACTORS ASSOCIATION OF HAWAII

40" - 48" LEVEL
TORPEDO LEVEL
TILE TROWEL
TAPE MEASURE - 25'
TAPE MEASURE - 50' TO 100'
BRICK HAMMER
4" BRICK SET CHISEL
POINTING TROWEL

TUCK POINTING MARGIN TROWEL
 1) 3/16" WIDE
 2) 1/4" WIDE
 3) 3/8" WIDE
 4) 1/2" WIDE
 5) 5/8" WIDE
 6) 3/4" WIDE
 7) 7/8" WIDE
 8) 1" WIDE
 9) 1 1/2 WIDE
10) 2" WIDE

JOINTERS
1) 3/8" DIAMETER CONCAVE
2) 1/2" DIAMETER CONCAVE
3) 5/8" DIAMETER CONCAVE
4) 3/4" DIAMETER CONCAVE
5) V SLED & 1/2" SLED CONCAVE
6) RAKER

LINE BLOCKS - 2 EACH
NYLON LINES - BRAIDED
CHALK LINE REEL
TUCK POINT CHISEL
MASONRY BRUSH
SPONGE FLOAT
RUBBER FLOAT
CARPET FLOAT
PLIER
TIE WIRE REEL
UTILITY KNIFE
HARD HAT
SAFETY GLASSES*
SAFETY TOE SHOES
18" OR 20" WIRE CUTTER
STONE MASON HAMMER
LUMBER CRAYON
EAR PLUGS OR PROTECTORS*

LINE STRETCHERS - 2 EACH
SMALL SQUARE


*SUPPLIED BY CONTRACTOR, TAKEN CARE OF BY MASON
(1993)

# STIPULATION

In signing this Stipulation, the undersigned (employer) (employer association of behalf of its members) agrees to be bound by all the terms and provisions of the Agreement establishing procedures for the resolution of jurisdictional disputes in the construction industry known as the Plan for the Settlement of Jurisdictional Dispute in the Construction Industry. In particular, the undersigned agrees to abide by those provisions of the Plan requiring compliance with the decision and awards of the Administrator, Arbitrators of National Arbitration Panels established under the Plan and to fulfill the obligations of the employer set forth in the Agreement.

This stipulation shall run for the term of the Agreement and shall continue in effect for each year thereafter unless specifically terminated effective upon the anniversary date of said Agreement in accordance with the notice provisions contained in the Agreement. The effective date of this stipulation shall be September 1, 2008.


_____          _____
Authorized signature                 Contractor




_____          _____
Print Name                           Date




_____
Title

## ASSIGNMENT OF WAGES TO COVER UNION DUES, ASSESSMENTS, AND INITIATION FEES

TO: _____
                    Employer

    I assign to Operative Plasterers and Cement Masons International Association, Local #630, AFL-CIO, and Masons and Plasterers Fraternal Association from any wages earned or to be earned by me as your employee and as a member of the bargaining unit (in my present or in any future employment by you) such sums as the said Local Union and Fraternal Association may certify as due and owing from me as membership dues, fees and/or assessments, including an initiation or reinstatement fee and monthly dues in such sum as may be established from time to time by said Local Union in accordance with the Constitution of its International Union. I authorize and direct you to deduct such amounts from my pay and to remit same to the Union and Fraternal Association each month at such times and in such manner as may be agreed upon between you and the Union and Fraternal Association at any time while this authorization is in effect.

    This assignment shall be irrevocable until one year from the date below, or until the termination date of the applicable collective bargaining agreement (within the meaning of the Labor Management Relations Act, 1947), whichever occurs sooner, and shall be automatically renewed and shall be irrevocable for successive periods of one year or for the period of each succeeding applicable collective bargaining agreement, whichever shall be shorter, unless at least ten (10) days and not more than twenty (20) days before the expiration of each period of one year, or of each applicable collective bargaining agreement, whichever occurs sooner, I give written notice to the employer of my desire to revoke this assignment, or unless the same shall be automatically cancelled as provided below. This assignment is automatically cancelled when my employment ends or when I cease to be employed in a capacity represented by the bargaining unit.

    This authorization is made pursuant to the provisions of Section 302(c) of the Labor Management Relations Act of 1947 and otherwise.

    There shall be no obligation on the part of the employer to make any deduction beyond the original term of the collective bargaining agreement existing at the date of this assignment, unless the agreement is extended or a new agreement has been negotiated containing an authorization for Union deductions as provided in the agreement existing at the date of this assignment.

Date _____     _____
                                    Employee's signature

Receipt of foregoing statement is acknowledged by:


                              _____
                                    Employer

Date_____     By_____

102

## ASSIGNMENT OF WAGES TO COVER UNION DUES,
## ASSESSMENTS, AND INITIATION FEES

TO: _____
      Employer

     I hereby assign to International Union of Bricklayers and Allied Craftworkers, Local #1 of Hawaii, AFL-CIO, and Masons and Plasterers Fraternal Association from any wages earned or to be earned by me as your employee and as a member of the bargaining unit (in my present or in any future employment by you) such sums as the said Local Union and Fraternal Association may certify as due and owing from me as membership dues, fees, and/or assessments, including an initiation or reinstatement fee and monthly dues in such sum as may be established from time to time by said Local Union in accordance with the Constitution of its International Union. I authorize and direct you to deduct such amounts from my pay and to remit same to the Union and Fraternal Association each month at such times and in such manner as may be agreed upon between you and the Union and Fraternal Association at any time while this authorization is in effect.

     This assignment shall be irrevocable until one year from the date below, or until the termination date of the applicable collective bargaining agreement (within the meaning of the Labor Management Relations Act, 1947), whichever occurs sooner, and shall be automatically renewed and shall be irrevocable for successive periods of one year or for the period of each succeeding applicable collective bargaining agreement, whichever shall be shorter, unless at least ten days and not more than 20 days before the expiration of each period of one year, or of each applicable collective bargaining agreement, whichever occurs sooner, I give written notice to the employer of my desire to revoke this assignment, or unless the same shall be automatically cancelled as provided below. This assignment is automatically cancelled when my employment ends or when I cease to be employed in a capacity represented by the bargaining unit.

     This authorization is made pursuant to the provisions of Section 302(c) of the Labor Management Relations Act of 1947 and otherwise.

     There shall be no obligation on the part of the employer to make any deduction beyond the original term of the collective

Assignment of Wages to Cover Union
  Dues, Assessments, and Initiation Fees
Exhibit "B-1"
Page 2

bargaining agreement existing at the date of this assignment, unless the agreement is extended or a new agreement has been
negotiated containing an authorization for Union deductions as provided in the agreement existing at the date of this assignment.

Date _____

         _____
         Employee's signature


Receipt of foregoing statement is acknowledged by:

         _____
         Employer

Date _____   By _____

## NOTIFICATION OF LOANED EMPLOYEE AND ASSIGNMENT OF WAGES
## TO COVER UNION DUES, ASSESSMENTS, AND INITIATION FEES

TO:  Operative Plasterers and Cement Masons
     International Association, Local #630
    2251 N. School Street
    Honolulu, Hawaii  96819

This is to notify you that_____

is on loan to me from _____ as a

_____ at a wage rate of $_____ per hour for the

period from _____ to _____ .


_____          _____
Date                       Contractor


                           _____
                           Signature of Contractor's Representative


IT SHALL BE THE RESPONSIBILITY OF THE CONTRACTOR UTILIZING LOANED OR BORROWED PERSONNEL TO CONTRIBUTE TO THE VARIOUS MASONS' AND/OR PLASTERERS' TRUST FUNDS IN ACCORDANCE WITH THE TERMS OF THE COLLECTIVE BARGAINING AGREEMENT.  IT SHALL ALSO BE THE RESPONSIBILITY OF SAID CONTRACTOR TO DEDUCT UNION DUES, ASSESSMENTS, AND INITIATION FEES FROM THE WAGES OF LOANED OR BORROWED PERSONNEL WHO SIGN THE ASSIGNMENT OF WAGE FORM AND TO TRANSMIT ALL MONIES WITHHELD IN ACCORDANCE WITH THE TERMS OF THE COLLECTIVE BARGAINING AGREEMENT.


NOTE:  The signature of the employee on this Assignment of Wage
      form constitutes said employee's acknowledgment of his
      being on loan as specified above.

         ABOVE INFORMATION CONFIRMED:


         _____
         Signature of Authorized Union Rep.


         _____
         Date

NOTIFICATION OF LOANED EMPLOYEE AND ASSIGNMENT OF WAGES
TO COVER UNION DUES, ASSESSMENTS, AND INITIATION FEES

TO:  International Union of Bricklayers and
       Allied Craftworker, Local #1 of Hawaii
     2251 N. School Street
     Honolulu, Hawaii  96819


     This is to notify you that _____

is on loan to me from _____ as a

_____at a wage rate of $_____ per hour for the

period from _____ to  _____.


_____            _____
Date                           Contractor

                               _____
                               Signature of Contractor's Representative

---

IT SHALL BE THE RESPONSIBILITY OF THE CONTRACTOR UTILIZING LOANED OR BORROWED PERSONNEL TO CONTRIBUTE TO THE VARIOUS MASONS' AND/OR PLASTERERS' TRUST FUNDS IN ACCORDANCE WITH THE TERMS OF THE COLLECTIVE BARGAINING AGREEMENT. IT SHALL ALSO BE THE RESPONSIBILITY OF SAID CONTRACTOR TO DEDUCT UNION DUES, ASSESSMENTS, AND INITIATION FEES FROM THE WAGES OF LOANED OR BORROWED PERSONNEL WHO SIGN THE ASSIGNMENT OF WAGE FORM AND TO TRANSMIT ALL MONIES WITHHELD IN ACCORDANCE WITH THE TERMS OF THE COLLECTIVE BARGAINING AGREEMENT.

---

NOTE:    The signature of the employee on this Assignment of Wage
         form constitutes said employee's acknowledgment of his
         being on loan as specified above.

                    ABOVE INFORMATION CONFIRMED:

                    _____
                    Signature of Authorized Union Rep.


                    _____
                    Date

## EXHIBIT "C"

### NOTICE OF QUITS, LAYOFFS, AND/OR TERMINATIONS

TO:  International Union of Bricklayers
and Allied Craftworkers, Local #1 of Hawaii (AFL-CIO) and/or
Operative Plasterers and Cement Masons
International Association of the
United States and Canada, Local #630 (AFL-CIO)
2251 N. School Street
Honolulu, Hawaii 96819

Our collective bargaining agreement with you requires that we notify you on a weekly basis of the names of employees covered by that Agreement who have quit, been laid off, or been terminated during the previous work week. In accordance with that provision, this is to officially notify you of the following:

1. _____     _____
   Name of Employee                 Social Security Number

   [ ]  Laid Off Due to Lack of Work
   [ ]  Voluntary Quit
   [ ]  Discharged for Cause
        Effective Date of Above:  _____
   We  [ ] would     [ ] would not   rehire this employee.

2. _____     _____
   Name of Employee                 Social Security Number

   [ ]  Laid Off Due to Lack of Work
   [ ]  Voluntary Quit
   [ ]  Discharged for Cause
        Effective Date of Above:  _____
   We  [ ]  would     [ ]  would not   rehire this employee.

_____
Contractor

By_____

_____
PRINT:  Name of Representative

Telephone no.:  _____

Date:  _____

106

## CONFIRMATION OF HIRING SLIP

TO: _____

     Union

 

     _____

     Address

This is to confirm that _____,_____

                       (Name of Employee)   (Social Secutirty No.)

Was hired by me on _____ as a _____

               (Date Hired)         (Classification)

at a wage rate of $_____ per hour.  He/She is to report for work

at _____ on _____

     (Job Location or Project)         (Date)

at _____ a.m.

   (Starting Time)

 

                              _____

                              Contractor

                              _____

                              Signature of Contractor's Rep.

                              _____

                              Date

ABOVE INFORMATION CONFIRMED BY:

_____

Signature of Authorized Union Rep.

_____

Date

## PHYSICAL QUALIFICATION QUESTIONNAIRE

NAME: _____ S.S. NO.: _____

ADDRESS: _____

_____

TELEPHONE NO.: _____ .

Date of and medical facility where you took your most recent complete annual physical: _____

Name of physician who administered that examination: _____

_____

I certify that I have not had any illness or injury since my last complete annual physical examination which would affect my ability to perform the work of my trade and job classification.

_____
Signature

_____
Date

### PHYSICIAN'S EVALUATION

Applicant is:

_____ A. Medically suitable for position.
_____ B. Temporarily deferred:
      _____ Pending correction treatment of medical problem
      _____ Additional medical information required
      _____ Further medical evaluation required
      Re-evaluation for hire on completion of above.
_____ C. Medically suitable for position with the following limitations:
      _____Temporary until _____:_____

      _____

      _____ Permanent: _____

      _____

_____ D. Medically unsuitable for position.

Date_____

_____
Physician's signature

108

## CLASSIFICATION, EXAMINATION, AND RE-TRAINING

A.  Employees shall be classified as either Journeyperson or Apprentices.

   1.  The classification of Journeyperson shall include:

      (a)  all employees who have been registered with and dispatched by the employment office of the Union and employed by a Contractor party to this Agreement as a Journeyperson,

      (b)  all employees who qualify as Journeyperson through participation in the Joint Apprenticeship Training Program, or who pass the basic qualification examination for Journeyperson as hereinafter provided, and

      (c)  all persons employed or seeking employment upon the work covered by this Agreement who have qualified as Journeyperson by reason of employment elsewhere in the trades covered hereby.

   2.  The classification of Apprentice shall include all persons enrolled and participating as such in the Joint Apprenticeship Training Program.

B.  All employees and applicants for employment who as of the date of execution of this Agreement have previously been registered and dispatched by the Union and employed by a Contractor party to this Agreement shall be assigned to the classifications in which they were last so dispatched and employed. New applicants for employment who have not previously been so registered, dispatched, and employed shall be required to make out applications for employment showing their qualifications and experience before being permitted to register. They shall be assigned classifications based strictly upon the basis of the information disclosed in their applications and they shall be permitted to register only in such classifications.

C.  All classifications shall be determined in the first instance by the Union Dispatcher as provided in Paragraph A hereof. Any employee or applicant for employment who is dissatisfied with the classification so assigned to him/her may apply to the Joint Apprenticeship and Training Committee in writing for

examination and review of his/her classification at its next regular meeting. Said employee or applicant shall remain in the previously-determined classification until such time as he/she has been reclassified by the Committee.

D.   Upon written request of the Union, any Contractor party to this Agreement or of the Association, an employee or applicant for employment must submit to an examination to be scheduled by the Joint Apprenticeship and Training Committee. The Joint Apprenticeship and Training Committee shall be empowered, upon the basis of such examination, to reclassify the employee or applicant for employment or to certify him/her as being unqualified for employment in a phase or phases of the work of his/her particular craft. The Joint Apprenticeship and Training Committee shall also be empowered to require any employee whose name has been referred to it under this Exhibit to enroll in the training program for training in any or all phases of the trade in which he/she is found and certified as being unqualified.

E.   Whenever any employee whose name has been referred to the Joint Apprenticeship and Training Committee under this Exhibit, fails to report for examination or fails to obey any order of the Committee to submit to training in any phase or phases of the work of his/her particular craft in which it has found and certified him/her to be unqualified for employment, the Joint Apprenticeship and Training Committee may notify the employment office of the Union and upon receipt of such notice the employment office shall bar the employee from registering for employment until such time it has been notified that he/she has complied. Similarly, whenever the Joint Apprenticeship and Training Committee has found that any employee or applicant for employment is unqualified in any phase or phases of the trades covered hereunder, it may certify him/her to the employment office of the Union as being so unqualified and the employee or applicant for employment shall not be entitled to be dispatched for employment to any Contractor in such phase or phases of work.

F. All proceedings of the Joint Apprenticeship and Training Committee shall be conducted fairly and impartially and without regard to race, color, religion, sex, national origin, age, physical handicap, or for being a disabled veteran or a veteran of the Vietnam Era, or to membership or non-membership in the Union or any other labor organization.

G. The Joint Apprenticeship and Training Committee shall formulate and adopt uniform standards for selection, examination, and classification of all employees and applicants for employment referred to it. Said standards shall comply with all requirements of Hawaii and Federal laws.

H. Any employee or applicant for employment who is aggrieved by the application to himself/herself of any of the provisions of this Exhibit may submit his/her grievance to the Union Executive Board. Such grievance must be submitted in writing within ten working days of the proceeding giving rise thereto. Failure to present the grievance shall be deemed a waiver of remedy.

EXHIBIT "G"

SUPPLEMENTARY APPRENTICE EMPLOYMENT PROCEDURES

A.  When a Joint Apprenticeship Committee has determined that its
    approved process of selection will not meet the goals and
    timetables prescribed in 29 CFR Part 30, 43 FR 20760 ff, May
    12, 1978, or the requirement for additional women of the
    Contractors it serves so they can meet their goals and
    timetables prescribed in 41 CFR Chapter 60, Part 60-4, 43 FR
    1488 ff, April 7, 1978, then said Joint Apprenticeship
    Committee may supplement that selection process in the
    following manner:

    1.  Maintain an open and continuous application period for
        female applications.

    2.  Promptly process such applications in accordance with the
        procedures and entrance qualification requirements of the
        regular apprenticeship program.

    3.  Place applicants determined to be qualified into any
        apprenticeship openings then available.

    4.  Refer qualified female applicants unplaced in the regular
        apprenticeship program to participating employers for
        employment as supplementary apprentices pending their
        enrollment by the Joint Apprenticeship Committee in the
        regular apprenticeship program.  A Contractor may employ
        such qualified supplementary apprentices not in excess of
        the number required to achieve the goals and timetable
        requirements of 41 CFR 60-4.

    5.  Time spent in the supplementary program must count the
        same as time in the regular apprenticeship program for
        attaining craft status.

    6.  Women who transfer from the supplementary program to the
        regular program will have all time spent in the
        supplementary program count towards attaining craft
        status on the same basis as if the time had been spent in
        the regular program.

7. Women who never transfer from the supplementary program shall attain craft status upon completion of the same time period as required under the regular program.

8. Apprentice wages are increased based upon total time spent, regardless of whether it is in the regular or supplementary program or a combination of both.

B. Supplementary apprentices shall be paid no less than a first term apprentice in the regular program and any earned incremental increase as if enrolled in the regular program. Supplementary apprentices shall be under the general supervision and instruction of a competent craft worker.

C. Efforts should be made to recruit supplementary apprentices from work orientation, preparatory training and/or CETA programs. The Joint Apprenticeship Committee shall continuously monitor and evaluate the supplementary apprentices during their employment and shall afford them priority consideration for available apprentice openings in the regular program consistent with the Joint Apprenticeship Committee's responsibility for maintaining a proper program. Such openings shall be offered in the chronological order in which first employed as a supplementary Exhibit "G" apprentice. Supplementary apprentices shall be registered by the registration agency in the same manner that apprentices in the regular program are registered and shall be certified for Davis-Bacon purposes as bona fide registered apprentices.

## NOTIFICATION REGARDING GOVERNMENT "DAVIS-BACON" PROJECT

To: International Union of Bricklayers and Allied
    Craftworkers, Local #1 of Hawaii, AFL-CIO
  and/or
  Operative Plasterers & Cement Masons
    International Association of the United States
    and Canada, Local #630, AFL-CIO
  2251 N. School Street
  Honolulu, Hawaii 96819

This is to advise you that we have been awarded the following
government "DAVIS-BACON" project:

A. _____
   Name of Project

B. _____
   Location of Project

C. _____
   Name of Government Contracting Agency

D. _____   E. _____
   Date Project was Bid      Amount of Contract Award

   Journeyperson Masons     $_____ per hour

   Journeyperson Cement Finisher $_____ per hour

   Trowel Machine Operator   $0.15 per hour above applicable
                      Journeyperson rate

   Working Foreperson     $1.00 per hour above applicable
                      Journeyperson rate

   Foreperson*         $2.00 per hour above applicable
                      Journeyperson rate

   Apprentice          At the applicable percentage rate
                      on above-specified Journeyperson
                      rate

*Shall also work with the tools of his trade as required by the Contractor.

E. Contractor contributions to the various Trust and other Funds shall be in the regular amounts as specified in the collective bargaining agreement and shall include any increased rates of contribution as may be effective after the project was bid.

F. A copy of this notice shall be posted on our company bulletin board or shall otherwise be distributed to our employees approximately two weeks prior to the actual commencement of work on this project.

_____
Contractor

_____
Authorized Representative

_____
Print Name of Authorized Rep.

Date_____

Distribution
    1 copy to Union
    1 copy to Mason Contractors Association of Hawaii (MCAH)
    1 copy to be retained by Contractor

SATURDAYS AS A STRAIGHT TIME "MAKE-UP" DAY AND/OR
WORKWEEK OF OTHER THAN FIVE 8-HOUR DAYS AND/OR
NIGHTWORK

This notification is for informational purposes only (monitoring and recordkeeping) it being specifically understood that advance approval by the Union of the scheduling listed below is <u>not</u> required.  HOWEVER, the Union would appreciate an advance "courtesy call" whenever it is possible for the Contractor to do so.

TO:  ____  Local #630 O.P.C.M.I.A.

   ____  Local #1 I.U.B.A.C.      _____

   2251 N. School Street      Date of Submittal

   Honolulu, Hawaii  96819

This is to advise you:

A.  <u>Saturday "Make-Up" Day (Applicable ONLY on PRIVATE Projects)</u>

 [ ] that Saturday, _____(date), was scheduled as a straight time make-up day on the following project(s):

 _____
 Name and Location of Project

 _____
 Name and Location of Project

 _____
 Name and Location of Project

B.  <u>Workweek of Other than Five 8-hour Days (Applicable ONLY on PRIVATE Projects)</u>

 [ ]  that a workweek of four consecutive 10-hours days
 [ ]  Monday through Thursday; [ ] Tuesday through Friday) has been  scheduled on the following project:

 _____
 Name and Location of Project

 [ ] that a workweek of four 9-hour days, Monday through Thursday, plus four hours on Friday has been scheduled on the following project:

 _____
 Name and Location of Project

C.  <u>Nightwork (Applicable to Government as well as Private Projects)</u>

 [ ]  that nightwork, with a scheduled starting time of _____ and a scheduled quitting time of _____ has been

116

Saturdays as a Straight Time "Make-Up" Day and/or
Workweek of Other than Five 8-Hour Days and/or
Nightwork,
Exhibit "I"
Page 2

scheduled for the following period _____ on the
following project:

_____
Name and Location of Project

 

                           _____
                           Contractor

                           _____
                           Signature of Contractor's Rep.

                           _____
                           PRINT name of above Rep.

                           _____
                           Telephone number

NOTIFICATION TO UNION AND TO EMPLOYEES REGARDING
"SWITCHING" AND/OR SUBSTITUTION OF HOLIDAYS

This notification MUST be given to the Union and to the employees affected at least five working days BEFORE the effective date of any "switch" and/or substitution of holidays.

TO: ____ Local #630 O.P.C.M.I.A.  
       ____ Local #1 I.U.B.A.C.      _____  
       2251 N. School Street        Date of Submittal  
       Honolulu, Hawaii 96819

This is to advise you:

A.   Switching of Kamehameha Day, Fourth of July, or Thanksgiving Day (Applicable ONLY on PRIVATE and FEDERAL Projects)

      [ ]   That the project(s) listed below will work on _____ (name of Holiday) at regular straight time rates of pay. Said holiday will instead be observed on [ ] Monday [ ] Friday, _____ (date), with any work performed on that substitute day to be paid for at one-and-one-half times the employee's regular straight time rates of pay.

      _____  
      Name and Location of Project

      _____  
      Name and Location of Project

      _____  
      Name and Location of Project

B.   Substitution of the Date After Thanksgiving as a Holiday in Place of Veteran's Day (Applicable ONLY on PRIVATE and FEDERAL Projects)

      [ ]   That the project(s) listed below will work on _____ _____ (day and date), Veterans' Day, at regular straight time rates of pay.

Notification to Union and to Employees Regarding
  "Switching" and/or Substitution of Holidays
Exhibit "J"
Page 2

The Veterans' Day holiday will instead be observed on
Friday, November _____ (day after Thanksgiving), with any
work performed on said day after Thanksgiving to be paid
for at one-and-one-half times the employees' regular
straight time rates of pay.


_____

Name and Location of Project

_____

Name and Location of Project


                        _____

                        Contractor

                        _____

                        Signature of Contractor's Rep.

                        _____

                        PRINT name of above Rep.

                        _____

                        Telephone number

NOTIFICATION TO EMPLOYEES OF FAILURE OF EMPLOYER TO MAKE
PAYMENT OF CONTRIBUTIONS ON THEIR BEHALF UNDER SECTION 14.I.4.

_____

Date

From:     _____ Local #630 O.P.C.M.I.A.
          _____ Local #1 I.U.B.A.C.
          2251 N. School Street
          Honolulu, Hawaii  96819

This is to advise you that as of _____  _____
                                      (Date)          (Employer)

_____has been listed as being

delinquent in the transmittal of contributions on your behalf to

the _____
                           (Union)

and/or _____ .
                      (Trust Fund)

                          _____

                          Business Manager

120

CERTIFICATION OR RECEIPT AND ACCEPTANCE OF
MASTER AGREEMENT COVERING THE CEMENT FINISHING
AND MASONRY TRADES IN THE STATE OF HAWAII

THE UNDERSIGNED CONTRACTOR hereby acknowledges receipt of the Agreement COVERING THE CEMENT FINISHING AND MASONRY TRADES IN THE STATE OF HAWAII as effective to and including August 31, 2014, and hereby certifies acceptance of all terms and conditions as set forth therein, with all terms and conditions to be effective as of _____, 19 _____.

From and after the date hereinabove set forth, the undersigned Contractor agrees to abide by all terms and conditions in said Agreement and any amendments, modifications, changes, extensions, and renewals thereto. Any such amendments, modifications, changes, extensions, and renewals made to the Agreement hereafter shall become effective and shall remain in full force and effect only upon execution by the Union and the Association of an appropriate written document, a copy of which (or other notice of such changes) shall be mailed to the Contractor's last known address.

INTERNATIONAL UNION OF BRICK-
LAYERS & ALLIED
CRAFTWORKERS LOCAL NO. 1
OF HAWAII, AFL-CIO

_____
Contractor

_____
Its Business Manager

By_____
Authorized Signature

OPERATIVE PLASTERERS' & CEMENT
MASONS' INTERNATIONAL ASSOCIATION
OF THE UNITED STATES AND CANADA,
LOCAL 630,
AFL - CIO

_____
Date of Signature
Street Address of Above Contractor

_____

_____
Zip Code

_____
Its Business Manager

Mailing Address of Above Contractor

Contractor to sign 5 copies and mail
(or deliver) all 5 copies to:

_____

_____
Zip Code

Bricklayers and Cement Masons Unions
2251 North School Street
Honolulu, Hawaii 96819

Telephone Number _____

The Union, in turn, will counter-sign
All 5 copies and distribute them as
follows:

_____
State of Hawaii Contractor's License

No.Copy #1 - To  Pacific Administrators, Inc.
               1440 Kapiolani Blvd., Ste. 800
               Honolulu, Hawaii  96814
Copy #2 - Mason Contractors Association of Hawaii (MCAH)
Copy #3 - To Contractor
Copy #4 - To be retained by Bricklayers Union
Copy #5 - To be retained by Cement Masons Union

## AGREEMENT COVERING DRUGS AND OTHER CONTROLLED
## SUBSTANCE ON CONSTRUCTION JOB SITES IN THE STATE OF HAWAII

### W I T N E S S E T H

WHEREAS, the Union and the Company recognize that drug and alcohol abuse is a problem that affects many employees, and wish to address this problem;

WHEREAS, especially in the construction industry, an employee who is under the influence of illegal drugs or alcohol while at the workplace is a danger not only to himself or herself but to his or her fellow employees;

WHEREAS, the Union and the Company wish to make the workplace a better and safer place of employment by eliminating the danger that such employees create by being under the influence of drugs or alcohol at the workplace;

WHEREAS, such employees who are under the influence of drugs or alcohol have lower productivity than employees who are drug and alcohol free;

WHEREAS, the Union and the Company wish to have employees working at normal capacity, doing an honest day's work for an honest day's pay;

WHEREAS, the Union and the Company wish to comply with the Federal Law known as the 'Drug-Free Workplace Act of 1988," public Law 100-690 in order to obtain a drug-free workplace.

A.  Prohibition Against Alcohol and Controlled Substances At the Workplace

1.  Every employee who is employed by the Company and is Covered by the Master Agreement is prohibited unlawfully manufacturing, distributing, dispensing, possessing, using or being under the influence of a controlled substance

at the Company's workplace. Any employee who violates this prohibition shall be subject to immediate removal from the aforesaid workplace, as well as other disciplinary action, including discharge.

B.   Use of Over-The-Counter Medications or Medications Prescribed by a Licensed Physician

1.   Use of over-the-counter medications or of a medications prescribed by a licensed physician in accordance with the physician's orders, in NOT prohibited; but to avoid an unwarranted accusation and/or other misunderstanding, the employee is required to report the fact that he/she is taking such medication to his her Foreperson and/or Supervisor, prior to commencing work at the workplace.

2.   Any employee who is lawfully using controlled substance at the workplace, i.e., taking prescription drugs in accordance with a doctor's order, while not subject to disciplinary action, may nevertheless be required to leave the workplace, if consumption of that medication presents a safety hazard or prevents him/her from being able to properly perform his/her work.

C.   Education and Awareness Program.  To complement and foster our Joint Company and Union Policy and Program of achieving a drug-free workplace and alcohol-free workplace, the Company *and the Union*  shall establish and implement a Drug Education and Awareness Program which shall include the following:

1.   Dissemination of information to employees at least twice a year regarding the dangers of drugs in the workplace, the Company policy of maintaining a drug-free workplace; the penalties that may be imposed for drug or alcohol abuse violations; and any available substance counseling programs and services, substance abuse rehabilitation programs, employee assistance programs, and other community services that are available to those who have drug

or alcohol problem.

In connection with the above, employees will be encouraged to seek counseling and other assistance from these agencies on a self-referral basis if they feel they have a need for it. An employee who voluntarily seeks help and undergoes treatment for drug or alcohol abuse prior to being required to undergo testing will NOT be subject to disciplinary action because of admitted substance abuse, provided he or she thereafter remains drug or alcohol free after commencing treatment. Failure to remain drug or alcohol free shall be considered as the employee's First Offence and subject the employee to the actions set forth under paragraph G.1 (a), below.

2. Top Management and Supervisory employees will also Be trained to assist in identifying and addressing the matter of unlawful use of alcohol or of a controlled substance by employees, including the making of referrals to appropriate agencies.

D. <u>Pre-Employment Testing</u>

1. Effective thirty (30) days after ratification of the Master Agreement, all current employees on the Contractors' payroll will not be required to undergo a pre-employment substance test. However, an employee/applicant who has been laid off for thirty (30) calendar days or more or a new employee will be required to undergo a pre-employment substance abuse test as a condition of consideration of employment with the Company or prior to being approved to work at any Company facility or work area.

2. Pre-employment testing must be in place and such testing must actually be conducted before the Company can conduct Periodic and Random Testing.

E. <u>Additional Consideration Applicable to Companies</u>
<u>Regulated by the U.S. Department of Transportation</u>

In the event the Company is required to comply with the
U.S. Department of Transportation regulations regarding
workplace drug testing programs, the Company and the
Union agree to comply with those regulations. It is
Understood and agreed that compliance with the U.S.
Department of Transportation regulations shall include:

1. Pre-employment and post-accident testing of applicants
   and employees subject to U.S. Department of
   Transportation regulation;

2. Appointment of Medical Review Officer who will be
   responsible for making the final decision to verify a
   positive test result after review of all relevant data
   on the testing and any explanations offered individual
   tested;

3. Prohibiting employees who are subject to U.S. Department
   of Transportation regulation and who have tested
   positive from returning to work unless they are released
   to return to work by the Medical Review Officer;

4. Requiring employees who are subject to U.S. Department
   of Transportation regulation and who have tested positive
   to undergo increased, unannounced testing for up to
   sixty (60) months; and

5. Retention of all positive test results for (five) 5 years
   and retention of all negative results for (twelve) 12
   months.

F. **"Immediate Removal From Job/Substance Abuse
   Testing/Substance Abuse On-Site Screening Test".**

   1. The Company shall have the authority to immediately
      remove any employee from the workplace and to require
      that employee to immediate undergo, at Company expense,
      drug or alcohol testing, in the manner set forth below,
      under the following circumstances:

      a. <u>For Cause</u>. When a reasonable, objective basis
         exists to believe that an employee had engaged in
         the unlawful use of or is under the influence of a
         controlled substance of alcohol at the workplace

as evidenced by such factor as, but not limited to the following:

(i)   Unsafe work habits or practices that endanger the employee himself/herself and/or other Employees;

(ii)   Abnormal work performance;

(iii)   Physical conditions and/or symptoms, such as unstable balance, alcohol on breath, Glassy or reddened eyes;

(iv)   Frequent or unexplained absence from the Workplace or job site during the employee's shift;

(v)   Abnormal personal behavior and/or poor Interpersonal relations on the job;

(vi)   Discovery of controlled substance, alcohol, or controlled substances paraphernalia at the work area or on the job site, in the possession of or immediate proximity of an employee; and/or

(vii)   Objective evidence of unlawful us of a controlled substance as provided by any Federal, State, or Local enforcement agency.

In utilizing the foregoing criteria of a "reasonable, objective basis," the parties hereto expressly agree that the Federal or State Constitution law standards of "probable cause" or "reasonable suspicion" are not applicable.

The Contractor shall complete the attached form (Appendix B) prior to sending an employee to be tested for Cause.

(b)   Periodic Testing.  Periodic, routine or intermittent testing shall be conducted at different intervals for all employees on the project to determine the use of any illegal or unauthorized

126

drug, alcohol or other substances prohibited by this policy.

Post-counseling/rehabilitation or return-to-work medical examinations may be required when an employee returns to work after a long illness, disabling injury, extended reinstatement upon completion of a drug and alcohol treatment or counseling program.

As part of an annual physical, the Company may require testing for those employees who are required to undergo medical examinations due to regulatory requirements of local, state or federal agencies (DOT, ICC, DOD, etc.).

(c)   Random Testing.  Random testing may be used at any time.

Workplace testing may be altered or changed whenever the employees' activities are regulated by either the Department of Transportation, Department of Defense or by contract with any other branch of government or private industry.

Random testing selection will be done on a fair and impartial basis as mutually agreed upon by the other parties.

2.   Urine samples will be taken only under the direction of a licensed physician designated by a Company-designated medical laboratory and the "Procedures For Medical Tests of Urine Samples" as set forth in Appendix "A" as Attached hereto shall be followed.

3.   In addition, physicians and health care professionals who provide testing services for controlled substance and alcohol impairment shall adhere to the Code of Ethical Conduct For Physicians Providing Occupational Medical Services as adopted by the American Occupational Medical Association on July 23, 1976, as Well as to the "Drug Screening In The Workplace Ethical Guidelines" as adopted by the same organization on July 25, 1986.

4. Refusal to sign an authorization to submit to a drug, controlled substance, or alcohol test, the refusal to undergo such a test, or the refusal to permit the physician or medical laboratory to provide the test results to the Company and Union shall constitute an act of insubordination. This aforesaid insubordination shall be just and proper cause for discipline, including discharge. The penalty for this aforesaid insubordination shall be: (a) a two (2) week suspension from work without pay and without fringed benefits accruing, for the first act of this aforesaid insubordination; (b) a four (4) week suspension from work without pay and without fringed benefit accruing for the second act of this aforesaid insubordination; and (c) discharge from employment for the third act of his aforesaid insubordination.

5. An employee shall complete the "Consent For The Release of Confidential Information" form as set forth in Appendix "C" prior to undergoing a substance abuse test. When an employee is tested, the employee, the Company and the Union shall be notified of the test results. Action against the employee shall be taken in accord with the disciplinary section herein if the employee's drug or alcohol test results are positive, as defined in Appendix "A" hereto.

6. The medical laboratory shall retain all positive Specimens, in a frozen state, for twelve (12) months; all negative specimens for two (2) weeks. An employee shall have the right to have his or her sample as originally collected independently retested at his/her expense by a NIDA-certified laboratory. The employee must exercise this right within fourteen (14) days from the time of the original sample collection and the employee must select a laboratory among those listed in Appendix "D" to conduct such retesting. If the independent drug or alcohol retest results are not positive under the criteria set forth in Appendix "A": (a) the employee shall be put back to work immediately with reimbursement of full pay and benefit s and with a rescission of any discipline imposed by reason of a positive drug or alcohol test result, along with an

explanation for such rescission, and (b) the Company shall also reimburse the employee for the cost of the retest as paid for by the employee.

Where the employee believes that the positive test result is not due to unlawful use of alcohol or a controlled substance, but due to exposure to a workplace substance, or that the accuracy of the test result was confounded by a workplace substance, he/she shall have the right, at the *Employee's* expense to have an independent laboratory designated by the Company evaluate the specimen by mass spectrometry or other state-of-the-art technology *provided the employee immediately on the same day notified of the positive drug screen result, retest the specimen, but in no case later than the following morning after so notified*. If the evaluation indicates that the positive test result was due to a workplace substance, or that a workplace substance confounded the accuracy of the test: (a) the employee will be put back to work immediately with full back pay and benefits, *but only for that particular day and on no case to exceed 8 hours,* and with a rescission of any discipline imposed along with an explanation for such rescission; and (b) the Company shall take immediate steps to insure that employees are not exposed to such substances at levels that may produce or cause such positive test results, or that may cause material impairment of health or functional capacity.

7. An employee who tests positive and is later allowed to return to work pursuant to paragraphs G.1 (a) or (b), below, shall be subject to announced testing by the Company until two (2) subsequent consecutive tests of this nature are negative. Such tests shall be conducted within twelve (12) months after the employee returns to work, and in any event shall cease after the expiration of the aforesaid time period.

8. **Provided the requirements of paragraph D.2 of this Agreement have been met, the Company shall have the authority to perform a substance abuse on-site screening test for the reasons set forth in paragraphs D.1 and F.1(a)-(c) of this Agreement. The substance abuse on-site screening test shall be conducted in**

accordance with the requirements of Section 329B-5.5, H.R.S. and this Agreement, including the following: (a) the test shall be administered according to the package insert that accompanies the substance abuse on-site screening test; (b) the operator who administers the substance abuse on-site screening test shall be trained in the use and administering of the on-site screening test by the manufacturer of the on-site screening test of the manufacturer's designee; (c) any information concerning the substance abuse on-site screening test shall be strictly confidential and shall not be released to anyone without the informed written consent of the individual tested and shall not be released or made public upon subpoena or any other method of discovery, except that information relating to a positive on-site screening test result can be disclosed to the individual tested, the laboratory to which the individual is referred or as otherwise provided in 329B-5.5(5); (d) prior to the collection of any sample for substance abuse testing, the individual to be tested shall receive a written statement of the specific substances to be tested for, and no testing may be conducted for any substance not included on the written statement.

No adverse action may be taken against the employee or prospective employee who has a positive on-site substance abuse test unless the requirements of Section 329B-5.5, H.R.S., and this Agreement have been met by the company. If an employee or prospective employee has a positive screening result and the Company decides to require a substance abuse test pursuant to Section 329B-5 and this Agreement, the employee or prospective employee shall be transported by the Company to the test location within four (4) hours after obtaining the positive screening test result. The substance abuse test shall be covered by provision of this Agreement, including all provisions concerning the effects of a negative test.

No employee or prospective employee shall be required to submit to an on-site screening test of a type that has not been approved by the Union. Paragraph F.4. shall apply to an employee or prospective employee who has been selected to undergo a substance abuse on-site screening test; provided that if the referral for a substance abuse test is the result of an on-site screening test, an employee or prospective employee who refuses to report to the substance abuse test or fails to report to the substance abuse test shall be given a written notice that : (a) at the time of the substance abuse on-site screening test, the employer followed the procedures under Section 329B-5.5; (b) the employee or prospective employee was informed that the employee or prospective employee refuses or fails to submit to the substance abuse test, the employer may take adverse action against the employee or prospective employee.

Agreement Reached on (Date) ___**October 28, 2008**_____


INTERNATIONAL UNION OF
BRICKLAYERS & ALLIED CRAFTSMEN
LOCAL #1 OF HAWAII, AFL-CIO

By: _~Nolan S. Moriwa~_____

Its____**Business Manager**_____

MASON CONTRACTORS ASSOCIATION
OF HAWAII

By: _~Egan Wee~_____

Its _Labor Negotiation Chairman_


OPERATIVE PLASTERERS & CEMENT
MASONS INTERNATIONAL ASSOCIATION
OF THE UNITED STATES AND CANADA,
LOCAL #630, AFL-CIO

By: _~Nolan S. Moriwa~_____

Its____**Business Manager**_____


131

G. Schedule Of Disciplinary Action

The manufacture, distribution, dispensation, possession, use of, or being under the influence of alcohol or a controlled substance by an employee, the manufacture, distribution, dispensation, possession or use of the paraphernalia of a controlled substance by an employee, or the attempt to engage in any of the foregoing by an employee, is prohibited at the company's workplace. The violation of this aforesaid prohibition by an employee shall constitute just and proper cause for discipline , including but not limited to discharge, as defined in the Master Agreement, and as specified in this Addendum to the Master Agreement. In the event the employee engages in a separate act of misconduct, in addition to the violation of this policy, (such as insubordination, fighting, etc.) or engages in conduct which results in physical injury or property damage, the employee may also be disciplined for such conduct or misconduct in addition to discipline for the drug or alcohol offense. Such discipline shall be in accord with principles of just and proper cause.

1. The following disciplinary actions shall be taken against an employee whose drug or alcohol test has a positive reading, as defined in Appendix "A" hereto, or who is guilty of using or being under the influence of a controlled substance or alcohol at the workplace, and hereinafter collectively referred to as an offense:

    (a) First Offense

        (i) Employee Option 1 - The employee shall be afforded the opportunity to enroll in a substance abuse assistance or rehabilita-tion program, his or her status as an employee will not be affected and he/she will be allowed to return to work and continue to work as long as he/she remains drug free as indicated by a negative drug or alcohol test result. *The employee shall pay for the cost of the follow-up drug test*.

        (ii) Employee Option 2 - A first offense employee who does not choose to enroll in a substance

132

abuse assistance or rehabilitation program shall be suspended for the length of time it takes to obtain a negative reading from a subsequent drug or alcohol test but in any case, no less than two (2) - week suspension. The employee must make arrangements with his or her Company prior to undergoing drug or alcohol retesting. Should a subsequent drug or alcohol test fail to produce a negative within three (3) months after the first offense, the employee shall be considered as having committed his or her second offense. ***The employee shall pay for the cost of the follow-up drug test***.

(b)   <u>Second Offense</u> - A suspension from work for the time it takes to obtain a negative reading from any subsequent drug or alcohol test but in any case, no less than a four (4) week suspension from work. The employee must arrangements with his or her Company prior to undergoing drug or alcohol retesting. Should a subsequent test fail to produce a negative reading within two (2) months after the beginning of such suspension, then the employee will be discharged and will not be eligible for re-employment by the Company until such time as the physician or medical laboratory that conducted the original test submits verification of a negative reading having been obtained from said person.

(c)   <u>Third Offense</u> – Any employee who tests positive for the third time will be discharged and will not be eligible for re-employment by the Company for a period of three years, unless the employee can establish through objective evidence that he or she is no longer a current alcohol or drug abuser whose current use of alcohol or drugs prevents such individual from doing his or her job, or would constitute a threat to property or the safety of others.

2.   For purposed of administering this paragraph G (Schedule of Disciplinary actions), offenses shall be cumulative on Company wide basis. For Example: An

employee commits an offense while employed on job A. Said employee is subsequently employed on Job B where he/she commits another offense. That offense shall be considered as his/her second offense.

H. Selling Of Controlled Substances

1. An employee who sells or attempts to sell a controlled substance and/or the paraphernalia of a controlled substance at the Company's workplace shall be immediately discharged from employment. In addition, any employee who engages in such conduct and is discharged for the same, shall not be eligible for re-employment by the Company.

2. *At the Employer's option*, any such incidents shall also be reported to appropriate enforcement agencies.

I. <u>Additional Considerations Applicable To Work On Federal Construction Projects</u>

The following additional provisions shall apply only to employees who are employed by the Company on a work project that constitutes a procurement by the Federal Government or a Federal Agency of any property or services of a value of twenty-five thousand dollars ($25,000.00) or more.

1. As a condition of employment, any employee convicted of a violation of a criminal drug statute for a violation occurring in the workplace must, as required by the Federal Drug-Free Workplace Act, notify the Company within five (5) days of that conviction. Failure to do so will subject the employee to disciplinary action, including discharge.

2. As required by the Federal Drug-Free Workplace Act, any employee who is convicted of a violation of a criminal drug statute occurring in the workplace shall be disciplined by the Company or shall be required by the Company to participate in an approved drug abuse assistance or rehabilitation program.

3. As required by the Federal Drug-Free Workplace Act, the Company must and will notify any Federal Contracting Agency on whose projects it is working of a workplace

drug conviction within then (10) days after receiving notice from the convicted employee or other official source of such conviction.

4. In compliance with the U.S. Department Of Defense Drug Free Workplace Clause (September 1988), any employee who has been granted access to secret or classified information – or whose position and work involves national security, health, or safety and/or a high degree of trust and confidence – will, at Company expense, be subject to testing for the unlawful use of controlled substances and alcohol.

5. The Company shall not engage in the unlawful manufacture, distribution, dispensation, possession, or use of a controlled substance in the performance of any work or contract.

J. <u>Controlled Substance</u>

For purposed of this Addendum to the Master Agreement, a "controlled substance" is defined as: any drug listed in schedule I to V of the Controlled Substances Act, at Section 202 thereof, 21 U.S.C., Section 812. These controlled substance include, but are not limited to, marijuana, cocaine, opiates, amphetamines and phencyclidine.

K. <u>Application of Grievance Procedures And Arbitration Provisions</u>

Grievances of employees covered by the Master Agreement involving the application of the terms and conditions of employment set forth herein shall be subject to the Grievance Procedure And Arbitration Provisions as set forth in the Master Agreement, with the results thereof being final and binding.

L. <u>Inclusion of Substance Abuse Treatment Benefits Under The Health & Welfare Plan</u>

If not already included, the parties hereto will recommend to the Trustees that substance abuse treatment benefits be included under the jointly administered Health & Welfare Plan, created under Section 302 of the Taft-Hartley Act. *It*

135

*is understood and agreed that neither the Contractor nor the Association shall be responsible for paying for substance abuse treatment if such treatment is not a Health & Welfare benefit.*

M.  Apprenticeship Requirements

The parties hereto will also recommend that the passage of a drug test for unlawful use of controlled substances be a part of the eligibility requirements for entry into and indenture under the Apprenticeship Program maintained by the Company and the union pursuant to a trust fund created under Section 302 of the Taft-Hartley Act.

N.  Disclosure Of Information

1.  The Company and the Union shall be required to disclose to one another any and all information in their possession that is necessary to enforce this Addendum to the labor Agreement. The foregoing duty to disclose information is included herein in order for the Company and the Union to comply with their respective duties to bargain in good faith under Sections 8 (a) (5) and 8 (b) (3) respectively of the National Labor Relations Act, as amended.

2.  The records maintained by the Company for its employee assistance program are confidential and protected by federal law and regulations.  The Company cannot disclose information identifying an employee as a participant in its program except in the following limited circumstances:

    (a)  The employee-participants consent to the disclosure in writing as set forth in Appendix "E" attached hereto and made a part of;

    (b)  The disclosure is required by a court order;

    (c)  The information is necessary to meet a medical emergency involving the employee-participant; or

    (d)  The information is required by qualified personnel for research, audit or program evaluation.

3. The Company **and the Union** will provide each employee who participates in the employee assistance program with a written summary as requested, of the federal law and regulations governing disclosure as set forth in Appendix "F" attached hereto and made a part hereof.

4. An employee's participation in the employee assistance program will not prohibit the Company and/or employee assistance program provider from reporting any crimes committed by the employee-participant either at the program or from reporting any threats to commit such crimes, to the appropriate federal, state or local authorities.

5. An employee's participation in the employee assistance program will not prohibit the company and/or employee assistance plan provider from reporting any information about suspected child abuse or neglect under state law to the appropriate state or local authorities.

O. Additional Definitions

As utilized herein, the following terms have the following meanings:

1. The term "conviction" means the finding of guilt (including a plea of nolo conterde or no contest) or imposition of sentence, or both, by any judicial body charged with the responsibility to determine violations of Federal of State criminal drug statues;

2. The term "criminal" drug statute" means a criminal statute involving manufacture, distribution, dispensation, use, or possession of any controlled Substance;

3. The term "Federal Agency' means an agency as the term is defined in Section 552 (f) of Title 5, United States Code;

4. The terms "unlawful use of a controlled substance," "illegal use of a controlled substance," or "illegal use of drugs" means the use, consumption or ingestion of any controlled substance under any circumstances except when directed by a physician or dentist;

5.  The term "workplace" means any site for the performance of the work of the Company or any location where the employee may be paid·during Company time or when the employee is under the care, control, and custody of the Company; and

6.  The tern "drug" or "drugs" mean a controlled substance As defined herein.

P.  Entire Agreement

This document contains the entire agreement and no other substance abuse testing shall be allowed unless by mutual written agreement between the parties.

# APPENDIX A

## PROCEDURES FOR MEDICAL TESTS OF UWINRE SAMPLES

Subject to the restrictions on medical test contained in the foregoing Amendment to the Master Agreement, urine samples shall be handled in the following manner:

A.  Collection shall be by a physician, ***company trained empl***oyee ***or designated consultant*** or health care professional. The presense or a Union Representative is not necessary when the collection of urine is made. Specimen containers shall be labeled with a number, and if the donor chooses, the donor's signature, and shall be closed with a tamper-proof seal initialed by the donor and collecting agent. The labeling shall be done in the employee's presence and in the presence of a Union Representative if the employee chooses.

B.  The specimen number and identifying information on the donor shall be entered on a log and signed by the collecting technician in the presence of the employee – and in the presence of a Union representative if the employee chooses – and the employee shall initial the proper line on the log entry.

C.  The volume of each sample shall be such that sufficient amounts of urine will exist for both initial tests, confirmation tests and independent testing.

D.  Sample shall be stored in a scientifically acceptable manner.

E.  All handlers and couriers of the sample must complete entries and identify themselves on a proper chain of custody form.

G.  Confirmation tests in accordance with the Guidelines as established by the National Institute On Drug Abuse (NIDA) must be performed. After testing and confirmation testing, facility must retain a sufficient portion of the sample for independent retesting and store that portion in a scientifically acceptable, preserved manner for the period of time as set forth in the guidelines as issued from time to time by the National Institute On Drug Abuse (NIDA) – unless the donor/employee or the Union requests of the facility that it retain the sample for a longer period of time.

G.   Results of the testing shall be communicated in writing to the Company, Union and the donor/employee within seventy-two (72) hours after the results are determined. The laboratory may only report a positive drug or alcohol test result if the appropriate test indicates that the specimen contains levels of drugs or alcohol in excess of the following levels:

   1.   Blood alcohol level in excess of the State of Hawaii Standard giving rise to a legal presumption of intoxication.

   2.   Drug levels in excess of those levels as set forth in The Guidelines as established by the National Institute On Drug Abuse (NIDA).

H.   Information on test results and the fact that testing was done shall be kept confidential by the Company, Union, and tester, and shall be communicated only who those who must know the information in order to ensure safety at the workplace and enforce the terms and conditions set forth in the foregoing Amendment to the Master Agreement. Copies of all documents - including but not limited to test results, computer printouts, graphs, interpretations, and chain of custody forms shall - be delivered to the employee from whom the samples of the bodily fluids were taken.

H.   On the day that the sample is taken when tested For Cause, the Contractor shall send the employee home for the remainder of the day, *and shall arrange transportation home for that employee and not allowed the employee to drive home*. The employee shall not be allowed to return to work until his or her test results are known.

I.   A utilized herein, the terms "drugs" or "drug" means a controlled substance as defined in the foregoing Addendum to the Master Agreement. As utilized herein, the term "alcohol" has the same meaning that is set forth in the foregoing Addendum to the Master Agreement.

SUBSTANCE ABUSE TESTING

TYPE:

LOCATION
CODE:

SUBSTANCE ABUSE TESTING

TO: _____     DATE: _____

POSITION: _____     DEPT/PROJECT: _____

1.  As an employee, you are ordered to be tested for
    substance abuse in accordance with Company policy and
    Procedures, based in reasonable suspicion.

2.  An appointment has been made for you to be tested at:

    _____

    _____

        Date:

        Time:

3.  *You will be escorted to the collection site by a Company
    official or representative. You will be provided
    transportation to the collection site and provided
    transportation to your residence upon completion of the
    specimen collection. Any cost accrued for transportation
    will be paid by the company.*

4.  You will be required to sign a form voluntarily
    consenting to submit to testing, to provide specimen (s)
    as part of testing to release the test results to the
    company and its medical review officer. Failure to sign
    this form shall result in disciplinary action as set
    forth in the program and procedures for disciplinary
    action.

5.  You are hereby placed in indefinite suspension without pay
    pending the result of the substance abuse test.  If the
    results are negative, you will be returned to work
    immediately *and reimbursed for all lost time*, and no record
    of the testing or indefinite suspension will be placed in
    your file.

All substance abuse testing required by the Company will be in
accordance with any applicable local, federal, and state laws or
regulations.

Unless you are advised otherwise in writing by the Company,
substance abuse testing for cause shall be for the presence of
alcohol in the system or for the following substances of abuse:
marijuana, cocaine, amphetamines, opiates and phencyclidine.

You are advised that over-the-counter medications or prescribed
drugs may result in a positive test result.  For this reason, the
Company's Medical Review Officer may need my assistance in
identifying which medications or drugs I may be taking at the
present time and may have taken within the past thirty (30) days
to ensure accuracy of testing results.

I would like to voluntarily disclose that I am currently taking
the medications (s) listed below:

*Please take a picture ID with you for identification at the time
of testing.

If you have any questions, please contact the undersigned.
Failure to undergo substance abuse testing as required by the
Company may result in disciplinary action.

Director of Environmental Safety and Health,
Personnel Manager, or designee

cc:  Medical Review Officer

## CONSENT FOR THE RELEASE OF CONFIDENTIAL INFORMATION

I, _____ authorize _____
    (Name of Patient)                    (Name of Testing Facility)
to disclose to
information   _____
                (Name of Employer and the Name of the Union)
Regarding the results of any substance abuse test taken by me under
the Agreement covering Drugs and Other Controlled Substances on
Construction Job sites in the State of Hawaii (the "Agreement").
The purpose of the disclosure authorized herein is to determine
whether I have complied with the provisions of the Agreement.


    I understand that my records are protected under the federal
regulations Governing Confidentiality of Alcohol and Drug abuse
Patient records, 42 CFR Part 2, and cannot be disclosed – without
my written consent unless otherwise provided for in the
regulations.  I also understand that I may revoke this consent at
any time except to the extent that action has been taken in
automatically upon my termination from employment with the above
referenced employer.


_____          _____
Signature of patient                     Date

## COLLECTION STATIONS FOR DRUG TESTING

| Location | Contact Person |
|---|---|
| Straub Beretania Clinic<br>839 South Beretania Street<br>Honolulu, Hawaii 96813 | Lois Arakawa, RN<br><br>Ph. 522-4441 |
| Straub Kapolei Clinic<br>Kapolei Medical Park<br>599 Farrington Highway, Suite 100 | Pat Ho<br><br>Ph. 674-2930 |
| Straub Mililani Clinic<br>The Town Center of Mililani<br>95-1249 Meheula Parkway<br>Mililani, Hawaii 96789 | <br><br>Ph. 625-6444 |
| Straub Pearlridge Clinic<br>98-151 Pali Momi Street, Suite 142<br>Aiea, Hawaii 96701 | Lisa Hamlett, LPN<br><br>Ph. 487-2477/483-6443 |
| Kaneohe Family Health Center<br>Windward Mall (2nd Level)<br>46-046 Kamehameha Highway<br>Kaneohe, Hawaii 96744 | Annette DaSilva<br><br>Ph. M 235-0099 |
| Clinical Labs of Hawaii<br>33 Lanihuli Street<br>Hilo, Hawaii 96720 | Adrian Mangiboyat<br>Ph. 961-4708<br>Fax. 935-2518 |
| Kona Hospital Laboratory<br>P O Box 69<br>Kealkekua, Hawaii 96760 | Arlene Rosehill<br>(after hours) Nina Garcia<br>Ph. 322-9366 |
| Maui Memorial Hospital<br>221 Mahalani Street<br>Wailuku, Maui, Hawaii 96793 | (after hours) Wade Hiraga<br>Ph. 242-2064<br>MAUI |
| Wilcox Memorial Hospital<br>Laboratory<br>3420 Kuhio Highway<br>Lihue, Kauai, Hawaii | Rolinda Deyro<br>Ph. 245-1088<br>Carlene Oshiro<br>Ph. 245-1087 |

**Or any other entity as approved by the Union or Contractor**

<u>WRITTEN CONSENT FOR DISCLOSURE OF INFORMATION CONTAINED IN THE
COMPANY'S RECORDS CONCERNING PARTICIPATION IN EMPLOYEE ASSISTANCE
PROGRAM FOR ALCOHOL OR DRUG ABUSE</u>

I,_____
   (Name of employee-patient

request/authorize _____to
                        (Name of Company)

disclose to _____the
             ( Name of party to receive information)

following information:_____

for the limited purpose of_____

    I understand that this consent is subject to revocation at
any time to the extent that the employer has already disclosed
such information if reliance upon this consent form.  If not
previously revoked, this consent will terminate upon

_____.
   (Specific date, event or condition)

                                        _____
                                        Signature of Employee

                                        _____
                                        Date signed

Original to employee's file

MEMORANDUM

TO: _____

FROM: _____
    (Name of Company)

DATE: _____

RE: CONFIDENTIALITY OF ALCOHOL AND DRUG ABUSE PATIENT RECORDS.

The records maintained by _____
                            (Name of Company)
("the Company") in relation to its employee assistance program
for alcohol or drug abuse are protected by federal law and
regulations.

The Company cannot disclose information identifying you as a
patient or participant in such program except in the following
limited circumstances.

    1.    You (the patient) have consented in writing;

    2.    The disclosure is required by a court order;

    3.    The information is necessary to meet a medical
           emergency involving you;

    4.    The information is required by qualified personnel or
           research, audit or program evaluation.

Violation of the federal law and regulations by a program is a
crime. Suspected violation may be reported to appropriate
authorities in accordance with federal regulations.

Federal law and regulations do not protect any information about
a crime committed by a patient either at the program or against
any person who works for the program or about any threat to
commit such a crime.

Federal laws and regulations do not protect any information about
suspected child abuse or neglect from being reported under state
law to appropriate state or local authorities.

Copy to employee's file

146