YEE & KAWASHIMA, LLLP

JARED N. KAWASHIMA        6289
CHRISTIN D. W. KAWADA   10038
1000 Bishop Street, Suite 908
Honolulu, Hawaii  96813
Telephone:  (808) 524-4501
Facsimile:  (888) 524-0407
E-mail: jared@yklawhawaii.com
E-mail: christin@yklawhawaii.com

Attorney for Plaintiffs
HAWAII MASONS AND PLASTERERS TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII MASONS' PENSION TRUST FUND; HAWAII MASONS' AND PLASTERERS' ANNUITY TRUST FUND; HAWAII MASONS' VACATION AND HOLIDAY TRUST FUND;  HAWAII MASONS' AND PLASTERERS' APPRENTICESHIP AND TRAINING TRUST FUND; HAWAII MASONS' HEALTH AND WELFARE TRUST FUND; and HAWAII MASONS AND PLASTERERS HAWAII INDUSTRY STABILIZATION COMMITTEE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV17-00594 –DKW- KJM  FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SUPERIOR CONCRETE SERVICES, INC. |
| Plaintiffs, | ) ) | |
| vs. | ) ) | (Caption continued on next page) |
| SUPERIOR CONCRETE SERVICES, INC., a Hawaii corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE | ) ) ) ) | |

CORPORATIONS 1-10; DOE )
PARTNERSHIPS 1-10; DOE )
GOVERNMENTAL AGENCIES 1- )
10, DOE TRUSTS 1-10, )
)
          Defendants. )
_____ )

## FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SUPERIOR CONCRETE SERVICES, INC.

Before the Court is Plaintiffs TRUSTEES of the Hawaii Masons and

Plasterers Trust Funds', which include the HAWAII MASONS' PENSION

TRUST FUND; HAWAII MASONS' AND PLASTERERS' ANNUITY TRUST

FUND; HAWAII MASONS' VACATION AND HOLIDAY TRUST FUND;

HAWAII MASONS' AND PLASTERERS' APPRENTICESHIP AND

TRAINING TRUST FUND; HAWAII MASONS' HEALTH AND WELFARE

TRUST FUND; and HAWAII MASONS AND PLASTERERS HAWAII

INDUSTRY STABILIZATION COMMITTEE (hereinafter collectively referred to

as "Plaintiffs" or "Trust Funds") Motion for Entry of Default Judgment Against

Defendant Superior Concrete Services, Inc. filed on April 16, 2018 ("Motion").

ECF. No. 15.  Plaintiffs request that default judgment be entered pursuant to Rule

55(b)(2) of the Federal Rules of Civil Procedure for delinquent contributions owed

to Plaintiffs, liquidated damages, and attorneys' fees and costs.

2

Defendant Superior Concrete Services, Inc. was served with a copy of the

Motion, but did not file an opposition to the Motion.

This matter came on for hearing on May 29, 2018.  Christin D. W. Kawada,

Esq., appeared on behalf of Plaintiffs Hawaii Masons and Plasterers Trust Funds.

Antonio Narvaez, who is the husband of the owner of Defendant Superior Concrete

Services, Inc., Sasha Narvaez, appeared as a representative of Superior Concrete

Services, Inc.  After careful consideration of the Motion, declarations, exhibits, and

the record herein, and after considering the factors set forth in Eitel v. McCool, 782

F.2d 1470, 1472 (9th Cir. 1986), the Court finds and recommends that the Motion

be GRANTED.

## BACKGROUND

On December 15, 2017, Plaintiffs filed a Complaint seeking judgment for

outstanding trust fund contributions and damages against Defendant Superior

Concrete Services, Inc.  ECF No. 1.  The Complaint alleges that Defendant

Superior Concrete Services, Inc. entered into a collective bargaining agreement

and agreed to contribute and pay to Plaintiffs certain amounts for employee

benefits for work performed by Defendant Superior Concrete Services, Inc.'s

covered employees.  Id. ¶¶ 11- 13.  Plaintiffs claimed that Defendant Superior

Concrete Services, Inc. failed to make required contributions.  Id. ¶14.  Plaintiffs

claim they are entitled to unpaid contributions, liquidated damages, interest, and

attorneys' fees and costs.  Id. ¶¶ 14-21.  The Clerk entered default against

Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure on

March 21, 2018.  ECF No. 12.  The present motion followed.

## FINDINGS OF FACT

Having reviewed the Motion, the declarations, exhibits, and the record

established in this action, and after considering the factors set forth in Eitel v.

McCool, 782 F.2d 1470, 1472 (9th Cir. 1986), the Court finds and concludes as

follows:

1.      Each of the Trust Funds was and is an express trust created by a

written trust agreement subject and pursuant to 29 U.S.C. § 186 and a

multiemployer plan within the meaning of 29 U.S.C. § 1002 and 1003.

2.      Defendant Superior Concrete Services, Inc. is and was at all relevant

times herein a Hawaii corporation doing business in the State of Hawaii.

3.      Defendant Superior Concrete Services, Inc. agreed to abide by all

terms and conditions of the Master Agreement Covering the Cement Finishing And

Masonry Trades in the State of Hawaii, executed by and between International

Union of Bricklayers & Allied Craftworkers, Local No. 1 of Hawaii, AFL-CIO,

Operative Plasterers & Cement Masons International Association of the United

States and Canada, Local No. 630, AFL-CIO, the General Contractors Labor

Association, and the Building Industry Labor Association (the "Bargaining

Agreement").

4.      The Trust Funds are a third party beneficiary of the Bargaining

Agreement.

5.      Defendants have not sought to set aside the default in this action.

6.      Under the terms of the Bargaining Agreement, Defendant Superior

Concrete Services, Inc. was required to pay to Plaintiffs amounts for employee

benefits, for work and labor performed by its covered employees, which amounts

would be paid to Plaintiffs or postmarked on or before the 20th day of the month

immediately following.

7.      Under the terms of the Bargaining Agreement, Defendant Superior

Concrete Services, Inc. agreed to compensate Plaintiffs for interest on any unpaid

contributions at the rate of twelve percent (12%) per annum or the rate prescribed

under Section 6621 of the Internal Revenue Code of 1954, whichever is greater,

computed from the first day following the month for which Trust Fund

contributions are owed.

8.      Additionally, under the terms of the Bargaining Agreement, in the

event contribution payments were untimely received or unpaid, Defendant

Superior Concrete Services, Inc. agreed to pay liquidated damages in an amount

equal to the greater of 1) interest calculated on the unpaid contributions at the rate of 12% per annum or 2) ten percent (10%) of such delinquent and unpaid contributions due to each respective Trust Fund or twenty dollars ($20) whichever is greater, for each and every delinquent monthly contribution.

9.      Defendant Superior Concrete Services, Inc. breached the Bargaining Agreement and is liable to the Plaintiffs for its failure to perform the terms of the Master Agreement, including: 1) failure to pay the full amounts in contributions found by the Plaintiffs for the work months of September-December 2014, January – December 2015, January 2016, February 2016, and April –July 2016; 2) failure to pay the Plaintiffs interest on late or unpaid contributions for said work months; and 3) failure to pay Plaintiffs additional liquidated damages on late or unpaid contributions for said work months.

10.     Defendant failed to pay Plaintiffs contributions in the amount of $12,970.20, interest in the amount of $2,678.46, and liquidated damages in the amount of $2,678.46.

11.     Further, under the terms of the Bargaining Agreement, Defendant promised that if the Trust Funds brought legal action to enforce the Bargaining Agreement against Defendant, Defendant would pay all of the Trust Funds court fees and costs, including reasonable attorneys' fees.

12.     Upon review of the Declaration of Christin D. W. Kawada filed herein, the Court finds that $2,878.50 for Plaintiffs' legal fees, plus general excise tax in the amount of $135.63 in performing work on this matter, and costs of $574.91 are reasonable.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that Default Judgment be granted in favor of Plaintiffs and against Defendant Superior Concrete Services, Inc. in the total amount of $21,916.16, representing $12,970.20 in delinquent contributions, $2,678.46 in interest, $2,678.46 in liquidated damages, and attorneys' fees of $3,014.13 and costs of $574.91.

IT IS FOUND AND SO RECOMMENDED.

DATED: Honolulu, Hawaiʻi, May 30, 2018.



   /S/ Kenneth J. Mansfield
Kenneth J. Mansfield
United States Magistrate Judge

---

In the United States District Court For The District Of Hawaii; CV17-00594 – DKW- KJM; HAWAII MASONS' PENSION FUND, et al., vs SUPERIOR CONCRETE SERVICES, INC., a Hawaii corporation, et al.; *FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SUPERIOR CONCRETE SERVICES, INC.*